IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman, deceased | : : : : | CIVIL ACTION |
| v. | : : : | NO. |
| RICHARD LONGWILL, and BARBARA LONGWILL, and AIR BASE CARPET MART, INC. D/B/A AIR BASE DISTRIBUTING, INC. D/B/A AIR BASE CARPET MART And AIR BASE DISTRIBUTING, INC. | : : : : : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to a clerk of court and serve on the plaintiff and all other parties, a case management rack designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

| | | |
|---|---|---|
| (a) | Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255 | ( ☐ ) |
| (b) | Social Security – Cases requesting review of a decision of the Secretary of Health and Human Service denying plaintiff Social Security Benefits. | ( ☐ ) |
| (c) | Arbitration – Cases required to be designated for arbitration under Local Civil Rule 8. | ( ☐ ) |
| (d) | Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos | ( ☐ ) |
| (e) | Special Management -- Cases that do not fall into tracts (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases) | ( ☐ ) |
| (f) | Standard Management -- Cases that do not fall into any one of the other tracks. | ( ☒ ) |

August 27, 2004                             Edward C. Mintzer, Jr.
**(Date)**                                  **Attorney-at-law**

                                            Air Base Carpet Mart, Inc. d/b/a Air Base
                                            Distributing, Inc. d/b/a Air Base Carpet Mart,
                                            Richard Longwill and Barbara Longwill
                                            (represented in their employment capacity only
                                            **Attorney for**