| | |
|---|---|
| RAWLE & HENDERSON, LLP<br>BY: EDWARD C. MINTZER, JR., ESQUIRE<br>　　DELIA CLARK, ESQUIRE<br>IDENTIFICATION NOS.: 30300/54657<br>THE WIDENER BUILDING<br>SOUTH PENN SQUARE<br>PHILADELPHIA, PA 19106<br>(215) 575-4200 | ATTORNEYS FOR DEFENDANTS,<br>AIR BASE CARPET MART, INC.<br>d/b/a AIR BASE DISTRIBUTING,<br>INC. d/b/a AIR BASE CARPET MART,<br>RICHARD LONGWILL, and<br>BARBARA LONGWILL |

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY |
| v. | : |
| RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>TERESA GARCIA ZAVALA | : MARCH TERM, 2004<br>:<br>: NO. 3776<br>:<br>:<br>:<br>:<br>:<br>: AFFIDAVIT |

### AFFIDAVIT

Rochelle Fishman, being duly sworn according to law depose and states as follows:

1.  I was the mother of the decedent, Marissa Fishman.

2.  Due to marital difficulties on or about August 12, 2002, I brought my children, Alexandra, Samuel, Harrison and Marissa and the children's nanny Teresa Garcia Zavala, to stay with my parents, Barbara and Richard Longwill at their home located at 3220 Surrey Park, Wilmington, Delaware.

3.  My children, Teresa and I remained at my parents' home through August of 2002. We were all present on the date of this tragic accident of August 30, 2004.

4.  My husband, Eric Fishman and I employed Teresa Garcia Zavala as a nanny. Teresa had been in our employ since April, 2002.

5.  After I left the marital home on August 12, 2002, I continued to employ Teresa Zavala as my children's nanny.

6. Teresa was responsible for helping take care of my children. Part of her job responsibilities included cleaning up after the children. This involved light housekeeping.

7. At material times hereto, I paid for Teresa's services and was responsible for paying her. Neither my parents nor Air Base Carpet Mart, Inc. paid for her services as nanny.

8. Since my separation in August of 2002, I have not resided in Pennsylvania. At present, I have no intention of living in the Commonwealth of Pennsylvania. My children continue to reside with me in Delaware.

9. On August 30, 2002, I was at my parents home along with my mother Barbara, my four children, Teresa Zavala, a cousin, Allison Lucas, my sister, Deborah Fox, and my grandmother, Helen Longwill.

10. In addition, there were two workman present working on the outside patio.

I have read the foregoing statements and certify same to be true and correct to the best of my knowledge and belief.

_____
ROCHELLE FISHMAN

Sworn to and subscribed
Before me, this 28th day
Of June, 2004

_____
Notary Public