# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman, deceased
and

## DEFENDANTS

Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, Richard Longwill and Barbara Longwill

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Delaware
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: New Castle, Delaware
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000

ATTORNEYS (IF KNOWN)

Edward C. Mintzer, Jr., Esquire
Delia A. Clark, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4200

Daniel J. Hart, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 19103-4797
215-575-2812

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [x] 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated or Principal Place of Business in Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/ PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-- Product Liability | ☐ 625 Drug Related Seizure of Property 21, USC 881 | | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employer's Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Exc. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholder's Suits | [x] 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395FF) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

# CIVIL COVER SHEET

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATURE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Premises Liability 28 U.S.C. § 1332

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|

DATE: 8·27·04    SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT $ ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman, deceased : | CIVIL ACTION |
| v. : | NO. |
| RICHARD LONGWILL, and BARBARA LONGWILL, and AIR BASE CARPET MART, INC. D/B/A AIR BASE DISTRIBUTING, INC. D/B/A AIR BASE CARPET MART And AIR BASE DISTRIBUTING, INC. : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to a clerk of court and serve on the plaintiff and all other parties, a case management rack designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

| (a) | Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255 | ( ) |
|---|---|---|
| (b) | Social Security – Cases requesting review of a decision of the Secretary of Health and Human Service denying plaintiff Social Security Benefits. | ( ) |
| (c) | Arbitration – Cases required to be designated for arbitration under Local Civil Rule 8. | ( ) |
| (d) | Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos | ( ) |
| (e) | Special Management -- Cases that do not fall into tracts (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases) | ( ) |
| (f) | Standard Management -- Cases that do not fall into any one of the other tracks. | (☒) |

| | |
|---|---|
| August 27, 2004 | Edward C. Mintzer, Jr. |
| **(Date)** | **Attorney-at-law** |
| | Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, Richard Longwill and Barbara Longwill (represented in their employment capacity only **Attorney for** |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased <br>         Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, <br> and <br> BARBARA LONGWILL, <br> and <br> AIR BASE CARPET MART, INC. <br> D/B/A AIR BASE DISTRIBUTING, <br> INC. D/B/A AIR BASE CARPET MART <br> and <br> AIR BASE DISTRIBUTING, INC. <br>         Defendants. | CIVIL ACTION NO.: <br><br> 04cv4098 <br><br> FILED AUG 27 2004 <br><br> A TRUE COPY CERTIFIED TO FROM THE RECORD <br> DATE: AUG 27 2004 <br> ATTEST: Steve Tomas |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

    Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc., d/b/a Air Base Carpet Mart, by and through their attorneys, Rawle & Henderson LLP, respectfully avers as follows:

    1.    On or about March 16, 2004 a Complaint was filed by plaintiff, James H. Gorbey (an Attorney in Media, Pennsylvania), as Administrator in the Court of Common Pleas of Philadelphia County against Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc., d/b/a Air Base Carpet Mart ("hereinafter Air Base"), Richard and Barbara Longwill in their alleged

1

1034776 v.1

official capacity as stockholders, and Richard and Barbara Longwill as individuals in connection with drowning of the Longwill's granddaughter, which occurred on August 30, 2002 at the home of co-defendants Richard and Barbara Longwill located in Wilmington, Delaware. (*See* Exhibit "A" – Plaintiff's Complaint.)

2. Defendant Air Base Carpet Mart (hereinafter "Air Base") filed Preliminary Objections on or about April 12, 2004. Plaintiff filed an Amended Complaint on or about May 3, 2004 which was not served until May 11, 2004.

3. Defendant Air Base filed a second set of Preliminary Objections on or about may 25, 2004. Plaintiff filed a second amended complaint on or about June 14, 2004.

4. Preliminary Objections to the Second Amended Complaint were filed on July 1, 2004. As a result, plaintiff filed a Third Amended Complaint on or about July 21, 2004.

5. As the Third Amended Complaint made few substantive changes, defendant Air Base filed Preliminary Objections to the Third Amended Complaint on or about July 30, 2004.

6. Plaintiff filed its Fourth Amended Complaint on or about August 18, 2004.

7. The initial Complaint, being original process in this case, was first received by defendant Air Base no earlier than March 22, 2004. However, the complaint named as co-defendant Teresa Zavala Garcia, who as alleged to be a resident of the Commonwealth of Pennsylvania.

