| Page: | Report Date: 08/30/2002 | Agency: New Castle County PD | | Complaint: 32-02-086999 |
|---|---|---|---|---|
| Reported Date and Time: FRI 08/30/2002 1021 | | Initial Crime Report | | Occurred: FRI 08/30/2002 1013 |

Location:
3220 COACHMAN RD SURREY PARK    Wilmington, DE 19803

M.O. and Incident Overview:
MARISSA FISHMAN WF 1 FELL INTO A POOL AND NEARLY DROWN.    SUBJECT WAS TAKEN TO AI DUPONT HOSPITAL FOR TREATMENT.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 114-372 | 12 | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | FISHMAN, MARISSA |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Female | White | Non-Hispanic | 1 | 12/30/2000 |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803 | Full Time | (302) 478-5671 | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☒Yes ☐No | ☐Yes ☒No | |

| Injuries | Description of Injuries |
|---|---|
| Unconsciousness | |

| Parent/Guardian Information | Parent Telephone |
|---|---|
| ROCHELLE FISHMAN Same Address as Victim | |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | | Casualty Injured Subject No Specific Crime Associated |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Residence/Home | Service Clear 08/30/2002 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 8191 - Casualty/Injured Subject |

| Burglary Force Involved |
|---|
| ☐Yes ☐No |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 001 | Person Contacted | LONGWILL, BARBARA HELENA | Female | White | 61 | 03/29/1941 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3220 COACHMAN DR SURREY PARK Wilmington, DE 19803 | (302) 478-5671 | | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 002 | Person Contacted | FISHMAN, ALEXANDRA SOSHNA | Female | White | 8 | 12/21/1993 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | (302) 478-5671 | | |

| Parent/Guardian Information | Parent Telephone |
|---|---|
| ROCHELLE FISHMAN Same Address as Witness | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 003 | Person Contacted | FISHMAN, SAMEUL M | Female | White | 4 | 06/10/1998 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | (302) 478-5671 | | |

| Parent/Guardian Information | Parent Telephone |
|---|---|
| ROCHELLE FISHMAN Same Address as Witness | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 004 | Person Contacted | ZAVALA, TERESA GARCIA | Female | White | 38 | 04/23/1964 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| NOT OBTAINED | | SELF EMPLOYED - NANNY | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 005 | Not Interviewed | FISHMAN, ROCHELLE | Female | White | 36 | 01/20/1966 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | (302) 478-5671 | | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 006 | Person Contacted | OX, DEBORAH | Female | White | 39 | 11/30/1962 |

| Reporting Officer | Supervisor Approval |
|---|---|
| OFC SCHLOSSER - 24582 | ANTHONY W SCELSI  OJNCAWS  Date 08/30/2002 1649 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page: 2 | Report Date: 08/30/2002 | Agency: New Castle County PD | | | | Complaint: 32-02-086999 | |

## Witness Information

| Sequence 006 Continued | | | | | | | Work Telephone |
|---|---|---|---|---|---|---|---|
| Address | Home Telephone | Employer/School | | | | | |
| NOT OBTAINED FL | | | | | | | |
| | | | | Sex Male | Race | Age 4 | D.O.B. 10/21/1997 |
| Sequence 007 | Type Person Contacted | Name FISHMAN, HARRISON | | | | | Work Telephone |
| Address 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | Home Telephone (302) 478-5671 | Employer/School | | | | | |
| Parent/Guardian Information ROCHELLE FISHMAN Same Address as Witness | Parent Telephone | | | | | | |
| | | | | Sex Female | Race White | Age 24 | D.O.B. 02/16/1978 |
| Sequence 008 | Type Person Contacted | Name LUCAS, ALLISON ANN | | | | | Work Telephone |
| Address 14 DUNHAM PL APT 4R BROOKLYN, NY 11211 | Home Telephone (917) 282-5631 | Employer/School | | | | | |
| | | | | Sex Female | Race White | Age 87 | D.O.B. 11/12/1914 |
| Sequence 009 | Type Person Contacted | Name LONGWILL, HELEN | | | | | Work Telephone |
| Address 4638 LIBBIT AVE ENCINO, CA 91436 | Home Telephone | Employer/School | | | | | |
| | | | | Sex Unknown | Race | Age | D.O.B. |
| Sequence 011 | Type Parent | Name FISHMAN, ROCHELLE | | | | | Work Telephone |
| Address 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803 | Home Telephone | Employer/School | | | | | |
| | | | | Sex Unknown | Race | Age | D.O.B. |
| Sequence 012 | Type Parent | Name FISHMAN, ROCHELLE | | | | | Work Telephone |
| Address 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | Home Telephone | Employer/School | | | | | |
| | | | | Sex Unknown | Race | Age | D.O.B. |
| Sequence 013 | Type Parent | Name FISHMAN, ROCHELLE | | | | | Work Telephone |
| Address 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | Home Telephone | Employer/School | | | | | |
| | | | | Sex Unknown | Race | Age | D.O.B. |
| Sequence 014 | Type Parent | Name FISHMAN, ROCHELLE | | | | | Work Telephone |
| Address 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | Home Telephone | Employer/School | | | | | |

