IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES H. GORBEY, JR., et al.  :  CIVIL ACTION
:
v.  :
:
RICHARD LONGWILL, et al.  :  NO. 04-4098

## O R D E R

**AND NOW**, this      day of   September, 2004, it is Ordered that the Rule 16 Conference scheduled for Tuesday, October 5, 2004 at 4:30 p.m. is **CANCELED** and **RESCHEDULED** for **Monday, October 25, 2004** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.


ATTEST:                                  or     BY THE COURT


BY:_____        _____
     Deputy Clerk                          Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF AND FAX ON _____TO:

Matthew A. Czsey, Esq. (via fax: 215-772-1005)
Daniel J. Hart, Esq. (via fax: 215-575-0856)
Edward C. Mintzer, Jr., Esq. (via fax: 215-563-2583)