IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator | : | **CIVIL ACTION** |
| of the ESTATE OF MARISSA ROSE | : | |
| FISHMAN, Deceased | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD LONGWILL and | : | |
| BARBARA LONGWILL | : | |
| and | : | |
| AIR BASE CARPET MART, INC. | : | |
| d/b/a AIR BASE DISTRIBUTING, INC. | : | |
| d/b/a AIR BASE CARPET MART | : | |
| and | : | |
| AIR BASE DISTRIBUTING, INC. | : | NO. 2:04-cv-4098 |

## **O R D E R**

Upon consideration of the agreement of counsel, and with the approval of this Court, it is hereby ORDERED that:

1. The parties shall conduct written and/or deposition discovery related to *in personam* jurisdiction of the individual or corporate defendants and/or venue without waiving any claim or defense that has been or could be asserted in connection with the causes of action asserted in plaintiff's Complaint. This Order does not apply to or include substantive discovery.

2. Such discovery as described in paragraph 1 above shall be completed by January 7, 2005. Thereafter, any motion sought to be filed by any party in connection therewith will be filed with the Court for timely disposition. All such Motions to be filed within 30 days of the conclusion of the jurisdiction discovery.

3. ~~Rule 26 disclosures are deferred until directed by the Court~~.    ABB

S/Anita B. Brody

———————————————
ANITA B. BRODY, J.

Copies **via ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB\Gorbey discovery order.wpd