**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR | : | |
| OF THE ESTATE OF MARISSA | : | |
| ROSE FISHMAN, | : | No. 2:04-cv-4098 |
| | : | |
| vs. | : | |
| | : | |
| RICHARD LONGWILL, BARBARA LONGWILL, | : | |
| AIR BASE CARPET MART, INC. d/b/a AIR | : | |
| BASE DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART AND TERESA GARCIA | : | |
| ZAVALA | : | |

**PLAINTIFF'S SELF-EXECUTING DISCLOSURES PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a)**

Plaintiff, James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman,

deceased, by and through his attorneys, Kline & Specter, P.C., hereby provide their initial

disclosures:

**I.**     **Individuals likely to have discoverable information:**

1.     Eric Fishman
       (Present address unknown)

2.     Richard Longwill
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

3.     Barbara Longwill
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

4.     Rochelle Fishman
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

5.     Samuel Fishman

3220 Coachman Road
Surrey Park, Wilmington, DE 19803

6.     Harrison Fishman
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

7.     Alexandra Fishman
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

8.     Teresa Garcia Zavala
       (Unknown)

9.     Michael Longwill
       (Unknown)

10.    Alison Lucas
       14 Dunham Place
       Apt. 4R
       Brooklyn, NY 11211

11.    Helen Longwill
       3220 Coachman Road
       Surrey Park, Wilmington, DE 19803

12.    Vinny Rizzo
       Ashland Construction
       c/o Eisemen, Meyers & Liero
       United Plaza
       30 S. 17th Street, Suite 1730
       Philadelphia, PA 19103

13.    Salvador Brito Ortiz
       Van Burden Street
       Wilmington, DE 19801

14.    John Magner
       Baynard Blvd.
       Wilmington, DE 19802

15.    Steve Barker

(Unknown)

16. Officer Schlosser
New Castle County Police Department

17. Arnold Frey
Air Base Carpet
c/o Rawle & Henderson

18. Deborah Longwill
(Unknown)

19. Dr. Palmer
Alfred I. Dupont Hospital for Children

20. Dr. Stryiewski
Alfred I. Dupont Hospital for Children

**II.**    **<u>Documents:</u>**

1. Police Report

KLINE & SPECTER
A Professional Corporation

BY:_____
MATTHEW A. CASEY
Dated:                    Attorney for Plaintiff

## CERTIFICATION OF SERVICE

I, Matthew A. Casey, Esquire, hereby certify that a true and correct copy of Plaintiff's Initial

Disclosures were served upon all interested parties listed below, by United States mail, first class,

postage prepaid on this_____ day of _____, 2004:

Edward C. Mintzer, Jr., Esquire
Michael Hurvitz, Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel J. Hart, Esquire
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Michael Small, Esquire
Eiseman, Myers & Liero
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103

_____
MATTHEW A. CASEY