IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | CIVIL ACTION |
| Administrator of the Estate | : | |
| of Marissa Rose Fishman, | : | |
| Deceased | : | |
| v. | : | |
| | : | |
| RICHARD LONGWELL | : | NO. 04-4098 |
| JAMES H. GORBEY, JR. | : | CIVIL ACTION |
| Administrator of the Estate | : | |
| of Marissa Rose Fishman, | : | |
| Deceased | : | |
| v. | : | |
| | : | |
| ASHLAND CONSTRUCTION COMPANY, | : | |
| INC., et al. | : | NO. 04-4118 |

**O R D E R**

**AND NOW**, this 1st  day of  December, 2004, it is Ordered that the above captioned civil actions shall be **CONSOLIDATED** under Civil Action No. 04-4098.  The Clerk's Office shall amend the caption of Civil Action No. 04-4098 to include all parties.  The Clerk's Office shall place all papers in Civil Action 04-4118 in the court file of Civil Action 04-4098 and close out Civil Action No. 04-4118.

ATTEST:                                    or     BY THE COURT


BY:_____                    S/Anita B. Brody
    Deputy Clerk                         Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:  Copies MAILED on _____ to: