IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICHARD LONGWILL, ASHLAND | : | NO.  04-4098 |
| CONSTRUCTION COMPANY, INC., | | |
| JOSEPH RIZZO & SONS CONSTRUCTION, | | |
| VINCENT RIZZO CONSTRUCTION CO., | | |
| INC., JOSEPH V. RIZZO and VINCENT | | |
| RIZZO | | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this      1st        day of     December, 2004,

**IT IS ORDERED** that the court's order (paper #13) is amended as to the caption of the case and as

follows:

1.   The parties shall conduct written and/or deposition discovery related to  *in*

*personam* jurisdiction of the individual or corporate defendants and/or venue without waiving any

claim or defense that has been or could be asserted in connection with the causes of action asserted in

plaintiff's Complaint.   This Order does not apply to or include substantive discovery.

2.   Such discovery as described in paragraph 1 above shall be completed by January

7, 2005.  Thereafter, any motion sought to be filed by any party in connection therewith will be filed

with the Court for timely disposition.   All such Motions to be filed within 30 days of the conclusion

of the jurisdiction discovery.

BY THE COURT:

S/Anita B. Brody

_____
ANITA B. BRODY,   J.

Copies **via ECF** on _____ to:  Copies **MAILED** on _____ to: