# EXHIBIT "B"

Page 9

[1] Q. Was it a joint ownership or was the house
[2] owned -- was it a joint ownership?
[3] A. Yes.
[4] Q. For how long did you own that home?
[5] A. About thirty years.
[6] Q. That takes me to 1999. Is that right?
[7] A. Somewhere around there.
[8] Q. Did you then sell the house?
[9] A. No.
[10] Q. What happened to your ownership in the
[11] house after approximately thirty years?
[12] A. We put it into a trust.
[13] Q. Okay. What trust?
[14] A. I believe they call it a granters reserve
[15] trust.
[16] Q. When did you do that?
[17] A. I would have to find that out for you.
[18] Q. How would you go about doing that?
[19] A. Go find the trust.
[20] MR. HART: As we get through some of
[21] this, there could be a lot of
[22] intertwining of, like the trust and who
[23] it would go to and things along those
[24] lines. We would ask, if you don't mind,

Page 10

[1] can we agree to confidentiality for this
[2] transcript? At this point you just have
[3] facts, which are of no consequence.
[4] MR. CASEY: Yes, we can talk about
[5] that maybe during a break. But I don't
[6] think there is going to be any problem
[7] with that. Can we just find out who,
[8] rather than having me ask a lot of
[9] questions about it, can you tell me who
[10] owned the house on the date of the
[11] drowning?
[12] THE WITNESS: It was in trust.
[13] BY MR. CASEY:
[14] Q. Who was the trustee?
[15] MR. HART: That you can answer.
[16] BY MR. CASEY:
[17] Q. Who was the trustee?
[18] A. Barbara Longwill.
[19] Q. Who is Barbara Longwill?
[20] A. My wife.
[21] Q. Do you have trust documents reflecting
[22] this conveyance from your ownership with your
[23] wife to the trust?
[24] A. Yes.

Page 11

[1] MR. CASEY: Dan, do we have that
[2] document?
[3] MR. HART: No.
[4] MR. CASEY: Can I have them?
[5] MR. HART: If you make a request.
[6] MR. CASEY: I am making that request
[7] now.
[8] MR. HART: I don't know if we have
[9] them here.
[10] BY MR. CASEY:
[11] Q. You told me that you owned the house for
[12] approximately thirty years. Can you tell me,
[13] with any more specificity, when that conveyance
[14] was made?
[15] A. I assume you will find that out when we
[16] get that document, and it will give a date of
[17] transfer.
[18] Q. Can you give me, sir, your own
[19] understanding as to the date of --
[20] A. I don't know.
[21] Q. You can't give me any more specific date
[22] other than approximately 1999?
[23] A. Somewheres around there, yes.
[24] Q. But from what you're telling me, I

Page 12

[1] understand that on the date of your
[2] granddaughter's death, you're confident that
[3] the trust owned your Coachman Road house?
[4] A. Correct.
[5] Q. For what reason did you make that
[6] conveyance from your individual ownership to
[7] the trust in the name of your wife?
[8] MR. HART: I'm going to have to
[9] object because the scope of the
[10] deposition here is venue and
[11] jurisdiction, as far as his individual
[12] contacts with the Commonwealth of
[13] Pennsylvania. His motivation for
[14] forming the trust, I don't think, has
[15] anything to do with the issues here.
[16] BY MR. CASEY:
[17] Q. Were there any other entities, other than
[18] your wife, named as trustee?
[19] A. No.
[20] Q. Do you own any businesses today, sir?
[21] A. Personally?
[22] Q. Yes.
[23] A. No.
[24] Q. Do you, through any corporate or other