# EXHIBIT "C"

Page 9

[1] know what it is?
[2] A. It is Vincent Rizzo Construction, yes.
[3] Q. What is it?
[4] A. It is actually, it's a Construction
[5] Company, that doesn't, it doesn't really
[6] operate as construction. It's just a property
[7] holder where our office is at.
[8] Q. What is the relationship, if any, or what
[9] was the relationship, if any, between Ashland
[10] Construction Company, Incorporated and Vincent
[11] Rizzo Construction Company, Incorporated?
[12]    MR. SMALL: As of what time?
[13] BY MR. CASEY:
[14] Q. As of at any time since August 30, 2002
[15] and including that date, sir?
[16]    MR. SMALL: Do you know when Vincent
[17] Rizzo Construction Company started to
[18] exist?
[19]    THE WITNESS: Actually Vincent Rizzo
[20] existed for a period of time, that was
[21] actually my father's company. It was
[22] actually a union shop way back when.
[23] But the actual company now, the company
[24] never operated in the construction

Page 10

[1] field. It just held the property where
[2] our office was.
[3] BY MR. CASEY:
[4] Q. As of August 30, 2002, on that date, did
[5] Vincent Rizzo Construction Company,
[6] Incorporated exist?
[7] A. As of that date, the actual, the company
[8] was to hold, held the property. Yes, there was
[9] a Vincent Rizzo Construction Company.
[10] Q. On that date, August 30, 2002?
[11] A. Correct.
[12] Q. Were any persons affiliated with Vincent
[13] Rizzo Construction Company, Incorporated on the
[14] premises at 3220 Coachman Road in Wilmington on
[15] August 30, 2002?
[16] A. No, sir.
[17] Q. What was your affiliation with Vincent
[18] Rizzo Construction Company, Incorporated as of
[19] August 30, 2002?
[20] A. It was just a property holder, the
[21] company never operated as construction, it just
[22] held property.
[23] Q. Did the company have any employees?
[24] A. No, sir.

Page 11

[1] Q. I understand I think. Did Ashland
[2] Construction Company, Incorporated have any of
[3] its employees on the premises of the 3220
[4] Coachman Road address on August 30, 2002?
[5] A. Yes, it was myself and a laborer, a
[6] helper, which was Salvador Ortiz.
[7] Q. Were there any other persons affiliated
[8] with Ashland Construction Company, Incorporated
[9] on the premises of 3220 Coachman Road on August
[10] 30, 2002 besides yourself and Mr. Ortiz?
[11] A. No, sir.
[12] Q. Where does Salvador Ortiz live?
[13] A. Mexico. As far as an address in Mexico,
[14] I have no clue what it as.
[15] Q. When did he return to Mexico?
[16] A. I would say over a year and a half ago.
[17] Q. Was he in this country legally as of
[18] August 30, 2002?
[19]    MR. SMALL: Objection, this is for
[20] jurisdiction for Ashland Construction,
[21] Vincent Rizzo Construction, Joseph
[22] Rizzo. He is not party. This is beyond
[23] Judge Brody's order. I'm going to
[24] instruct him not to answer.

Page 12

[1]    MR. CASEY: Mike, the reason I'm
[2] asking, at this juncture, is it does
[3] relate to venue and jurisdiction. At
[4] least it's reasonably calculated to.
[5] What I'm interested in knowing is where
[6] he came across Mr. Ortiz and if he is in
[7] this country, was in this country
[8] legally, I could obtain additional
[9] documentation to that effect.
[10]    I want to learn whether, for
[11] example, Mr. Rizzo recruited Mr. Ortiz
[12] from Pennsylvania or Philadelphia,
[13] that's why I'm asking the question.
[14]    MR. SMALL: You can ask that
[15] question, that's a totally different
[16] question than what you asked.
[17]    MR. CASEY: If he is in the country
[18] legally then there would be
[19] documentation to that effect and I can
[20] find out where the man hales from. That
[21] is the reason I'm asking.
[22] BY MR. CASEY:
[23] Q. What is your understanding, sir, of Mr.
[24] Ortiz' citizenship status as of the time that