# EXHIBIT "E"

1    A.    Yes.

2    Q.    Does Air Base Carpet Mart, Inc. conduct

3    any advertising targeted to the Commonwealth of

4    Pennsylvania?

5    A.    No.

6    Q.    What part of the first question --

7    A.    Repeat the question.

8    Q.    Does Air Base Carpet Mart, Inc. conduct

9    any advertising at all, conduct it, I'll

10   rephrase it.  Does Air Base Carpet Mart, Inc.

11   conduct any advertising targeted to the

12   Commonwealth of Pennsylvania?

13   A.    Yes.

14   Q.    Please tell me about that, sir?

15   A.    There are radio spots that hit the

16   Pennsylvania people.  There are TV spots that

17   hit the Pennsylvania people because when you

18   advertise on TV for Delaware you're targeting

19   Pennsylvania people automatically.

20   Q.    Okay.  Are you aware of any Pennsylvania

21   radio stations at which Air Base Carpet Mart

22   places advertisements?

23   A.    No.

24   Q.    Do you know if, in fact, there are any

ARNOLD W. FREY

```
 1      such radio stations?

 2      A.    No.

 3      Q.    Do you know, one way or the other,

 4      whether there are Pennsylvania radio stations

 5      where Air Base places ads?  I want to make

 6      sure.  Are you telling me that they do not

 7      place ads at Pennsylvania radio stations or you

 8      just don't know?

 9      A.    Air Base Carpet Mart does not place ads

10      on Pennsylvania radio stations.

11      Q.    Do you place ads in any Pennsylvania

12      newspapers?

13      A.    Yes.

14      Q.    Which ones?

15      A.    Philadelphia.

16            MR. MINTZER:  Object to the form.

17      Does Air Base, does Air Base Carpet Mart

18      place ads in --

19            MR. CASEY:  Any Pennsylvania

20      newspaper.

21            THE WITNESS:  Yes.

22      BY MR. CASEY:

23      Q.    Which ones?

24      A.    Philadelphia Inquirer.
```