## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice in the Commonwealth of Pennsylvania, hereby affirms that the foregoing Motion to Transfer was filed electronically and served on the below listed counsel via first-class mail, postage pre-paid this 7th day of February, 2005.

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Michael Small, Esquire
EISEMAN, MYERS & LIERO
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103

ECM2517
_____
Edward C. Mintzer, Jr.

1096767 v.1