IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED : <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. a/d/b/a ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO | CIVIL ACTION <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> NO. 04-4098 |

## **O R D E R**

AND NOW, this           day of                         , 2005, it is hereby stipulated by and between counsel and ordered by the court that the above-captioned matter is transferred from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Delaware. The Clerk of Court is directed to transfer this file to the Clerk of Court of the United States District Court for the District of Delaware.

**BY THE COURT:**

_____
The Honorable Anita B. Brody

| | |
|---|---|
| **KLINE & SPECTER, P.C.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| By: *[signature]* <br> Thomas R. Kline, Esquire <br> Matthew A. Casey, Esquire <br> Attorneys for Plaintiff <br> James H. Gorbey, Jr., <br> Administrator of the Estate of <br> Marissa Rose Fishman, Deceased | By: *[signature]* <br> Richard A. Kraemer, Esquire <br> Daniel J. Hart, Esquire <br> Attorneys for Defendants <br> Richard and Barbara Longwill |
| **RAWLE & HENDERSON, LLP** | **LAW OFFICES OF THOMAS D. ROMANDO** |
| By: *[signature]* <br> Edward C. Mintzer, Jr., Esquire <br> Attorney for Defendants <br> Air Base Carpet Mart, Inc. <br> d/b/a Air Base Distributing, Inc. <br> d/b/a Air Base Carpet Mart | By: *[signature]* <br> Michael R. Small, Esquire <br> Attorney for Defendants <br> Ashland Construction Company, Inc., <br> Vincent Rizzo Construction Co., Inc., <br> a/d/b/a Ashland Construction <br> Company, Inc., Joseph V. Rizzo and <br> Vincent Rizzo |

\01_18\LIAB\DJH\LLPG\646074\JYS\03030\02632