Case 1:05-cv-00211-MPT    Document 25-4    Filed 04/11/2005    Page 1 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES H. GORBEY, JR., Administrator of the
ESTATE OF MARISSA ROSE FISHMAN,
deceased
   Plaintiff,      :  CIVIL ACTION NO.:

v.

RICHARD LONGWILL,
and
BARBARA LONGWILL,
and
AIR BASE CARPET MART, INC.
D/B/A AIR BASE DISTRIBUTING,
INC. D/B/A AIR BASE CARPET MART
and
AIR BASE DISTRIBUTING, INC.   :  **AFFIDAVIT**
Defendants.

  I, Daniel J. Hart, being of age under oath deposes and says as follows:

  1.  I am an attorney at law in the Commonwealth of Pennsylvania.

  2.  I am employed at the law firm of Marshall, Dennehey, Warner, Coleman and Goggin which has been retained to represent Richard and Barbara Longwill in their individual capacity.

  3.  I am full familiar with the facts in the above captioned matter and hereby consent on behalf of Richard and Barbara Longwill to the Removal of this matter to United States District Court.

  4.  I have read the Notice of removal and agree with the contents therein.

1034786 v.1

I have read the foregoing statements and certify same to be true and correct to the best of my knowledge.

*[signature]*
DANIEL J. HART

SWORN TO AND SUBSCRIBED
BEFORE ME ON THIS 26th DAY OF AUGUST, 2004

*[signature]*
Notary Public

NOTARIAL SEAL
ANNA L. JANJANIN, NOTARY PUBLIC
PHILADELPHIA, PHILADELPHIA COUNTY, PA
MY COMMISSION EXPIRES MARCH 21, 2005

1034786 v.1