IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>　　　　Defendants. | :<br>:<br>:<br>:　Civil Action No.: 05cv211<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

It is hereby ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

_____
　　　　　　　　　　　　　　　　J.

DATED:

1114084 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>　　　　Defendants. | :<br>:<br>:　Civil Action No.: 05cv211<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward C. Mintzer, Jr., Esquire and Michael Hurvitz, Esquire, to represent the defendants, Air base Carpet Mart, Inc., d/b/a Air Base Distributing, Inc., d/b/a Air Base Carpet Mart and Air Base Distributing in the above action.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark, No. 3337
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base  Distributing, Inc.

1114084 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No: 05cv211 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

　　　　　　　　　　　　　　　　　　RAWLE & HENDERSON LLP

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edward C. Mintzer, Jr., Esquire

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael Hurvitz, Esquire
　　　　　　　　　　　　　　　　　　Rawle & Henderson, LLP
　　　　　　　　　　　　　　　　　　The Widener Building
　　　　　　　　　　　　　　　　　　One South Penn Square
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107

1114084 v.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice was served upon the below-listed counsel of record this 18th day of April 2005, by First Class U.S. Mail, postage prepaid:

> Thomas R. Kline, Esquire
> Matthew A. Casey, Esquire
> KLINE & SPECTER, P.C.
> 1525 Locust Street. 19th Floor
> Philadelphia, PA 19102
>
> Daniel J. Hart, Esquire
> Marshall, Dennehey, Warner,
> Coleman and Warner
> 1845 Walnut Street
> Philadelphia, PA 19103-4797
>
> Michael Small, Esquire
> EISEMAN, MYERS & LIERO
> United Plaza
> 30 S. 17th Street, Suite 1730
> Philadelphia, PA 19103

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark, No. 3337
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1114084 v.1