IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | C.A. No. 05-211 KAJ <br><br> JURY TRIAL DEMANDED |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW THE APPEARANCE** of Michael R. Small, Esq.* on behalf of the Defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Company, Inc., Joseph Rizzo and Vincent Rizzo;

**PLEASE ENTER THE APPEARANCE** of Roger D. Landon, Esq. on behalf of the Defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Company, Inc., Joseph Rizzo and Vincent Rizzo.

00119796.DOC

                        MURPHY SPADARO &LANDON

                        */s/ Roger D. Landon*
                        ROGER D. LANDON, I.D. No. 2460
                        1011 Centre Road, Suite 210
                        Wilmington, DE  19805
                        (302) 472-8112
                        Attorney for Defendants

*See attached Withdrawal of Appearance of Michael R. Small, Esq.

00119796.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>Defendants. | C.A. No. 05-211 KAJ |

### CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 25th day of April, 2005, two copies of the foregoing **SUBSTITUTION OF COUNSEL** were delivered *via* e-file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

00119796.DOC

**Via Hand Delivery**
Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

**Via First Class Mail**
Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

**Via Hand Delivery**
Martin S. Lessner, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00119796.DOC