IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>　　　Plaintiff<br>　　　　v.<br>ASHLAND CONSTRUCTION COMPANY, INC.; JOSEPH RIZZO & SONS CONSTRUCTION; VINCENT RIZZO CONSTRUCTION CO., INC. a/d/b/a Ashland Construction Company, Inc.; JOSEPH V. RIZZO; and VINCENT RIZZO<br>　　　Defendants | : <br> : <br> : <br> : No. 04-CV-4118<br> : <br> : <br> : <br> : <br> : <br> : |

## *WITHDRAWAL OF APPEARANCE*

*TO THE CLERK OF THE COURT:*

　　Kindly withdraw my appearance on behalf of Defendants, Ashland Construction Company, Inc.; Vincent Rizzo Construction Co., Inc. d/b/a, Ashland Construction Company, Vincent Rizzo Construction Company, Vincent Rizzo and Joseph Rizzo, in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Michael R. Small