IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | JURY TRIAL DEMANDED |
| Defendants. | |

**CROSSCLAIMS OF ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION CO., INC., JOSEPH RIZZO AND VINCENT RIZZO AGAINST BARBARA & RICHARD LONGWILL, AIR BASE CARPET MART, INC. AND AIR BASE DISTRIBUTING, INC.**

**CROSSCLAIMS AND/OR COUNTERCLAIMS FOR INDEMNIFICATION/CONTRIBUTION**

1. Answering defendants deny that they are liable to the plaintiff in any respect. However, in the event that the answering defendants are held liable to the plaintiff, then answering defendants crossclaim and/or counterclaim against the co-defendants, whose negligence, recklessness and/or intentional conduct was the primary cause of the damages sustained by the plaintiff and claims that the answering defendants, if liable at all, are only secondarily liable. The

00119803.DOC

answering defendants, therefore, are entitled to indemnification from the co-defendants.

2.  In the event that answering defendants are held primarily liable to the plaintiff, then the alleged wrongful acts of the co-defendants are a contributing cause of the damages sustained by the plaintiff and the answering defendants are entitled to contribution in any amount which it may be required to pay to the plaintiff as a result of the co-defendants' wrongful acts, based on the relative degrees of fault determined pursuant to the provisions of the Delaware Uniform Contribution Among Tortfeasors Law, 10 Del . C. § 6301 to § 6308.

**WHEREFORE**, answering defendants move that the plaintiff's cause of action be dismissed against them, or in the alternative, that judgment be entered in answering defendants' favor against the co-defendants, plus interest, costs and any other relief this Court deems appropriate.

MURPHY SPADARO &LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00119803.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br>Plaintiff, <br><br>v. <br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, <br><br>Defendants. | C.A. No. 05-211 KAJ |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 25th day of April, 2005, two copies of the foregoing **CROSSCLAIMS FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST CO-DEFENDANTS** were delivered *via* e-file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

00119803.DOC

**Via Hand Delivery**
Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

**Via First Class Mail**
Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

**Via Hand Delivery**
Martin S. Lessner, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00119803.DOC