IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, | : : : : | |
| Plaintiff, | : : | C.A. NO. 05-211 |
| v. | : : : | |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Company, Inc., JOSEPH V. RIZZO and VICENT RIZZO, | : : : : : : : : : : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Benjamin C. Wetzel, III, Esquire, on behalf of the plaintiff in the above-captioned matter.

        WETZEL & ASSOCIATES, P.A.

        /s/ Benjamin C. Wetzel, III
        Benjamin C. Wetzel, III (#985)
        The Carriage House, Suite 201
        1100 North Grant Avenue
        Wilmington, Delaware 19805
        Attorney for Plaintiff

Dated: May 2, 2005

## **CERTIFICATE OF SERVICE**

I, Benjamin C. Wetzel, III, hereby certify that on this 2nd day of May, 2005, two copies of the within Entry of Appearance were mailed via first-class mail to:

Delia Ann Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801

a copy of the within Entry of Appearance was forwarded via e-filing to:

Roger Landon, Esquire
Murphy, Spardaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III