IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED : : : : v. : : RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. a/d/b/a ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO | CIVIL ACTION NO.  05-211 KAJ TRIAL BY JURY DEMANDED |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW THE APPEARANCE** of Richard A. Kraemer, Esquire, as counsel on behalf of defendants, Richard Longwill and Barbara Longwill.

**PLEASE ENTER THE APPEARANCE** of Kevin J. Connors, Esquire, as counsel on behalf of defendants, Richard Longwill and Barbara Longwill.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:  /s/ Kevin J. Connors
     Kevin J. Connors, Esquire
     (DE I.D.#2135)
     1220 N. Market Street
     5th Floor
     P.O. Box 8888
     Wilmington, DE  19899-8888
     302-552-4302
     Attorney for Defendants
     Richard Longwill and Barbara Longwill

DATED:    May 5, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of the foregoing Substitution of Counsel in the above-captioned matter this date via regular mail as follows:

Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102

Benjamin C. Wetzel, III, Esquire
WETZEL & ASSOCIATES, P.A.
The Carriage House
1100 North Grant Avenue
Suite 201
Wilmington, DE  19805

Edward C. Mintzer, Jr., Esquire
RAWLE & HENDERSON, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

Delia Ann Clark, Esquire
RAWLE & HENDERSON, LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Roger D. Landon, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:   /s/ Kevin J. Connors
       Kevin J. Connors, Esquire
       (DE I.D.#2135)
       1220 N. Market Street
       5th Floor
       P.O. Box 8888
       Wilmington, DE  19899-8888
       302-552-4302
       Attorney for Defendants
       Richard Longwill and Barbara Longwill

**DATED:**     May 5, 2005
\15_A\LIAB\KJC\DISC\283958\LAS\15000\15000