**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the | : | |
| ESTATE OF MARISSA ROSE FISHMAN, | : | |
| deceased | : | Civil Action No.: 05cv211 |
|         Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD LONGWILL, | : | |
| and | : | |
| BARBARA LONGWILL, | : | |
| and | : | |
| AIR BASE CARPET MART, INC. | : | |
| D/B/A AIR BASE DISTRIBUTING, | : | |
| INC. D/B/A AIR BASE CARPET MART | : | |
| and | : | |
| AIR BASE DISTRIBUTING, INC. | : | |
|         Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of William J. Cattie, III, Esq. as attorney for the defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc., d/b/a Air Base Carpet Mart and Air Base Distributing, Inc.

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
        William J. Cattie, III
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, De 19899-0588
        Attorney for Defendants,
        Air Base Carpet Mart, Inc. and
        Air Base  Distributing, Inc

<u>**CERTIFICATE OF SERVICE**</u>

I, William J. Cattie, III, Esq., do hereby certify that on May 23, 2004, I have caused to be

sent via U.S. Mail and/or Hand Delivery two copies of the **ENTRY OF APPEARANCE** to the

following individual(s):

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA  19103-4797

Michael Small, Esquire
EISEMAN, MYERS & LIERO
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103


**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
        William J. Cattie, III
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        (302) 778-1200
        Wilmington, De 19899-0588
        Attorney for Defendants,
        Air Base Carpet Mart, Inc. and
        Air Base  Distributing, Inc