IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>           Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>           Defendants. | C.A. No. 05-211 KAJ<br><br>JURY TRIAL DEMANDED |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties that the terms "recklessness" and "intentional conduct" are stricken from the crossclaims of defendants Ashland Construction Company, Inc., Vincent Rizzo Construction Company, Inc. d/b/a Ashland Construction Co., Inc., Joseph Rizzo and Vincent Rizzo against defendants Barbara and Richard Longwill, Air Base Carpet Mart, Inc. and Air Base Distributing, Inc.

| | |
|---|---|
| MURPHY SPADARO &LANDON<br><br>_/s/ [signed]_<br>Roger D. Landon, I.D. No. 2460<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>Attorney for Defendants<br>Ashland Construction Company, Inc.,<br>Vincent Rizzo Construction Company,<br>Inc. d/b/a Ashland Construction Co.,<br>Inc., Joseph Rizzo and Vincent Rizzo<br><br>Date: 5-18-05 | RAWLE & HENDERSON, LLP<br><br>_/s/ [signed]_<br>Delia Ann Clark, I.D. No. 3337<br>Michael Hurvitz<br>Wilmington, DE 19801<br>Attorney for Defendants<br>Air Base Carpet Mart, Inc. and<br>Air Base Distributing, Inc.<br><br><br><br>Date: 5/19/05 |

00120498.DOC