## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

May 24, 2005

Bnejamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue - #201
Wilmington, DE  19085

Delia Ann Clark, Esq.
Rawle & Hendersen LLP
300 Delaware Avenue - #1015
Wilmington, DE 19801

Kevin J. Conners, Esq.
Marshall, Dennehey, Warner, Coleman
  & Goggin
1220 N. Market Street - #500
Wilmington, DE  19801

Roger D. Landon, Esq.
Murphy, Spadaro & Landon
1011 Centre Rd. - #210
Wilmington, DE  19805

Re:   James H. Gorbey, Jr. v. Richard Longwill, et al.
      <u>Civil Action No. 05-211-KAJ</u>

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court