IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>　　　　Defendants. | Civil Action No.: 05cv211 |

**REPLY OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC.
d/b/a AIR BASE CARPET MART TO CROSSCLAIM OF
<u>ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO</u>**

　　　　1.　　　　Denied.  this averment is a conclusion of law to which no responsive pleading is required.  To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint.  On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care.  Strict proof thereof is demanded at the time of Trial.

　　　　2.　　　　Denied.  this averment is a conclusion of law to which no responsive pleading is required.  To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint.  On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care.  Strict proof thereof is demanded at the time of

Trial.

**WHEREFORE,** Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, respectfully requests this Honorable Court to enter judgment in its favor and against the Plaintiffs together with costs and fees.

                              **RAWLE & HENDERSON LLP**

                         By: /s/ William J. Cattie, III
                              William J. Cattie, III
                              I.D. No. 953
                              300 Delaware Avenue, Suite 1015
                              P. O. Box 588
                              Wilmington, De 19899-0588
                              778-1200
                              Attorney for Defendants,
                              Air Base Carpet Mart, Inc. and
                              Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1149142 v.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Reply to Ashland's Crossclaim was served upon the below-listed counsel of record this 25th day of May 2005, by electronically filing through the U.S. District Court through Pacer:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

**RAWLE & HENDERSON LLP**

By: _____/s/ William J. Cattie, III_____
      William J. Cattie, III
      I.D. No. 953
      300 Delaware Avenue, Suite 1015
      P. O. Box 588
      Wilmington, De 19899-0588
      778-1200
      Attorney for Defendants, Air Base Carpet Mart, Inc.
      and Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1149142 v.1