**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>    Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>    Defendants. | Civil Action No.: 05cv211 |

**CROSSCLAIMS OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART AGAINST VINCENT RIZZO AND ASHLAND CONSTRUCTION COMPANY, INC.**

**CROSSCLAIMS AND/OR COUNTERCLAIMS FOR INDEMNITY/CONTRIBUTION**

1.    Answering defendants deny that they are liable to plaintiff in any respect. However, in the event they are held liable to the plaintiff, then answering defendants crossclaim and/or counterclaim against Ashland Construction Company, Inc. and Vincent Rizzo, whose negligence was the primary cause of the damages sustained by the plaintiff and claims that answering defendants, if liable at all, are only secondarily liable. The answering defendants, therefore, are entitled to indemnification from Ashland Construction Company, Inc. and Vincent Rizzo.

2.    In the event that answering defendants are held primarily liable to the plaintiff, then the alleged wrongful acts of Ashland Construction Company, Inc. and Vincent Rizzo are a contributing cause of the damages sustained by plaintiff and the answering defendants are

1153292 v.1

entitled to contribution in any amount which it may be required to pay the plaintiff as a result of Ashland Construction Company, Inc. and Vincent Rizzo's wrongful acts, based on the relative degrees of fault determined pursuant to the provisions of the Delaware Uniform Contribution Among Tortfeasors Law, 10 Del. C. § 6301 to § 6308.

**WHEREFORE,** Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, respectfully requests this Honorable Court to enter judgment in its favor and against the Plaintiffs together with costs and fees.

**RAWLE & HENDERSON LLP**

By: /s/ William J. Cattie, III
William J. Cattie, III
I.D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, De 19899-0588
778-1200
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1153292 v.1

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Crossclaim was served upon the below-listed counsel of record this 25th day of May 2005, by electronic filing through the District Court:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

**RAWLE & HENDERSON LLP**

By:    /s/ William J. Cattie, III
      William J. Cattie, III
      I.D. No. 953
      300 Delaware Avenue, Suite 1015
      P. O. Box 588
      Wilmington, De 19899-0588
      778-1200
      Attorney for Defendants,
      Air Base Carpet Mart, Inc. and
      Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1153292 v.1