IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>Defendants. | C.A. No. 05-211 KAJ<br><br>JURY TRIAL DEMANDED |

**ANSWER OF DEFENDANTS ASHLAND CONSTRUCTION COMPANY, INC.
AND VINCENT RIZZO TO CROSSCLAIMS OF
AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC.
d/b/a AIR BASE CARPET MART**

1. Denied.

2. Denied.

**WHEREFORE**, answering defendants demand that the crossclaims be dismissed with prejudice and costs assessed against the co-defendants.

MURPHY SPADARO &LANDON
*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00120714.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 26th day of May, 2005, two copies of the foregoing **ANSWER OF DEFENDANTS ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO TO CROSSCLAIMS OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART** were delivered *via* e-file and in the manner indicated to the following individual(s):

00120714.DOC

**<u>Via First Class Mail</u>**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**<u>Via First Class Mail</u>**
Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

**<u>Via Hand Delivery</u>**
Martin S. Lessner, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

**<u>Via First Class Mail</u>**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**<u>Via Hand Delivery</u>**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**<u>Via Hand Delivery</u>**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

00120714.DOC

        MURPHY SPADARO & LANDON

        */s/ Roger D. Landon*
        ROGER D. LANDON, I.D. No. 2460
        1011 Centre Road, #210
        Wilmington, DE 19805
        (302) 472-8112
        Attorney for Defendants

00120714.DOC