IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL, et al. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civil Action No.: 05cv211 |

**REPLY OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART TO CROSSCLAIM OF VINCENT RIZZO CONSTRUCTION COMPANY, INC. d/b/a ASHLAND CONSTRUCTION COMPANY, INC., AND JOSEPH RIZZO**

　　1.　　Denied. this averment is a conclusion of law to which no responsive pleading is required. To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint. On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care. Strict proof thereof is demanded at the time of Trial.

　　2.　　Denied. this averment is a conclusion of law to which no responsive pleading is required. To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint. On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care. Strict proof thereof is demanded at the time of Trial.

　　**WHEREFORE,** Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, respectfully requests this Honorable Court to enter judgment in its

favor and against the Plaintiffs together with costs and fees.

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
　　　　William J. Cattie, III
　　　　I.D. No. 953
　　　　300 Delaware Avenue, Suite 1015
　　　　P. O. Box 588
　　　　Wilmington, De 19899-0588
　　　　778-1200
　　　　Attorney for Defendants,
　　　　Air Base Carpet Mart, Inc. and
　　　　Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1155416 v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Reply to Crossclaim was served upon the below-listed counsel of record this 1st day of June 2005, by electronically filing through the U.S. District Court through Pacer:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

Benjamin C. Wetzel, III
WETZEL & ASSOCIATES, P.A.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

Kevin J. Connors, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

**RAWLE & HENDERSON LLP**

By:      /s/ William J. Cattie, III
      William J. Cattie, III
      I.D. No. 953
      300 Delaware Avenue, Suite 1015
      P. O. Box 588
      Wilmington, De 19899-0588
      778-1200
      Attorney for Defendants, Air Base Carpet Mart, Inc. and Air Base Distributing, Inc

1155416 v.1

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1155416 v.1