N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased | : : : | |
| Plaintiff, | : : | Civil Action No.: 05cv211 |
| v. | : : | |
| RICHARD LONGWILL, et al. | : | |

**CROSSCLAIMS OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART AGAINST VINCENT RIZZO CONSTRUCTION COMPANY, INC., d/b/a ASHLAND CONSTRUCTION COMPANY, <u>INC., AND JOSEPH RIZZO</u>**

**CROSSCLAIMS AND/OR COUNTERCLAIMS FOR INDEMNITY/CONTRIBUTION**

1.  Answering defendants deny that they are liable to plaintiff in any respect. However, in the event they are held liable to the plaintiff, then answering defendants crossclaim and/or counterclaim against Vincent Rizzo construction Co., Inc., d/b/a Ashland Construction, Co., Inc. and Joseph Rizzo, whose negligence was the primary cause of the damages sustained by the plaintiff and claims that answering defendants, if liable at all, are only secondarily liable. The answering defendants, therefore, are entitled to indemnification from Vincent Rizzo construction Co., Inc., d/b/a Ashland Construction, Co., Inc. and Joseph Rizzo.

2.  In the event that answering defendants are held primarily liable to the plaintiff, then the alleged wrongful acts of Vincent Rizzo construction Co., Inc., d/b/a Ashland Construction, Co., Inc. and Joseph Rizzo are a contributing cause of the damages sustained by plaintiff and the answering defendants are entitled to contribution in any amount which it may be required to pay the plaintiff as a result of Vincent Rizzo construction Co., Inc., d/b/a Ashland Construction, Co., Inc. and Joseph Rizzo's wrongful acts, based on the relative degrees of fault determined pursuant to the provisions of the Delaware Uniform Contribution Among Tortfeasors

Law, 10 Del. C. § 6301 to § 6308.

**WHEREFORE,** Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, respectfully requests this Honorable Court to enter judgment in its favor and against the Plaintiffs together with costs and fees.

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
　　　　William J. Cattie, III
　　　　I.D. No. 953
　　　　300 Delaware Avenue, Suite 1015
　　　　P. O. Box 588
　　　　Wilmington, De 19899-0588
　　　　778-1200
　　　　Attorney for Defendants,
　　　　Air Base Carpet Mart, Inc. and
　　　　Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

<u>**ERTIFICATE OF SERVICE**</u>

    I hereby certify that a true and correct copy of the foregoing Crossclaim was served upon the below-listed counsel of record this 1st day of June 2005, by electronically filing through the U.S. District Court through Pacer:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

Benjamin C. Wetzel, III
WETZEL & ASSOCIATES, P.A.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

Kevin J. Connors, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III\_\_\_\_\_
    William J. Cattie, III
    I.D. No. 953
    300 Delaware Avenue, Suite 1015
    P. O. Box 588
    Wilmington, De 19899-0588
    778-1200
    Attorney for Defendants, Air Base Carpet Mart, Inc.
    and Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants, Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.