IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>Defendants. | C.A. No. 05-211 KAJ<br><br>JURY TRIAL DEMANDED |

**ANSWER OF DEFENDANTS VINCENT RIZZO CONSTRUCTION COMPANY, INC.
d/b/a ASHLAND CONSTRUCTION COMPANY, INC. AND JOSEPH RIZZO TO THE
CROSSCLAIMS OF
AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC.
d/b/a AIR BASE CARPET MART**

1.    Denied.

2.    Denied.

**WHEREFORE**, answering defendants demand that the crossclaims be dismissed

with prejudice and costs assessed against the co-defendants.

MURPHY SPADARO &LANDON
*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00120819.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,  
Administrator of the Estate of  
Marissa Rose Fishman, Deceased,  

    Plaintiff,

v.

RICHARD LONGWILL,  
BARBARA LONGWILL,  
AIR BASE CARPET MART, INC.  
d/b/a Air Base Distributing, Inc. d/b/a  
Air Base Carpet Mart, AIR BASE  
DISTRIBUTING, INC., ASHLAND  
CONSTRUCTION COMPANY, INC.,  
JOSEPH RIZZO & SONS  
CONSTRUCTION, VINCENT RIZZO  
CONSTRUCTION CO., INC. d/b/a  
Ashland Construction Co., Inc.,  
JOSEPH V. RIZZO, VINCENT RIZZO,  

    Defendants.

|

C.A. No. 05-211 KAJ

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 1st day of June, 2005, two copies of the foregoing **ANSWER OF DEFENDANTS VINCENT RIZZO CONSTRUCTION COMPANY, INC. d/b/a ASHLAND CONSTRUCTION COMPANY, INC. AND JOSEPH RIZZO TO THE CROSSCLAIMS OF AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART** were delivered *via* e-file and in the manner indicated to the following individual(s):

00120819.DOC

**<u>Via First Class Mail</u>**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**<u>Via First Class Mail</u>**
Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

**<u>Via Hand Delivery</u>**
Martin S. Lessner, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

**<u>Via First Class Mail</u>**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**<u>Via Hand Delivery</u>**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**<u>Via Hand Delivery</u>**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

MURPHY SPADARO & LANDON

00120819.DOC

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00120819.DOC