IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL, et al.<br><br>　　　　Defendants. | Civil Action No.: 05cv211 |

### ENTRY OF APPEARANCE

Please enter the appearance of William J. Cattie, III, Esq. as attorney for the defendant, Air Base Distributing, Inc.

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
　　　William J. Cattie, III, I.D. No. 953
　　　300 Delaware Avenue, Suite 1015
　　　P. O. Box 588
　　　Wilmington, De 19899-0588
　　　Attorney for Defendant.
　　　Air Base Distributing, Inc.

Of Counsel:

Edward C. Mintzer, Jr.
Delia A. Clark
Michael Hurvitz
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500

1157573 v.1

CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq., do hereby certify that on June 6, 2005, I have caused to be electronically filed through Lexus/Nexus **ENTRY OF APPEARANCE** to the following individual(s):

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Michael Small, Esquire
EISEMAN, MYERS & LIERO
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III_____
William J. Cattie, III, I.D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
(302) 778-1200
Wilmington, De 19899-0588
Attorney for Defendant,
Air Base Distributing, Inc

1157573 v.1