IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased | : : : : | Civil Action No.: 05cv211 |
| Plaintiff, | : : | |
| v. | : : | |
| RICHARD LONGWILL, et al. | : | |

**REPLY OF AIR BASE DISTRIBUTING, INC. TO CROSSCLAIM OF ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION d/b/a ASHLAND CONSTRUCTION CO., INC., JOSEPH RIZZO AND VINCENT RIZZO**

1. Denied.  this averment is a conclusion of law to which no responsive pleading is required.  To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint.  On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care.  Strict proof thereof is demanded at the time of Trial.

2. Denied.  this averment is a conclusion of law to which no responsive pleading is required.  To the extent that a responsive pleading is deemed required, it is specifically denied that answering defendant was negligent or careless with regard to the allegations contained in Plaintiff's Complaint.  On the contrary, answering defendant at all times relevant to this action, acted reasonably and within the standards of care.  Strict proof thereof is demanded at the time of Trial.

**WHEREFORE,**  Defendants, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, respectfully requests this Honorable Court to enter judgment in its

1157271 v.1

favor and against the Plaintiffs together with costs and fees.

                                    **RAWLE & HENDERSON LLP**

                                By:_____/s/ William J. Cattie, III_____
                                    William J. Cattie, III
                                    I.D. No. 953
                                    300 Delaware Avenue, Suite 1015
                                    P. O. Box 588
                                    Wilmington, De 19899-0588
                                    778-1200
                                    Attorney for Defendant,
                                    Air Base Distributing, Inc.

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendant,
Air Base Distributing, Inc.

1157271 v.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Reply to Ashland's Crossclaim was served upon the below-listed counsel of record this 7th day of June 2005, by electronically filing through the U.S. District Court through Pacer:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman and Warner
1845 Walnut Street
Philadelphia, PA 19103-4797

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

**RAWLE & HENDERSON LLP**

By:_____/s/ William J. Cattie, III\_\_\_\_\_
        William J. Cattie, III
        I.D. No. 953
        300 Delaware Avenue, Suite 1015
        P. O. Box 588
        Wilmington, De 19899-0588
        778-1200
        Attorney for Defendant,
        and Air Base Distributing, Inc

Of Counsel:

Michael Hurvitz, PD
I.D. No. 89235
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
302-654-0500
Attorney for Defendants, Air Base Distributing, Inc.

1157271 v.1