A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

Direct Dial: 552-4302
Email: kconnors@mdwcg.com

June 10, 2005



The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re: Gorbey, et al. v. Longwill, et al.
U.S.D.C. – District of Delaware, C.A. No. 05-211 KAJ
Our File No.: 03030.02632

Dear Judge Jordan:

In conjunction with the telephone scheduling conference to be held with Your Honor on Monday, June 13, 2005 at 3:30 p.m., counsel have conferred and propose the following discovery schedule for inclusion in the Scheduling Order:

(2) Joinder of Other Parties and Amendment of Pleadings – September 30, 2005;

(3) Discovery

    (a) Limitation on Hours for Deposition Discovery – 100 per side;

    (c) Discovery Cut Off – March 31, 2006;

    (d) Disclosure of Expert Testimony – plaintiff shall file his initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony on or before January 9, 2006. Defendants shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony on or before February 20, 2006.

On behalf of the parties and their counsel, I thank Your Honor for consideration of this matter.

Very truly yours,

Kevin J. Connors

KJC/ps
cc: Clerk of the Court
    All Counsel