# WETZEL & ASSOCIATES, P.A.

Attorneys at Law

**Benjamin C. Wetzel, III**

The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, Delaware 19805

Telephone: 302.652.1200
Facsimile: 302.652.1900
E-mail: bwetzel@wetzellaw.com

June 24, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

      RE:    Gorbey, et al. v. Longwill, et al.
               C. A. No.: 05-0211 KAJ
               Our File No.: 7264

Dear Judge Jordan:

      Enclosed for the Court's consideration is the proposed Scheduling Order which has been reviewed and agreed to by counsel for the parties following the telephone scheduling conference on June 13, 2005 with Your Honor.

Respectfully submitted,

/s/ Benjamin C. Wetzel

Benjamin C. Wetzel, III

BCW/smc
Enclosure

cc:    Clerk of the Court
       All Counsel