IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : : : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : : |
| vs. | : : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : : : : : : : : : : |
| Defendants. | : |

**NOTICE OF SERVICE**

This will certify that on this 13th day of July 2005, a true and correct copy of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served upon counsel for the parties by depositing same in the United States Mail, First Class, postage pre-paid, addressed to the following:

William J. Cattie, III, Esquire
Delia Ann Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

Michael Hurvitz, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner
 Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Edward C. Mintzer, Jr., Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

WETZEL & ASSOCIATES, P.A.


 /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (I.D. No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
bwetzel@wetzellaw.com

Matthew A. Casey, Admitted Pro Hac Vice
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

*Attorneys for Plaintiff*

Dated:  July 13, 2005

## CERTIFICATION OF SERVICE

I certify that on July 13, 2005, I electronically filed the within Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michael Hurvitz, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

William J. Cattie, III, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
  Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

I hereby certify that on July 13, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Edward C. Mintzer, Jr., Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
  Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Delia Ann Clark, Esquire
 Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

WETZEL & ASSOCIATES, P.A.

  /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (I.D. No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
bwetzel@wetzellaw.com