## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | **CIVIL ACTION NO.  05-211 KAJ** |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARISSA ROSE FISHMAN, DECEASED | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| RICHARD LONGWILL, BARBARA | : | |
| LONGWILL, AIR BASE CARPET | : | |
| MART, INC. d/b/a AIR BASE | : | |
| DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART, ASHLAND | : | |
| CONSTRUCTION COMPANY, INC., | : | |
| JOSEPH RIZZO & SONS | : | |
| CONSTRUCTION, VINCENT RIZZO | : | |
| CONSTRUCTION CO., INC. a/d/b/a | : | |
| ASHLAND CONSTRUCTION | : | |
| COMPANY, INC., JOSEPH V. RIZZO | : | |
| AND VINCENT RIZZO | : | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that on August 17, 2005, I caused two copies of the foregoing Initial Disclosure on Behalf of Defendants Richard Longwill and Barbara Longwill, in Their Individual Capacity Pursuant to Federal Rule of Civil Procedure 26(a)(1) to be served  by First Class U.S. mail, postage pre-paid, on counsel for the parties at the following address:

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates
The Carriage House
110 N. Grant Avenue, Suite 201
Wilmington, DE  19805

Delia Ann Clark, Esquire
William J. Cattie, III, Esquire
Rawle & Henderson, LLP
300 Delaware Ave., Ste. 1015
P.O. Box 588
Wilmington, DE 19801-0588

Roger D. Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road – Suite 210
Wilmington, DE 19805

Vicky P. DeShong, Esquire
Michael Hurvitz, Esquire
Edward C. Mintzer, Jr., Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Matthew A. Casey, Admitted Pro Hac Vice
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**


By:    */s/ Kevin J. Connors*
      Kevin J. Connors, Esquire
      (DE I.D.#2135)
      Attorney for Defendants
      Richard Longwill and Barbara Longwill
      1220 N. Market Street
      5th Floor
      P.O. Box 8888
      Wilmington, DE  19899-8888
      302-552-4302


**DATED:  August 17, 2005**


\15_A\LIAB\KJC\LLPG\301416\VXL\03030\02632