IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased : : : Plaintiff, : : v. : : RICHARD LONGWILL, : and : BARBARA LONGWILL, : and : AIR BASE CARPET MART, INC. : D/B/A AIR BASE DISTRIBUTING, : INC. D/B/A AIR BASE CARPET MART : and : AIR BASE DISTRIBUTING, INC. : Defendants. : | Civil Action No.: 05cv211 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward C. Mintzer, Jr., Esquire and Michael Hurvitz, Esquire, to represent the defendants, Air base Carpet Mart, Inc., d/b/a Air Base Distributing, Inc., d/b/a Air Base Carpet Mart and Air Base Distributing in the above action.

RAWLE & HENDERSON LLP

By: /s/ Delia A. Clark
Delia A. Clark, No. 3337
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
302-654-0500
Attorney for Defendants,
Air Base Carpet Mart, Inc. and
Air Base Distributing, Inc.

1114084 v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased | : : : | |
| Plaintiff, | : : | Civil Action No.: 05cv211 |
| v. | : : | |
| RICHARD LONGWILL, and BARBARA LONGWILL, and AIR BASE CARPET MART, INC. D/B/A AIR BASE DISTRIBUTING, INC. D/B/A AIR BASE CARPET MART and AIR BASE DISTRIBUTING, INC. Defendants. | : : : : : : : : : : | |

**ORDER**

It is hereby ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

_____
J.

DATED:

1114084 v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice was served upon the below-listed counsel of record this  16th  day of November, 2005, by  First Class U.S. Mail, postage prepaid:

| | |
|---|---|
| Thomas R. Kline, Esquire<br>Matthew A. Casey, Esquire<br>KLINE & SPECTER, P.C.<br>1525 Locust Street. 19th Floor<br>Philadelphia, PA 19102 | Roger D. Landon<br>Murphy, Spadaro & Landon<br>1011 Center Road, Std. 210<br>Wilmington, DE  19805 |

Michael Small, Esquire
EISEMAN, MYERS & LIERO
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 North Grant Avenue – Suite 201
Wilmington, DE  19805

Kevin J. Connors, Esquire
Daniel J. Hart, Esquire
Marshall, Dennehey, Warner, Coleman
  & Goggin
1220 N. Market Street – Suite 500
P.O. Box 8888
Wilmington, DE  19899

                                                  RAWLE & HENDERSON LLP

                                                  By:   /s/ Delia A. Clark
                                                        Delia A. Clark, No. 3337
                                                        300 Delaware Avenue, Suite 1015
                                                        Wilmington, DE  19801
                                                        302-654-0500
                                                        Attorney for Defendants, Air Base Carpet
                                                       Mart, Inc. and Air Base  Distributing, Inc.

1114084 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased <br>         Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, <br> and <br> BARBARA LONGWILL, <br> and <br> AIR BASE CARPET MART, INC. <br> D/B/A AIR BASE DISTRIBUTING, <br> INC. D/B/A AIR BASE CARPET MART <br> and <br> AIR BASE DISTRIBUTING, INC. <br>         Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                                             RAWLE & HENDERSON LLP

                                                             /s/ Edward C. Mintzer, Jr.
                                                             Edward C. Mintzer, Jr. Esquire

                                                             /s/ Michael Hurvitz
                                                             Michael Hurvitz, Esquire
                                                            Rawle & Henderson, LLP
                                                            The Widener Building
                                                            One South Penn Square
                                                            Philadelphia, PA 19107

1114084 v.1