N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | CIVIL ACTION NO. 05-211 KAJ |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARISSA ROSE FISHMAN, DECEASED | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| RICHARD LONGWILL, BARBARA | : | |
| LONGWILL, AIR BASE CARPET | : | |
| MART, INC. d/b/a AIR BASE | : | |
| DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART, ASHLAND | : | |
| CONSTRUCTION COMPANY, INC., | : | |
| JOSEPH RIZZO & SONS | : | |
| CONSTRUCTION, VINCENT RIZZO | : | |
| CONSTRUCTION CO., INC. a/d/b/a | : | |
| ASHLAND CONSTRUCTION | : | |
| COMPANY, INC., JOSEPH V. RIZZO | : | |
| AND VINCENT RIZZO | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel J. Hart, Esquire, to represent the defendants, Richard Longwill and Barbara Longwill, in the above action.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Richard Longwill
and Barbara Longwill

\15_A\LIAB\KJCONNORS\LLPG\329634\VLLUCAS\03030\02632