IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | CIVIL ACTION NO. 05-211 KAJ |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARISSA ROSE FISHMAN, DECEASED | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| RICHARD LONGWILL, BARBARA | : | |
| LONGWILL, AIR BASE CARPET | : | |
| MART, INC. d/b/a AIR BASE | : | |
| DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART, ASHLAND | : | |
| CONSTRUCTION COMPANY, INC., | : | |
| JOSEPH RIZZO & SONS | : | |
| CONSTRUCTION, VINCENT RIZZO | : | |
| CONSTRUCTION CO., INC. a/d/b/a | : | |
| ASHLAND CONSTRUCTION | : | |
| COMPANY, INC., JOSEPH V. RIZZO | : | |
| AND VINCENT RIZZO | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _/s/ Daniel J. Hart_
Daniel J. Hart, Esquire  #49986
1845 Walnut Street
Philadelphia, PA  19103-4717

\15_A\LIAB\KJCONNORS\LLPG\329655\VLLUCAS\03030\02632