IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | CIVIL ACTION NO. 05-211 KAJ |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARISSA ROSE FISHMAN, DECEASED | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| RICHARD LONGWILL, BARBARA | : | |
| LONGWILL, AIR BASE CARPET | : | |
| MART, INC. d/b/a AIR BASE | : | |
| DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART, ASHLAND | : | |
| CONSTRUCTION COMPANY, INC., | : | |
| JOSEPH RIZZO & SONS | : | |
| CONSTRUCTION, VINCENT RIZZO | : | |
| CONSTRUCTION CO., INC. a/d/b/a | : | |
| ASHLAND CONSTRUCTION | : | |
| COMPANY, INC., JOSEPH V. RIZZO | : | |
| AND VINCENT RIZZO | : | |

**<u>ORDER</u>**

It is hereby Ordered that counsel's Motion for Admission Pro Hac Vice of Daniel J. Hart, Esquire to represent defendants, Richard Longwill and Barbara Longwill, is Granted.

_____
                           J.

Dated: _____

\15_A\LIAB\KJCONNORS\LLPG\329665\VLLUCAS\03030\02632