IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., : | CIVIL ACTION NO. 05-211 KAJ |
| ADMINISTRATOR OF THE ESTATE OF : | |
| MARISSA ROSE FISHMAN, DECEASED : | TRIAL BY JURY DEMANDED |
| v. : | |
| RICHARD LONGWILL, BARBARA : | |
| LONGWILL, AIR BASE CARPET : | |
| MART, INC. d/b/a AIR BASE : | |
| DISTRIBUTING, INC. d/b/a AIR BASE : | |
| CARPET MART, ASHLAND : | |
| CONSTRUCTION COMPANY, INC., : | |
| JOSEPH RIZZO & SONS : | |
| CONSTRUCTION, VINCENT RIZZO : | |
| CONSTRUCTION CO., INC. a/d/b/a : | |
| ASHLAND CONSTRUCTION : | |
| COMPANY, INC., JOSEPH V. RIZZO : | |
| AND VINCENT RIZZO : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion and Order for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> was served upon the below-listed counsel of record this 20th day of January 2006 via electronic filing:

Thomas R. Kline, Esquire
Matthew A. Casey, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Michael Small, Esquire
Eiseman, Myers & Liero
United Plaza
30 S. 17th Street, Suite 1730
Philadelphia, PA 19103

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 North Grant Avenue – Suite 201
Wilmington, DE 19805

Roger D. Landon, Esquire
Murphy, Sapdaro & Landon
1011 Center Road, Std. 210
Wilmington, DE 19805

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Edward C. Mintzer, Jr., Esquire
Michael Hurvitz, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
Kevin J. Connors, Esquire #2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Richard Longwill
and Barbara Longwill

\15_A\LIAB\KJCONNORS\LLPG\329662\VLLUCAS\03030\02632