IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR., |
Administrator of the Estate of |
Marissa Rose Fishman, Deceased, |
 |
  Plaintiff, |
 |
v. | C.A. No. 05-211 KAJ
 |
RICHARD LONGWILL, | JURY TRIAL DEMANDED
BARBARA LONGWILL, |
AIR BASE CARPET MART, INC. |
d/b/a Air Base Distributing, Inc. d/b/a |
Air Base Carpet Mart, AIR BASE |
DISTRIBUTING, INC., ASHLAND |
CONSTRUCTION COMPANY, INC., |
JOSEPH RIZZO & SONS |
CONSTRUCTION, VINCENT RIZZO |
CONSTRUCTION CO., INC., |
d/b/a Ashland Construction Co., Inc., |
JOSEPH V. RIZZO, VINCENT RIZZO, |
 |
  Defendants. |

## RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of

Barbara Longwill on Thursday, March 30, 2006 at 10:00 a.m. in the law offices of

Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.

      MURPHY SPADARO &LANDON
      */s/ Roger D. Landon*
      ROGER D. LANDON, I.D. No. 2460
      1011 Centre Road, Suite 210
      Wilmington, DE  19805
      (302) 472-8112
      Attorney for Defendants

Cc: Hawkins Reporting Service

00127978

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,                          |
Administrator of the Estate of                 |
Marissa Rose Fishman, Deceased,                |
                                               |
            Plaintiff,                         |
                                               |
v.                                             |        C.A. No. 05-211 KAJ
                                               |
RICHARD LONGWILL,                              |
BARBARA LONGWILL,                              |
AIR BASE CARPET MART, INC.                     |
d/b/a Air Base Distributing, Inc. d/b/a        |
Air Base Carpet Mart, AIR BASE                 |
DISTRIBUTING, INC., ASHLAND                    |
CONSTRUCTION COMPANY, INC.,                    |
JOSEPH RIZZO & SONS                            |
CONSTRUCTION, VINCENT RIZZO                    |
CONSTRUCTION CO., INC. d/b/a                   |
Ashland Construction Co., Inc.,                |
JOSEPH V. RIZZO, VINCENT RIZZO,                |
                                               |
            Defendants.                        |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 24th day of January, 2006,

two copies of the foregoing **RE-NOTICE OF ORAL DEPOSITION** were delivered *via* e-

file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

00127978

**Via First Class Mail**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**Via Hand Delivery**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**Via Hand Delivery**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00127978