IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : <br> : <br> : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : <br> : |
| vs. | : <br> : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that counsel for the plaintiff will take oral deposition of **Vincent J. Rizzo,** on **Monday, January 30, 2006** beginning at 9:30 a.m., at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

WETZEL & ASSOCIATES, P.A.

/s/ Benjamin C. Wetzel, III
BENJAMIN C. WETZEL, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200

Matthew A. Casey, Admitted Pro Hac Vice
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
*Attorneys for Plaintiff*

Dated: January 24, 2006

## CERTIFICATION OF SERVICE

I certify that on January 24, 2006, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michael Hurvitz, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

William J. Cattie, III, Esquire
Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
  Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

I hereby certify that on January 24, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Edward C. Mintzer, Jr., Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
  Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

WETZEL & ASSOCIATES, P.A.

  /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
bwetzel@wetzellaw.com