IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | C.A. No. 05-211 KAJ <br><br> JURY TRIAL DEMANDED |

**NOTICE OF ORAL DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Rochelle Fishman on Thursday, February 23, 2006 at 11:00 a.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.

    MURPHY SPADARO &LANDON
    */s/ Roger D. Landon*
    ROGER D. LANDON, I.D. No. 2460
    1011 Centre Road, Suite 210
    Wilmington, DE  19805
    (302) 472-8112
    Attorney for Defendants

Cc:    Hawkins Reporting Service

00128805

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 15th day of February, 2006, two copies of the foregoing **NOTICE OF ORAL DEPOSITION** were delivered *via* e-file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

00128805

**Via First Class Mail**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE 19805

**Via Hand Delivery**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

**Via Hand Delivery**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

**Via First Class Mail**
Daniel Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00128805