IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the ESTATE OF MARISSA ROSE FISHMAN, deceased<br>        Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>and<br>BARBARA LONGWILL,<br>and<br>AIR BASE CARPET MART, INC.<br>D/B/A AIR BASE DISTRIBUTING,<br>INC. D/B/A AIR BASE CARPET MART<br>and<br>AIR BASE DISTRIBUTING, INC.<br>        Defendants. | Civil Action No.: 05cv211 KAJ |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of Defendants' Motion for Summary Judgment and any opposition thereto, it is hereby:

ORDERED that Defendants' Motion for Summary Judgment is GRANTED and any and all claims against Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc., d/b/a Airbase Carpet Mart and Air Base Distributing, Inc. are DISMISSED with prejudice.

_____
J.

1243429 v.1