*(Extras filed separately)*

*"Fourth Amended Complaint"*

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
BY:
ATTORNEY FOR      THOMAS R. KLINE/ROBERT ROSS/MATTHEW A. CASEY
ATTORNEY ID. #      Attorney I.D. No. 28895/47152/84443
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
215-772-1000

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the<br>ESTATE OF MARISSA ROSE FISHMAN, deceased<br>110 West Front Street<br>Media, Pennsylvania 19063 | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| | : | |
| vs. | : | CIVIL TRIAL DIVISION |
| | : | |
| RICHARD LONGWILL<br>3220 Coachman Road<br>Surrey Park<br>Wilmington, DE 19803 | : | |
| | : | MARCH TERM, 2004<br>NO. 003776 |
| BARBARA LONGWILL<br>3220 Coachman Road<br>Surrey Park<br>Wilmington, DE 19803 | : | **JURY TRIAL DEMANDED** |
| | : | |
| AIR BASE CARPET MART, INC., d/b/a<br>AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE<br>CARPET MART<br>230 N. Dupont Hwy.<br>New Castle, DE 19720 | : | |
| | : | |
| AIR BASE DISTRIBUTING, INC.<br>230 N. Dupont Hwy.<br>New Castle, DE 19720 | : | |

**FOURTH AMENDED COMPLAINT**
**[2-S Premises Liability]**

1.      Plaintiff James H. Gorbey, Jr., was appointed Administrator of the Estate of

Marissa Rose Fishman, deceased, pursuant to the Order of the Register of Wills of Delaware

8-17-04

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

County dated September 23, 2003; Mr. Gorbey is a citizen and resident of the Commonwealth of Pennsylvania.

2.      Marissa Rose Fishman ("plaintiff's decedent") was born on December 30, 2000 and resided at 110 Kelly Drive, Chadds Ford, PA 19317.

3.      Plaintiff's decedent drowned on August 30, 2002 while staying at the home of her maternal grandparents, who are named defendants herein, at 3220 Coachman Road, Surrey Park, Wilmington, DE 19803.

4.      Defendant Air Base Carpet Mart, Inc., d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart ("Air Base") is a Delaware corporation or other jural entity with a principal place of business at 230 N. Dupont Hwy., New Castle, DE 19720.

5.      Defendant Air Base Distributing, Inc. is a Delaware corporation or other jural entity, which, upon information and belief, shows the same address.

6.      Defendants Richard Longwill and Barbara Longwill ("the Longwill defendants") reside at 3220 Coachman Road, Surrey Park, Wilmington, DE 19803. The Longwill defendants, either jointly or individually, own the premises, which includes an indoor pool, at this address.

7.      Defendant Richard Longwill is an owner, operator, director and/or officer in several Pennsylvania corporations, including Lancaster Carpet Mart, Inc.; Allentown Carpet Mart and Wallpaper Outlet, Inc.; Reading Carpet Factory Outlet, Inc.; Yorktowne Carpet Mart, Inc.; and Lomax Home Center, Inc. Lomax Home Center, Inc. is located at 2940 Jasper Street in Philadelphia, Pennsylvania, and 100% of its stock is owned by defendant Richard Longwill. See Air Base Web Site Home Page, attached as Exhibit "A".

8.      Defendant Barbara Longwill is the secretary-treasurer of Air Base Carpet Mart,

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

Inc., which regularly conducts business in Pennsylvania through its affiliates Lancaster Carpet

Mart, Inc.; Allentown Carpet Mart and Wallpaper Outlet, Inc.; Reading Carpet Factory Outlet,

Inc.; Yorktowne Carpet Mart, Inc.; and Lomax Home Center, Inc. See Exhibit "A".

9.    Defendant Air Base, itself and through the foregoing affiliates, purposefully avails

itself of the laws and benefits of the Commonwealth of Pennsylvania. See Exhibit "A".

10.    Philadelphia county venue is proper because the Longwill defendants, both

individually and through their corporate affiliations with Defendant Air Base, and

defendant Air Base own and operate Lomax Home Center, Inc. at 2940 Jasper Street in

Philadelphia, Pennsylvania.

11.    On August 30, 2002, Marissa Rose Fishman, a minor, who was visiting at

Richard and Barbara Longwill's residence, was upon information and belief, to be confirmed

through discovery, caused to drown due to the negligent acts and/or failures to act on the part of

defendants and their actual and/or ostensible agents, servants and/or employees, including their

failure to take reasonable steps to make the premises safe and negligently exposing an infant to

an unsupervised swimming pool, which may have constituted an attractive nuisance.

12.    Plaintiff's decedent, an infant, proceeded unattended through an

open sliding glass door separating the kitchen and a large, indoor pool.

