| | | |
|---|---|---|
| DOC. NO. 35-05-20-99/08/20 | OFFICE OF VITAL STATISTICS | **CERTIFICATE OF DEATH** <br> **State of Delaware** (107) |
| | LOCAL REG NO. | DEPARTMENT OF HEALTH AND SOCIAL SERVICES    STATE FILE NUMBER |

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): MArissa R Fishman
2. SEX: F
3. DATE OF DEATH (MO., DAY, YR): 8/30/02
4. SOCIAL SECURITY NO.:
5A. AGE (YRS):
5B. UNDER 1 YEAR MONTHS DAYS: 20
5C. UNDER 1 DAY HOURS MINUTES:
6. DATE OF BIRTH (MO., DAY, YR.):
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY):
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☐ YES ☐ NO
9. ANATOMICAL GIFT: ☐ CONSENT GRANTED ☐ NOT GRANTED
10A. PLACE OF DEATH: ☒ HOSPITAL INPATIENT ☐ ER/OUTPATIENT ☐ DOA ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY)
10B. FACILITY NAME: A. I. Dupont Hospital for Children
10C. CITY, TOWN, OR LOCATION OF DEATH: Wilmington
10D. COUNTY OF DEATH: N.C.
11. MARITAL STATUS:
12. SURVIVING SPOUSE:
13A. DECEDENT'S USUAL OCCUPATION:
13B. KIND OF BUSINESS/INDUSTRY:
14A. RESIDENCE — STATE: Pennsylvania
14B. COUNTY:
14C. CITY, TOWN, OR LOCATION: Chadds Ford
14D. STREET AND NUMBER: 110 Kelly Drive
14E. INSIDE CITY LIMITS?:
14F. ZIP CODE:
15. WAS DECEDENT OF HISPANIC ORIGIN?: ☐ NO ☐ YES
16. RACE — AMERICAN INDIAN, BLACK, WHITE, ETC.: White
17. DECEDENT'S EDUCATION:

**PARENTS**

18. FATHER'S NAME (FIRST, MIDDLE, LAST):
19. MOTHER'S NAME (FIRST, MIDDLE, MAIDEN SURNAME):

**INFORMANT**

20A. INFORMANT'S NAME:
20B. MAILING ADDRESS:

**DISPOSITION**

21A. METHOD OF DISPOSITION: ☐ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER (SPECIFY)
21B. PLACE OF DISPOSITION:
21C. LOCATION:
22A. SIGNATURE OF FUNERAL DIRECTOR:
22B. LICENSE NUMBER:
23. NAME AND ADDRESS OF FACILITY: Schoenberg
24. REGISTRAR'S SIGNATURE:
25. DATE FILED:

**PRONOUNCING OFFICIAL**

26A. TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE STATED SIGNATURE AND TITLE:
26B. LICENSE NUMBER:
26C. DATE SIGNED:
27. TIME OF DEATH: 7:03 PM
28. DATE PRONOUNCED DEAD: 08-30-02
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: yes

**CERTIFIER**

30A. CERTIFIER: ☒ PRONOUNCING AND CERTIFYING PHYSICIAN ☒ MEDICAL EXAMINER
30B. SIGNATURE AND TITLE OF CERTIFIER: MD
30C. LICENSE NUMBER:
30D. DATE SIGNED: 8/30/02
31. NAME AND ADDRESS OF CERTIFIER: GLENN STRYJEWSKI, M.D.  A.I. duPont Hospital  1600 Rockland Road  Wilmington DE 19899

32A. WAS AN AUTOPSY PERFORMED?: ☒ YES ☐ NO
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: ☐ YES ☒ NO
33. MANNER OF DEATH: ☐ NATURAL ☒ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ UNDETERMINED
34. DATE OF INJURY: 8/30/02
35. TIME OF INJURY: 10:00 AM
36. INJURY AT WORK?: ☐ YES ☒ NO
37. DESCRIBE HOW INJURY OCCURRED: Child fell into pool
38. PLACE OF INJURY: Grandparents Home
39. LOCATION: 3220 Coachman Rd., Surrey Park, Wilm., DE

40. PART I
IMMEDIATE CAUSE (A): Drowning
DUE TO (B):
DUE TO (C):
DUE TO (D):

PART II OTHER SIGNIFICANT CONDITIONS—CONTRIBUTING TO CAUSE OF DEATH:

REV. 9/99      (1) ORIGINAL COPY—STATE