James H. Gorbey, Jr. v. Ashland Construction Co., et al.  
Case 1:05-cv-00211-MPT   Document 71-7   Filed 02/16/2006   Page 1 of 2  
Richard Longwill  
December 6, 2004

Page 9

Q. Was it a joint ownership or was the house owned -- was it a joint ownership?
A. Yes.
Q. For how long did you own that home?
A. About thirty years.
Q. That takes me to 1999. Is that right?
A. Somewhere around there.
Q. Did you then sell the house?
A. No.
Q. What happened to your ownership in the house after approximately thirty years?
A. We put it into a trust.
Q. Okay. What trust?
A. I believe they call it a granters reserve trust.
Q. When did you do that?
A. I would have to find that out for you.
Q. How would you go about doing that?
A. Go find the trust.
    MR. HART: As we get through some of this, there could be a lot of intertwining of, like the trust and who it would go to and things along those lines. We would ask, if you don't mind,

Page 10

can we agree to confidentiality for this transcript? At this point you just have facts, which are of no consequence.
    MR. CASEY: Yes, we can talk about that maybe during a break. But I don't think there is going to be any problem with that. Can we just find out who, rather than having me ask a lot of questions about it, can you tell me who owned the house on the date of the drowning?
    THE WITNESS: It was in trust.
BY MR. CASEY:
Q. Who was the trustee?
    MR. HART: That you can answer.
BY MR. CASEY:
Q. Who was the trustee?
A. Barbara Longwill.
Q. Who is Barbara Longwill?
A. My wife.
Q. Do you have trust documents reflecting this conveyance from your ownership with your wife to the trust?
A. Yes.

Page 11

    MR. CASEY: Dan, do we have that document?
    MR. HART: No.
    MR. CASEY: Can I have them?
    MR. HART: If you make a request.
    MR. CASEY: I am making that request now.
    MR. HART: I don't know if we have them here.
BY MR. CASEY:
Q. You told me that you owned the house for approximately thirty years. Can you tell me, with any more specificity, when that conveyance was made?
A. I assume you will find that out when we get that document, and it will give a date of transfer.
Q. Can you give me, sir, your own understanding as to the date of --
A. I don't know.
Q. You can't give me any more specific date other than approximately 1999?
A. Somewheres around there, yes.
Q. But from what you're telling me, I

Page 12

understand that on the date of your granddaughter's death, you're confident that the trust owned your Coachman Road house?
A. Correct.
Q. For what reason did you make that conveyance from your individual ownership to the trust in the name of your wife?
    MR. HART: I'm going to have to object because the scope of the deposition here is venue and jurisdiction, as far as his individual contacts with the Commonwealth of Pennsylvania. His motivation for forming the trust, I don't think, has anything to do with the issues here.
BY MR. CASEY:
Q. Were there any other entities, other than your wife, named as trustee?
A. No.
Q. Do you own any businesses today, sir?
A. Personally?
Q. Yes.
A. No.
Q. Do you, through any corporate or other

Page 41

[1] Inc.?
[2]     **MR. HART:** Objection, that's beyond
[3] the scope of the notice, what those
[4] corporate entities have to do with him.
[5]     **MR. CASEY:** Dan, I really, I think
[6] I'm entitled to ask questions that are
[7] reasonably calculated to lead to the
[8] discovery of the information that I'm
[9] entitled to get under the judge's order.
[10] And all I am interested in knowing who
[11] owns these companies and towards the end
[12] of establishing venue or/and
[13] jurisdictional contact. And I suggest
[14] to you that these are perfectly
[15] acceptable questions. And I don't want
[16] to bring him back but it seems to me
[17] that we are headed in that direction.
[18]     **MR. HART:** Well, we've already
[19] discussed his ownership in those
[20] companies.
[21] **BY MR. CASEY:**
[22] Q.  Who else owns the companies with you?
[23] A.  Barbara Longwill.
[24] Q.  And we're talking about Air Base Carpet

Page 42

[1] Mart, Inc.?
[2] A.  Yes.
[3] Q.  Who else?
[4] A.  That's it.
[5]     **MR. HART:** He said it's fifty/fifty.
[6] **BY MR. CASEY:**
[7] Q.  So I assume from your answer that no
[8] corporate entity has any ownership interest in
[9] the Air Base Carpet Mart, Inc., is that
[10] correct?
[11] A.  Can you rephrase that?
[12] Q.  You told me --
[13] A.  Are you saying that one corporation owns
[14] part of another corporation?
[15] Q.  Yes, that's what I'm saying.
[16] A.  No.
[17] Q.  So no corporate entity has any ownership
[18] interest in Air Base Carpet Mart, Inc., is that
[19] correct?
[20]     **MR. HART:** Objection, asked and
[21] answered.
[22]     **THE WITNESS:** That's correct.
[23] **BY MR. CASEY:**
[24] Q.  When did Lancaster Carpet Mart, Inc.

Page 43

[1] open?
[2] A.  Carpet Mart, Inc. opened somewheres in
[3] the early '70s.
[4] Q.  How about Reading Carpet Factory Outlet?
[5] A.  I think probably '72.
[6] Q.  How about Yorktown Carpet Mart?
[7] A.  Mid '70s, I don't have specific dates for
[8] all this.
[9] Q.  That's all I'm asking for is general time
[10] frames. Lomax?
[11] A.  Probably in the '80s.
[12] Q.  Did you sign any of the documents of
[13] incorporation for any of those businesses?
[14] A.  Possibly.
[15] Q.  Do you expect that you did, sir?
[16] A.  Some of them were signed by my father,
[17] who's since deceased.
[18] Q.  When did he die?
[19] A.  Seven years ago.
[20] Q.  But do you expect that you yourself
[21] signed any of them?
[22] A.  I might have.
[23] Q.  Lomax, I think you said started in the
[24] mid '80s?

Page 44

[1] A.  Yes.
[2] Q.  Do you expect that you signed any of the
[3] corporate documents for Lomax Home Center?
[4] A.  I may have.
[5] Q.  Who owns the buildings in which these
[6] businesses operate?
[7] A.  I do, with my wife.
[8] Q.  You do individually with your wife?
[9]     **MR. MINTZER:** Objection.
[10]     **MR. HART:** Objection to the form.
[11]     **MR. HART:** The question is who owns
[12] them.
[13]     **THE WITNESS:** R and B Real Estate.
[14] **BY MR. CASEY:**
[15] Q.  What is R and B Real Estate?
[16] A.  A Real Estate partnership.
[17] Q.  Are you a partner of R and B Real Estate?
[18] A.  Yes.
[19] Q.  Does R and B stand for Richard and
[20] Barbara?
[21] A.  Very good, yes, you're correct.
[22] Q.  When did you start R and B Real Estate?
[23] A.  Good question. I don't remember.
[24] Q.  Can you give me an approximate date?