```
 1            MR. CASEY:  I don't understand what
 2      you just said.  But if you want to tell
 3      him not to answer the question, you can
 4      do that.
 5            MR. MINTZER:  I don't think there's
 6      a question.  He said I'm here to answer
 7      Air Base --
 8            MR. CASEY:  I asked him who was at
 9      the meetings.  That was the question.
10            MR. MINTZER:  He said the employees
11      of the Exton store.  But we didn't go
12      beyond that.
13            THE WITNESS:  I don't recall at this
14      time.
15   BY MR. CASEY:
16   Q.    What is your position at the Air Base
17   Carpet Mart, Inc.?
18   A.    Controller, CFO.
19   Q.    Who is the president of that corporation?
20   A.    Michael Longwill.
21   Q.    What role in the corporation, today, does
22   Richard Longwill perform?
23   A.    None.
24   Q.    Who are the members of the board of
```