## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased, | : : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-211-KAJ : |
| RICHARD LONGWILL, et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **27th** day of **February, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, February 28, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE