IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, <br><br> Defendants. | : <br> : <br> : Civil Action No.: 05-211-KAJ <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## RE-NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for the plaintiff will take oral depositions of **Officer Schloser, Officer Santos, Officer Cote, Officer Alfree,** on **Wednesday, April 5, 2006** beginning at 10:00 a.m. occurring every 1/2 hour, at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

                                              WETZEL & ASSOCIATES, P.A.

                                              /s/Benjamin C. Wetzel, III
                                            BENJAMIN C. WETZEL, III (ID No. 985)
                                            The Carriage House, Suite 201
                                            1100 North Grant Avenue
                                            Wilmington, DE 19805
                                            (302) 652-1200

                                            Matthew A. Casey, Admitted Pro Hac Vice
                                            KLINE & SPECTER, P.C.
                                            1525 Locust Street, 19th Floor
                                            Philadelphia, PA 19102
                                            *Attorneys for Plaintiff*

Dated: March 20, 2006

## CERTIFICATION OF SERVICE

I certify that on March 20, 2006, I electronically filed the within Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Michael Hurvitz, Esquire<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107 | William J. Cattie, III, Esquire<br>Delia Ann Clark, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, #1015<br>Wilmington, DE 19801 |
| Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>   Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888 | Roger D. Landon, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road - Suite 210<br>Wilmington, DE 19805 |

I hereby certify that on March 17, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Edward C. Mintzer, Jr., Esquire<br>Vicky P. DeShong, Esquire<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107 | Daniel J. Hart, Esquire<br>Marshall, Dennehey, Warner,<br>   Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103-4797 |

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

WETZEL & ASSOCIATES, P.A.

  /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
