IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR., Administrator of the
Estate of Marissa Rose Fishman, Deceased,          :
                                                   :
                                                   :   Civil Action No.: 05-211-KAJ
            Plaintiff,                             :
                                                   :
vs.                                                :
                                                   :
RICHARD LONGWILL, BARBARA                          :
LONGWILL, AIR BASE CARPET MART, INC.              :
d/b/a Air Base Distributing, Inc. d/b/a Air Base  :
Carpet Mart, AIR BASE DISTRIBUTING, INC.,         :
ASHLAND CONSTRUCTION COMPANY, INC.,              :
JOSEPH RIZZO & SONS CONSTRUCTION,                 :
VINCENT RIZZO CONSTRUCTION CO., INC.             :
d/b/a Ashland Construction Co., Inc.,  JOSEPH V.  :
RIZZO, and VINCENT RIZZO,                         :
                                                   :
            Defendants.                           :

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua Van Naarden, Esquire, to represent Plaintiff in this matter.

WETZEL & ASSOCIATES, P.A.

/s/Benjamin C. Wetzel, III
BENJAMIN C. WETZEL, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
*Attorney for Plaintiff*

Date:  April 4, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Date: 3/4/06

## CERTIFICATION OF SERVICE

I certify that on April 4, 2006, I electronically filed the within Motion and Order for

Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification

of such filing to the following:

Michael Hurvitz, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

William J. Cattie, III, Esquire
Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
    Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

I hereby certify that on April 4, 2006, I have mailed by United States Postal Service, the

document(s) to the following non-registered participants:

Edward C. Mintzer, Jr., Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
    Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

WETZEL & ASSOCIATES, P.A.

  /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200