# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office • *Established in 1783*

www.rawle.com

DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

April 6, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:    *James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman v. Richard Longwill, Barbara Longwill, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart*
**C.A. NO.: 05-211 KAJ**
**Our File No.: 443484**

Dear Judge Jordan:

    This letter respectfully requests your considered attention to a routine matter.

    Please be advised that I am counsel for Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, in the above referenced matter. As the docket in this matter reflects, Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart filed a Motion for Summary Judgment on February 16, 2006. To date, no party has filed a response to said motion. I have not been informed by any counsel that an Answer is forthcoming. Thus, this Motion remains uncontested.

    I am inquiring about the issuance of the Court's Order, in order to avoid unnecessary depositions and discovery expenses on behalf of my clients and principal, as same are scheduled currently.

# RAWLE & HENDERSON LLP

The Honorable Kent A. Jordan
April 6, 2006
Page 2

      I thank you in advance for your considered attention to this matter.

Very truly yours,

RAWLE & HENDERSON LLP


By: /s/ Delia A. Clark
    DELIA A. CLARK, No. 3337

DC/mm

cc:    All Counsel
       Martin Lessner, Esquire

283181 v.1