# WETZEL & ASSOCIATES, P.A.
<u>Attorneys at Law</u>

**Benjamin C. Wetzel, III**

The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, Delaware 19805

Telephone:  302.652.1200
Facsimile:   302.652.1900
E-mail:   bwetzel@wetzellaw.com

April 11, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

    **RE:**   **Gorbey, et al. v. Longwill, et al.**
           **C. A. No.: 05-0211 KAJ**
           **Our File No.: 7264**

Dear Judge Jordan:

      This will confirm that the plaintiff does not intend to file a response in opposition to the Motion for Summary Judgment filed by defendants Air Base Carpet Mart, Inc. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart.

                                Respectfully submitted,

                                /s/ Benjamin C. Wetzel, III

                              Benjamin C. Wetzel, III

cc:    Matthew Casey, Esq.
       Edward C. Mintzer, Jr., Esq.
       Roger D. Landon, Esq.
       William J. Cattie, III, Esq.
       Kevin J. Connors, Esq.