IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC., d/b/a Airbase Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-211-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, on February 16, 2006 defendants, Air Base Carpet Mart, Inc., d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart and Air Base Distribution, Inc. (the "Air Base Defendants"), filed a motion for summary judgment (Docket Item ["D.I. 71"]; the "Motion");

WHEREAS, on April 6, 2006, the Air Base Defendants requested the granting of their Motion based on a lack of response by the other parties (D.I. 77);

WHEREAS, on April 11, 2006, plaintiff's confirmed it would not be responding to the Motion (D.I. 78);

IT IS HEREBY ORDERED that the Air Base Defendants' Motion for Summary Judgment (D.I. 71) is GRANTED.

_____
UNITED STATES DISTRICT COURT

April 12, 2006
Wilmington, Delaware