IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., <br> Administrator of the Estate of <br> Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, <br> BARBARA LONGWILL, <br> AIR BASE CARPET MART, INC. <br> d/b/a Air Base Distributing, Inc. d/b/a <br> Air Base Carpet Mart, AIR BASE <br> DISTRIBUTING, INC., ASHLAND <br> CONSTRUCTION COMPANY, INC., <br> JOSEPH RIZZO & SONS <br> CONSTRUCTION, VINCENT RIZZO <br> CONSTRUCTION CO., INC., <br> d/b/a Ashland Construction Co., Inc., <br> JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | <br><br><br><br><br><br> C.A. No. 05-211 KAJ <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS', ASHLAND CONSTRUCTION COMPANY, INC.,
VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a ASHLAND
CONSTRUCTION CO., INC.  JOSEPH V. RIZZO, AND VINCENT RIZZO,
MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>AS TO CHOICE OF LAW AND DAMAGES</u>**

Defendants Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo respectfully move, pursuant to Fed. R. Civ. P. 56, for summary judgment.

The grounds for this motion are set forth in the accompanying opening brief.  An appropriate form of Order is attached.

128131

Respectfully submitted,
MURPHY SPADARO & LANDON


 /s/ Chase T. Brockstedt
ROGER D. LANDON (ID #: 2460)
CHASE T. BROCKSTEDT (ID #: 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for Defendants
Ashland Construction Company, Inc.,
Vincent Rizzo Construction Co., Inc.,
d/b/a Ashland Construction Co., Inc.
Joseph V. Rizzo, and Vincent Rizzo

128131

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendants', Ashland Construction Company, Inc., Vincent Rizzo Construction Co. Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo, Motion for Partial Summary Judgment as to Choice of Law and Damages will be presented to the Court at its convenience.

00130269.DOC

MURPHY SPADARO & LANDON


  /s/ Chase T. Brockstedt
ROGER D. LANDON (ID #: 2460)
CHASE T. BROCKSTEDT (ID #: 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for Defendants
Ashland Construction Company, Inc.,
Vincent Rizzo Construction Co., Inc.,
d/b/a Ashland Construction Co., Inc.
Joseph V. Rizzo, and Vincent Rizzo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO,<br><br>    Defendants. | C.A. No. 05-211 KAJ<br><br>JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants', Ashland Construction Company, Inc., Vincent Rizzo Construction Co. Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo, Motion and Opening Brief in Support for Partial Summary Judgment as to Choice of Law and Damages, any response thereto, and all other matters of record, it is hereby ORDERED and DECREED that Defendants', Ashland Construction Company, Inc., Vincent Rizzo Construction Co. Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo, is GRANTED.

                              _____
                              The Honorable Kent A. Jordan

00130269.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | C.A. No. 05-211 KAJ <br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Chase T. Brockstedt, Esq., do hereby certify that on this 17th day of April, 2006, two copies of the foregoing DEFENDANTS', ASHLAND CONSTRUCTION CO., INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a ASHLAND CONSTRUCTION CO., INC., JOSEPH V. RIZZO AND VINCENT RIZZO MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO CHOICE OF LAW AND DAMAGES, were e-filed and delivered in the manner indicated to the following individual(s):

00130269.DOC

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**Via Hand Delivery**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

**Via Hand Delivery**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**Via First Class Mail**
Daniel Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

 /s/ Chase T. Brockstedt
ROGER D. LANDON (ID #: 2460)
CHASE T. BROCKSTEDT (ID #: 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for Defendants
Ashland Construction Company, Inc.,
Vincent Rizzo Construction Co., Inc.,
d/b/a Ashland Construction Co., Inc.
Joseph V. Rizzo, and Vincent Rizzo

00130269.DOC