

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED : | CIVIL ACTION |
| v. : | |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. a/d/b/a ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO : | NO. 04-4098 |

FILED MAR 7 - 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RECEIVED MAR - 2 2005

**ORDER**

AND NOW, this 4th day of March, 2005, it is hereby stipulated by and between counsel and ordered by the court that the above-captioned matter is transferred from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Delaware. The Clerk of Court is directed to transfer this file to the Clerk of Court of the United States District Court for the District of Delaware.

BY THE COURT:

_____
The Honorable Anita B. Brody

ENTERED
MAR 8 2005
CLERK OF COURT

| | |
|---|---|
| **KLINE & SPECTER, P.C.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| By: *[signature]* <br> Thomas R. Kline, Esquire <br> Matthew A. Casey, Esquire <br> Attorneys for Plaintiff <br> James H. Gorbey, Jr., <br> Administrator of the Estate of <br> Marissa Rose Fishman, Deceased | By: *[signature]* <br> Richard A. Kraemer, Esquire <br> Daniel J. Hart, Esquire <br> Attorneys for Defendants <br> Richard and Barbara Longwill |
| **RAWLE & HENDERSON, LLP** | **LAW OFFICES OF THOMAS D. ROMANDO** |
| By: *[signature]* <br> Edward C. Mintzer, Jr., Esquire <br> Attorney for Defendants <br> Air Base Carpet Mart, Inc. <br> d/b/a Air Base Distributing, Inc. <br> d/b/a Air Base Carpet Mart | By: *[signature]* <br> Michael R. Small, Esquire <br> Attorney for Defendants <br> Ashland Construction Company, Inc., <br> Vincent Rizzo Construction Co., Inc., <br> a/d/b/a Ashland Construction <br> Company, Inc., Joseph V. Rizzo and <br> Vincent Rizzo |

\01_18\LIAB\DJH\LLPG\646074\JYS\03030\02632

*[handwritten]* Copies via ECF on ___ to: Copies via US Mail on ___ to.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| RICHARD LONGWELL | : | NO. 04-4098 |
| JAMES H. GORBEY, JR. Administrator of the Estate of Marissa Rose Fishman, Deceased | : : : : | CIVIL ACTION |
| v. | : : | |
| ASHLAND CONSTRUCTION COMPANY, INC., et al. | : : | NO. 04-4118 |

## O R D E R

AND NOW, this /  day of December, 2004, it is Ordered that the above captioned civil actions shall be **CONSOLIDATED** under Civil Action No. 04-4098. The Clerk's Office shall amend the caption of Civil Action No. 04-4098 to include all parties. The Clerk's Office shall place all papers in Civil Action 04-4118 in the court file of Civil Action 04-4098 and close out Civil Action No. 04-4118.

ATTEST:                                or       BY THE COURT

BY:_____                     _____
   Deputy Clerk                                 Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to: Copies MAILED on _____ to: