```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE


JAMES H. GORBEY, JR.,         )
Administrator of the          )
Estate of Marissa Rose        )
Fishman, Deceased,            )
                              )
                Plaintiff,    )
                              ) C.A. No. 05-211 KAJ
     v.                       ) JURY TRIAL DEMANDED
                              )
RICHARD LONGWILL, BARBARA     )
LONGWILL, AIR BASE CARPET     )
MART, INC., d/b/a Air Base    )
Distributing, Inc., d/b/a     )
Air Base Carpet Mart, AIR     )
BASE DISTRIBUTING, INC.,      )
ASHLAND CONSTRUCTION          )
COMPANY, INC., JOSEPH         )
RIZZO & SONS CONSTRUCTION     )
VINCENT RIZZO CONSTRUCTION    )
CO., INC., d/b/a Ashland      )
Construction Co., Inc.,       )
JOSEPH V. RIZZO, VINCENT      )
RIZZO,                        )
                              )
                Defendants.   )
```

     Deposition of BARBARA H. LONGWILL, taken pursuant to notice at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware, beginning at 1:20 p.m. on Tuesday, March 7, 2006, before Heather M. Triozzi, Registered Professional Reporter, Certified Shorthand Reporter, and Notary Public.

1  here.
2  BY MR. VAN NAARDEN:
3    Q.  Okay.  Do you know if during the time that
4  Vinnie was doing his work on the patio if that
5  structure stayed intact or if he had to take it
6  down?
7    A.  No.  No.  No.
8          It was always -- it's always intact.
9  I mean, it's -- maybe they reinforce the piling,
10 the -- I'm in Florida now, the wood.
11         But, no, that's always there.
12   Q.  How long -- if we use a point in time,
13 August 30th, 2002 as the point in time, how long
14 prior to that time had Rochelle and the kids been
15 living at your house?
16   A.  Rochelle would really know the date,
17 because Eric had been -- the police had called
18 Rochelle.  We had been in New Jersey.
19         I don't remember when it was.  And
20 she drove home.
21         We were driving home in the car, and
22 we get a phone call that she had been called by
23 the police that her husband had been picked up in
24 Longport, that they thought he was crazy or

```
 1   something.
 2           And we were very afraid for
 3   Rochelle, and even called our therapist to see if
 4   we should bring her, you know, to protect her.
 5   And we told her not -- you know, just to go home,
 6   get a few things and come back to our house.
 7   Otherwise, she was headed home.
 8           She was living at home, even though
 9   in separate bedrooms.  She was in the midst of a
10   divorce, you know, proceedings or separation at
11   the time.
12       Q.  After that initial time where you said she
13   grabbed a few things, did she ever go back to her
14   house to get more stuff to come and stay at your
15   house?
16       A.  I -- I think she was afraid to go back to
17   the house.
18       Q.  Do you know if that incident --
19       A.  She wanted Eric to leave.
20       Q.  -- when Eric was picked up by the police
21   and you got that phone call, and Rochelle and the
22   kids came to stay with you, was that during the
23   summer of 2002?
24       A.  Yes, that was.  Yes, it was just a few
```

1   weeks before.
2   Q. It was a few weeks before August 30th?
3   A. Correct.
4   Q. To go forward from August 30, '02, how
5   long did Rochelle and the kids stay at this
6   particular property after August 30 of 2002?
7   A. She was waiting for Eric to leave the
8   house until -- she just stayed there. She
9   just -- school was close by, and her physician
10  was close by, her children's physician.
11  Q. So do you know how long in time she
12  stayed, or is she still there?
13  A. No. She finally left. She was there
14  almost two years.
15          She wasn't planning on that.
16  Q. I understand.
17  A. Neither was I.
18  Q. I understand. Did you make room for her
19  in the house and the kids when she came?
20  A. Sure. You make room for her.
21  Q. And where did she stay? Did they have
22  their own rooms?
23  A. They didn't each have a room. I'd have to
24  have a mansion for that.