8. In the Fourth Amended Complaint, plaintiff has deleted Teresa Zavala Garcia as a named defendant. *See* Fourth Amended Complaint attached as Exhibit "B".

9. In the Fourth Amended Complaint, plaintiff demands damages in "an amount in excess of $50,000. . . ." Specifically, plaintiff claims damages recoverable under the Pennsylvania Wrongful Death Act, and Survival Act "arising from Marissa Rose Fishman's drowning and subsequent death." (*See* Exhibit "B" – Plaintiff's Fourth Amended Complaint, ¶20.)

10. Based upon a fair reading of the Fourth Amended Complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interests and costs, may be at stake.

11. At all material times, plaintiff, James H. Gorbey, Jr. the Administrator of the Estate of Marissa Rose Fishman, is and was a citizen of the Commonwealth of Pennsylvania. (See Exhibit A – Plaintiff's Complaint at ¶1)

12. Defendant, Richard and Barbara Longwill, at all material times, were and are citizens of the State of Delaware. (*See* Exhibit "B" at ¶6.)

13. Defendant, Air Base Carpet Mart, Inc., at all material times, was and is a corporation incorporated under the laws of the State of Delaware with its principal and only place of business in New Castle, Delaware.. *See* Exhibit "B" at ¶4.)

14. At all times material hereto, Air Base Distributing, Inc. is and was a Delaware corporation with its principal and only place of business located in Dover, Delaware. *See* Exhibit "B" at ¶5.)

15. This action satisfies the diversity of citizenship requirements for removal within the meaning of 28 U.S.C. §1332 in that:

   a) Plaintiff's and Defendant's citizenships are diverse;

   1) Plaintiff is a resident and citizen of the Commonwealth of Pennsylvania.

   2) Defendant, Richard and Barbara Longwill are not citizens of the Commonwealth of Pennsylvania.

   3) Defendants, Air Base Carpet Mart, Inc. and Air Base distributing, Inc., at all material times, were and are corporations incorporated under the laws of the State of Delaware with their principal places of business located in New Castle and Dover, Delaware, respectively.

   b) the amount in controversy exceeds the jurisdictional amount of $75,000.

16. Furthermore, diversity of citizenship between these parties existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendant is entitled to removal pursuant to 28 U.S.C. §1441, as amended, and 28 U.S.C. §1446.

17. This Removal is timely filed within thirty days of receipt of the Fourth Amended Complaint in which Ms. Garcia was no longer named as a co-defendant, thus, it became apparent that this matter was removable pursuant to 28 U.S.C. §1446 (b).

18. For the reasons set forth herein, including the parties' diversity of citizenship and the amount in controversy as alleged by plaintiffs in excess of the jurisdictional amount,

defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

19. Richard and Barbara Longwill, as individuals, are represented by Daniel J. Hart of Marshall, Dennehey, Warner, Coleman and Goggin.

20. The co-defendants, Richard and Barbara Longwill, through their attorney consent to the removal of this action. (*See* Affidavit of Daniel Hart attached as Exhibit "C").

        RAWLE & HENDERSON LLP

        By: _____
        Edward C. Mintzer, Jr.
        Delia A. Clark
        Attorneys for defendants,
        Air Base Carpet Mart, Inc.
        Air Base Carpet Mart, Inc. d/b/a Air Base
        Distributing, Inc., d/b/a Air Base Carpet
        Mart, and Richard Longwill and Barbara
        Longwill (represented in their employment
        capacity only)

Dated: August 27, 2004

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Removal was served upon the following parties by First Class, U.S. Mail on the date below:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

                                              Edward C. Mintzer, Jr.
                                              Delia A. Clark
                                              Attorneys for defendants,
                                              Air Base Carpet Mart, Inc.
                                              Air Base Carpet Mart, Inc. d/b/a Air Base
                                              Distributing, Inc., d/b/a Air Base Carpet
                                              Mart, and Richard Longwill and Barbara
                                              Longwill (represented in their employment
                                              capacity only)

Date: August 27, 2004

6