## Investigative Narrative

WRITER RESPONDED TO 3220 COACHMAN RD, SURREY PARK, WILMINGTON REFERENCE A DROWNING IN PROGRESS. COUNTY DISPATCH ADVISED THAT A BABY WAS PULLED FROM A POOL, AND THE BABY WAS NOT BREATHING. COUNTY DISPATCH ADVISED THAT THE CALLER WAS UPSET AND NOT LISTENING TO CPR INSTRUCTIONS.

UPON ARRIVAL, WRITER OBSERVED AN AMBULANCE LEAVE THE RESIDENCE. DISPATCH ADVISED THAT THE VICTIM WAS BEING TRANSPORTED TO THE HOSPITAL FOR TREATMENT.

WRITER NOTICED SEVERAL FAMILY MEMBERS PRESENT AT THE RESIDENCE. WRITER CONTACTED BARBARA LONGWILL AND ALEXANDRA FISHMAN. WRITER OBTAINED A BRIEF STATEMENT FROM THEM. BOTH SUBJECTS ADVISED THAT THEY OBSERVED MARISSA FISHMAN WF 1 FLOATING ON HER STOMACH IN THE SHALLOW END OF THE POOL. MARISSA WAS PULLED FROM THE POOL AND CPR WAS ATTEMPTED. THEY ADVISED THAT MARISSA MUST HAVE WALKED THROUGH THE OPEN SLIDING GLASS DOOR THAT WAS LEFT OPEN BY CONSTRUCTION WORKERS WORKING ON THE RESIDENCE. SGT BECKER ARRIVED ON SCENE RIGHT AFTER WRITER. SGT BECKER CONTACTED SOME FAMILY MEMBERS AND CONSTRUCTION WORKERS, AND OBTAINED A BRIEF STATEMENT FROM THEM.

FAMILY MEMBERS PRESENT WERE: DEBORAH FOX, HARRISON FISHMAN, ALLISON LUCAS, HELEN LONGWILL, BARBARA LONGWILL, ALEXANDRA FISHMAN, SAMUEL FISHMAN, AND THE FAMILY NANNY TERESA ZAVALA. WRITER WAS ADVISED THAT ROCHELLE FISHMAN RESPONDED TO AI DUPONT HOSPITAL WITH MARISSA FISHMAN.

SGT BECKER ADVISED WRITER TO SECURE THE SCENE. THE SCENE CONSISTED OF A LARGE INDOOR POOL THAT WAS ATTACHED TO THE RESIDENCE. WRITER OBSERVED A SLIDING GLASS DOOR THAT SEPARATED THE

| Reporting Officer | Supervisor Approval |
|---|---|
| OFC SCHLOSSER  - 2458 2 | ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1649 |

| | | | | Complaint: 32-02-086999 |
|---|---|---|---|---|
| age: 3 | Report Date: 08/30/2002 | Agency: New Castle County PD | | |

### Investigative Narrative - Continued

NFORMAL DINING ROOM AREA TO THE POOL ROOM.

SGT MCGOWAN, DET TRALA, AND DET BELL ARRIVED ON-SCENE. REFER TO THEIR SUPPLEMENT FOR DETAILS ON INTERVIEWS. EDU OFFICER MURPHY THEN ARRIVED ON SCENE REFERENCE COLLECTION OF EVIDENCE. OFC SANTOS THEN RESPONDED ON-SCENE REFERENCE TRANSLATION FOR THE CONSTRUCTION WORKERS. SGT BECKER ADVISED OFC ALREE AND OFF COTE TO RESPOND TO AI DUPONT HOSPITAL TO STANDBY WITH VICTIM.