13.    Said actual and/or ostensible agents, servants and/or employees included, upon

information and belief, Teresa Garcia Zavala, a nanny, and workmen, either employed or

contracted by defendant Richard Longwill and defendant Air Base.

14.    Upon information and belief, said workmen negligently left the sliding door open

leading to the pool on the subject premises.

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

15.    Plaintiff will pursue a separate action against said workmen in a different forum that has jurisdiction over them, which action may, at a future date, be consolidated with the within action.  If if is found that said workmen, alone, were responsible for making the pool premises safe by keeping entryways to the subject pool closed, then said workmen, and their principals, employers and/or masters, may be solely liable to plaintiff.

16.    All defendants named herein are vicariously liable for the negligent acts and/or failures to act on the part of said actual and/or ostensible agents, servants and/or employees, whose identities may at the present time be known only to defendants and who cannot be known to plaintiff without the benefit of discovery. By way of more specific identification, said actual /or ostensible agents, servants and/or employees were working at the subject premises on August 30, 2002.

17.    The Longwill defendants owed a non-delegable duty to children on the premises to protect them from all hazards that were reasonably foreseeable; said hazards included both the means of access to the indoor pool and the work that was being conducted on the premises that day.

18.    The door to the pool being left open, and the pool itself, constituted an attractive nuisance, one that was reasonably foreseeable given the work that was being done that day. This attractive nuisance caused the death of Marissa Rose Fishman.

19.    The unreasonably dangerous condition created by the work was foreseeable, and it caused the death of Marissa Rose Fishman.

20.    Plaintiff claims all damages recoverable under the Wrongful Death Act, 42 Pa. C.S.A. §8301, and Survival Act, 42 Pa. C.S.A. §8302,  arising out of Marissa Rose Fishman's

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

drowning and subsequent death.

WHEREFORE, plaintiff James H. Gorbey, Jr., hereby demands judgment against

defendants in an amount in excess of Fifty Thousand Dollars ($50,000) exclusive of pre-

judgment interest, costs, and post-judgment interest.

KLINE & SPECTER,
A Professional Corporation

BY: _____

THOMAS R. KLINE
ROBERT ROSS
MATTHEW A. CASEY
I.D. Nos. 28895/47152/84443
Attorneys for Plaintiff

Dated: 8/17/04

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

## <u>VERIFICATION</u>

I, James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman, a minor,

deceased, hereby verifies that the within Fourth Amended Complaint is based on first-hand

information and on information furnished to my counsel and obtained by him in the course of

this lawsuit. The language of the document is that of counsel and not of the affiant. To the

extent that the contents of the document are based on information furnished to counsel and

obtained by him during the course of this lawsuit, the affiant has relied upon counsel in taking

this verification. All statements are founded upon reasonable belief. This verification is made

subject to the penalties of 18 Pa.C.S.§4904 relating to unsworn falsification to authorities.

James H. Gorbey, Jr., Administrator of the
Marissa Rose Fishman, a minor, deceased

Date: 8/16/04



AIRBASE CARPET / CARPET MART / LOMAX RUG CO.

In loving memory of LILLIAN WHITAKER



   



 

Air Base Carpet Mart locations

AIRBASE CARPET / CARPET MART / LOMAX RUG CO.                    Page 2 of 2



**Air Base Carpet Mart**
230 N. DuPont Hwy
New Castle, DE 19720
Phone 302-328-1597

**Air Base Carpet Mart**
756 S Little Creek Rd
Dover, DE 19901
Phone: 302-678-0970

**Lomax Rug Company**
2940-56 Jasper Street
Philadelphia, PA 19134
Phone: 215-739-8110

**Exton Carpet Mart**
270 Pottstown Pike or Road
Exton, PA 19341
Phone: 610-363-5017

**Hours all locations:**

Sunday 11 - 5
Monday 10 - 9
Tuesday 10 - 6
Wed - Friday 10 - 9
Saturday 9 - 6

E-mail: rugnroll@aol.com

**Lancaster Carpet Mart**
1271 Manheim Pike
Lancaster, PA 17601
Phone: 717-299-2381

**York Carpet Mart**
1391 Eden Rd. & Rt 130
York, PA 17402-1939
Phone: 717-848-3905

**Reading Carpet Mart**
3515 N. 5th St. Highway N.
Reading, PA 19605
Phone: 610-921-2037

**Mechanicsburg Carpet**
5103 Carlisle Pike
Mechanicsburg, PA 170
Phone: 717-975-1717

**Harrisburg Carpet Mar**
5051 Hampton CT RD
Harrisburg, PA 17112
Phone: 717-671-1414