DET MALONE RESPONDED TO AI DUPONT HOSPITAL REFERENCE INERVEIW WITH VICTIM'S MOTHER AND CHECKING ON CONDITION OF VICTIM. AS ALL THE INTERVIEWS AND EVIDENCE WORK WERE COMPLETE, WRITER WAS RELIEVED OF HIS DUTIES. WRITER WAS UNAWARE OF THE VICTIM'S STATUS AT THE HOSPITAL. REFER TO CIU SUPPLEMENTS FOR DETAILS.

| Reporting Officer | Supervisor Approval | | | | |
|---|---|---|---|---|---|
| OFC SCHLOSSER - 2458 2 | ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1649 | | | | |
| Detective Notified | Referred To | | | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | Has Follow Up |

| 08/30/2002 | New Castle County PD | 32-02-086999 |

## Supplemental Report - #1

| Occurrence Dates and Times: 08/30/2002 1013 | | Grid 114-372 | Sector 12 |

Location: COACHMAN RD SURREY PARK    Wilmington, DE 19803

### Original Victim Information

| Number | Name: FISHMAN, MARISSA | | | | | |
|---|---|---|---|---|---|---|
| Individual | Sex: Female | Race: White | | Ethnic Origin: Non-Hispanic | Age: 1 | D.O.B. 12/30/2000 |
| COACHMAN RD SURREY PARK ington, DE 19803 | | Resident Status: Full Time | Home Telephone: (302) 478-5671 | Employer/School | | Work Telephone |
| Person? [X]No | Victim Injured? [X]Yes []No | Victim Deceased? []Yes [X]No | Officer Comments | | | |

### Original Crime and Associated Information

| Number | Crime Seq: 001 | Statute | Crime Description: Casualty Injured Subject No Specific Crime Associated | | |
|---|---|---|---|---|---|
| Type | Residence/Home | Status: Service Clear 08/30/2002 | Involvement: []Alcohol []Drugs []Computer | General Offense | |
| Hate/Bias [X]No - N/A | Crime Code: 8191 - Casualty/Injured Subject | | | | |
| Force Involved []No | | | | | |

### Witness Information

| Type: Person Contacted | Name: ZAVALA, TERESA GARCIA | | Sex: Female | Race: White | Age: 38 | D.O.B. 04/23/1964 |
|---|---|---|---|---|---|---|
| OBTAINED | | Home Telephone | Employer/School: SELF EMPLOYED - NANNY | | | Work Telephone |

| Type: Person Contacted | Name: BRITO-ORTIZ, SALVADOR NMN | | Sex: Male | Race: White | Age: 37 | D.O.B. 04/11/1965 |
|---|---|---|---|---|---|---|
| VAN BUREN ST ILMINGTON, DE 19801 | | Home Telephone: (302) 654-1984 | Employer/School | | | Work Telephone |

### Investigative Narrative

...ter responded to 3220 Coachman Road, Surrey Park, Wilmington, DE 19803 reference assist in ...ed subject complaint. Upon arrival, writer contacted Detective Trala, and ascertained that ...dor Brito-Ortiz, PC1, and Teresa Zavala, W1, need to be interviewed about the injured ...ct incident. Writer advises that both PC1 and W1 did not speak fluent English and required ...nish translator to obtain their statements. Writer interviewed W1 and PC1 separately and ...ented their       statements.

...er forwarded a copy of this report to CIU at this time.

### Statement of Witness 004 - TERESA GARCIA ZAVALA

...esa Zavala, W1, advised that she and Marissa Fishman, V1, were asleep in her bedroom when ... awoke around 0700 hours. W1 advised that she and V1 responded to the kitchen and joined ...est of the family for breakfast. W1 advised that around 0900 hours, she started cleaning ...athroom and bedroom areas of 'Rochelle' and 'Barbara' and heard the children talking in the ...en area. W1 advised that she assumed that all the children were being watched and ...inued cleaning around the  house. W1 advised that she responded to the kitchen area and ...asked by Barbara, '...where is Marissa?', at which time she stated she did not know. W1 ...sed that she and Rochelle started calling Marissa's name aloud at which time she suddenly ...d Alexandra scream, '...here is Marissa...', as she pointed to the pool area. W1 advised ...she immediately observed the sliding glass door from the kitchen area to the indoor pool ...to be open. W1 advised that she observed Rochelle start to run toward the pool area and ...quickly followed.

...advised that as she entered the pool area she observed Marissa, motionless, floating face ... in the pool. W1 advised that she then observed two subjects standing on the edge of the ...   W1 advised that she 'froze' and just stared at Marissa floating in the pool as Rochelle

| g Officer | Supervisor Approval |

| 2 | 08/30/2002 | New Castle County PD | 32-02-086999 |

### Statement of Witness 004 - TERESA GARCIA ZAVA... - Continued

...ied the hispanic male subject to the side and dove into the pool towards Marissa.

...advised that she observed Rochelle grab Marissa from the pool as she yelled at the two ...jects, '...why didn't you move...'. W1 advised that Rochelle handed Marissa to her at which ... Rochelle started to push on the stomach of Marissa. W1 advised that she observed water ... the mouth of Marissa. W1 advised that the skin color of Marissa was light blue and she had ... wearing her pajamas. W1 advised that she placed Marissa on the carpeted floor near the ...hen table as Rochelle continued to push on Marissa's stomach and Barbara started blow air ... Marissa's mouth. W1 advised that she observed Marissa cough once. W1 advised that ... two subjects seen in the pool area were one white male subject and one hispanic male ...ject. W1 advised that she had seen these subjecte moving one circular table and three ...irs from the exterior patio area to the pool area through the unsecured door area. W advised ... the door between the kitchen area and the pool area is always closed when the children area ... the house and the Marissa is incapable to opening the door by herself. W1 advised that she ...ieves that one of these two subjects had left the door open while they were moving the ...niture.

### Statement of Witness 010 - SALVADOR NMN BRITO-ORTIZ

...alvador Brito-Ortiz, PC1, advised that he had been working on the outdoor patio area with his ...s, the other white male subject. PC1 advised that he had been working on the masonry on the ...io and did observe numerous children playing inside the residence near the kitchen area.

---

| rting Officer | Supervisor Approval | | |
|---|---|---|---|
| SANTOS -2426 | ROBERT C BECKER OJNCRCB Date 08/30/2002 1730 | | |
| bility Factors | ☐ Witness    ☐ M.O.    ☐ Trace Stolen Property    ☐ Suspect Named | | Status Has Follow Up |

| Report Date: 08/30/2002 | Agency: New Castle County PD | | 32-02-086999 |

## Supplemental Report - #2

| Occurrence Dates and Times: 08/30/2002 1013 | | Grid 114-372 | Sector 12 |

Location: COACHMAN RD SURREY PARK Wilmington, DE 19803

### Original Victim Information

| Number | Name: FISHMAN, MARISSA | | | | | |
|---|---|---|---|---|---|---|
| idual | Sex: Female | Race: White | | Ethnic Origin: Non-Hispanic | Age: 1 | D.O.B. 12/30/2000 |

Address: COACHMAN RD, REY PARK, ington, DE 19803

| Resident Status: Full Time | Home Telephone: (302) 478-5671 | Employer/School | Work Telephone |

| Missing Person? ☒No | Victim Injured? ☒Yes ☐No | Victim Deceased? ☐Yes ☒No | Officer Comments |

### Original Crime and Associated Information

| Number | Crime Seq: 001 | Statute | Crime Description: Casualty Injured Subject No Specific Crime Associated | | |
|---|---|---|---|---|---|
| Location Type: Residence/Home | | Status: Service Clear 08/30/2002 | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense | |
| Suspected Hate/Bias ☒No - N/A | | Crime Code: 8191 - Casualty/Injured Subject | | | |
| ary Force Involved ☐No | | | | | |

### Investigative Narrative

Writer responded to the above location on the above date and time reference to a drowning. Prior to arrival writer ascerstained the ambulance was transporting the victim to A.I. Hospital. Writer turned around and followed the ambulance to AI Dupont Hospital where writer stayed with V1 until writer was released by Det. C. Malone.

| Reporting Officer: COTE - 2636 | Supervisor Approval: CURTIS M CLIFTON OJNCCMC Date 08/30/2002 1700 | | | |
|---|---|---|---|---|
| ility Factors | ☐Witness | ☐M O | ☐Trace Stolen Property | ☐Suspect Named | Status |

| 08/30/2002 | New Castle County PD | 32-02-086999 |

## Supplemental Report - #3

| Occurrence Dates and Times: 08/30/2002 1013 | Grid 114-372 | Sector 12 |

Location: COACHMAN RD SURREY PARK  Wilmington, DE 19803

### Original Victim Information

| Number | Name: FISHMAN, MARISSA | | | | | |
|---|---|---|---|---|---|---|
| idual | Sex: Female | Race: White | Ethnic Origin: Non-Hispanic | Age: 1 | D.O.B.: 12/30/2000 | |
| COACHMAN RD REY PARK ington, DE 19803 | | Resident Status: Full Time | Home Telephone: (302) 478-5671 | Employer/School | | Work Telephone |
| ng Person? ☒No | Victim Injured? ☒Yes ☐No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |

### Original Crime and Associated Information

| Number | Crime Seq: 001 | Statute | Crime Description: Casualty Injured Subject No Specific Crime Associated |
|---|---|---|---|
| on Type: idence/Home | | Status: Service Clear 08/30/2002 | Involvement: ☐Alcohol ☐Drugs ☐Computer  General Offense |
| cted Hate/Bias es ☒No - N/A | Crime Code: 8191 - Casualty/Injured Subject | | |
| ary Force Involved es ☐No | | | |

### Witness Information

| ce | Type: Person Contacted | Name: MAGNER, JOHN EDWARD | Sex: Male | Race: White | Age: 64 | D.O.B.: 08/24/1938 |
|---|---|---|---|---|---|---|
| BAYNARD BLVD MINGTON, DE 19802 | | Home Telephone: (302) 229-9664 | Employer/School | | | Work Telephone |

### Investigative Narrative

stated date at 1015 hrs writer responded to 3220 Coachman Rd (Surrey Park) reference to a ming. Prior to arrival writer ascertained Talleyville Fire Company was transporting Marisa man (V1) to A.I. DuPont Hospital for further treatment sotherefore writer began to follow ambulance. At Foulk Rd and Shipley Rd Talleyville Fire Company picked up New Castle County medic Unit #8 who also began to provide treatment. After arriving at the hospital writer acted Ken Getty     (Talleyville Fire Company) who provided writer with the Marisa's hes. The clothes were tot writer on today's date @ 1030 hrs.

le at the hospital, Rochelle Fishman (V1's mother) arrived and writer began a brief rview. Rochelle stated towriter that at approximately 1000 hours she responded to her oom to brush her teeth and then responded back out into the living area. Rochelle had a d feeling and then realized Marisa was missing so therefore began to look for her. At this t Alexandra (Marisa's sister) located Marisa in the swimming pool floating face down and on top of the pool. Rochelle then dove into the pool and pulled Marisa out of the water and and her sister, Deborah Longwill-Fox, began CPR.    Rochelle further stated that upon ling out Marisa from the pool she was blue and after CPR was begun Marisa began to gain color er hands. Rochelle further stated that there were workers at the residence who left the open to the pool.

hile at the hospital writer also contacted John Magner who stated he was working on nelle's residence (110 Kelly Dr, Chadds Ford, Pa) when he received a phone call from an nown person stating Marisa fell into the pool. John then responded to the Surrey Park ress and then to A.I. DuPont Hospital.

. Palmer treated Marisa while she was in the Emergency Department and Dr.

ryjeweski treated Marisa when she was transferred to the Pediatric ICU. See Marisa's medical ords for     details (#367612).

| ting Officer | Supervisor Approval |

| | | |
|---|---|---|
| 08/30/2002 | New Castle County PD | 32-02-086999 |

Investigative Narrative - Continued

isa's clothes were tot'd Det. K. Murphy at 3220 Coachman Rd on today's date @ 1337 hours by
er.  This case was tot Det. C. Malone.

---

ting Officer
ALFREE  - 2555

Supervisor Approval
ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1654

ility Factors   ☐ Witness   ☐ M. O.   ☐ Trace Stolen Property   ☐ Suspect Named   Status Has Follow Up