# In The Matter Of:

*Estate of Marissa Rose Fishman v.*
*Richard Longwell, et/al*

*Vincent J. Rizzo*
*January 30, 2006*

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 013006p1.txt, Pages 1-125

**Word Index included with this Min-U-Script®**

Page 17

[1] exact date, but approximately August 15, 2002?
[2] A. I'd say roughly, within a week to a week and a
[3] half, because there had to be a lot of prep work
[4] done before I could get in there to do what I
[5] needed to do.
[6] Q. Did you sign any documents prior to beginning
[7] work?
[8] A. No.
[9] Q. Did you complete any scope of work documents
[10] or anything like that before beginning work?
[11] A. No. We never -- we never needed actually
[12] stuff. Whatever they needed I completed the job,
[13] thorough, okay. There was never issues as far as.
[14] Q. You typically wouldn't have any paperwork
[15] before you would do a job, if I'm understanding you
[16] correctly; you would do a job, and then, I assume,
[17] submit an invoice?
[18] A. That's correct.
[19] Q. To whom would you submit the invoices?
[20] A. Some would go to -- well they would go to Air
[21] Base Carpet.
[22] Q. Even for the work done at the Longwells
[23] Coachman Road address?
[24] A. Correct.

Page 18

[1] Q. You would submit invoices to Air Base, and, I
[2] assume, to Mr. Manger?
[3] A. Correct. Correct. Mr. Manger would usually
[4] get or occasionally would get the invoice and he
[5] would present it to where it needed to go to.
[6] Q. Would you typically deal with anyone other
[7] than Mr. Manger at Air Base relating to either the
[8] work that you were supposed to be doing or the
[9] follow-up on getting paid?
[10] A. As far as on the work, it would be Mr. Manger,
[11] and Mr. Manger would usually handle everything
[12] pretty much. Occasionally when Mr. Manger wasn't
[13] there, usually Arnold, I would go up and talk to
[14] Arnold.
[15] Q. Arnold Frye?
[16] A. Yes.
[17] Q. What is his job at Air Base?
[18] A. He's actually their controller from what I
[19] understand.
[20] Q. Before you started work on the patio job in
[21] August of 2002, did you have to go out to the
[22] residence to see it and to talk to somebody about
[23] what you were going to do?
[24] A. Absolutely.

Page 19

[1] Q. Yes?
[2] A. Yes.
[3] Q. When do you expect that you did that?
[4] A. Oh, gosh, I'd probably say a month, month and
[5] a half, prior, before August, before the work
[6] started.
[7] Q. Did you meet with someone at the Coachman Road
[8] address?
[9] A. It would be John Manger.
[10] Q. Was anyone with you?
[11] A. No. When I first met John, it was myself.
[12] Q. So it would have been yourself and John Manger
[13] at the Coachman Road address about a month or so
[14] before this accident?
[15] A. Correct.
[16] Q. And what did he tell you needed to be done?
[17] A. Well there was discussion that they was going
[18] to replace all the windows around the enclosed
[19] pool, and then with that they were going to
[20] probably -- before that the whole pool area was
[21] enclosed with glass.
[22] So they were eliminating some of the
[23] glass, coming up with a knee wall and setting glass
[24] on top of the knee wall, and then from there, that

Page 20

[1] was pretty much that phase of the job, of the pool
[2] area.
[3] Q. So prior to your beginning work, was the pool
[4] enclosed?
[5] A. Yes.
[6] Q. And can you just tell me -- I just don't
[7] understand what --
[8] A. Absolutely.
[9] Q. You were changing the enclosure from what to
[10] what?
[11] A. This pool -- this area of the pool was all
[12] surrounded by glass. The glass started getting
[13] bad, started leaking. So then what they wanted to
[14] do was to replace the glass but not have the glass
[15] go from the ground all the way up. They wanted to
[16] come up with a knee wall, I would say preferably
[17] about four foot high, and the glass unit would sit
[18] on top of the knee wall.
[19] Q. I see. What else besides modifying the
[20] enclosure on the pool were you expecting to be
[21] doing on that job in August of 2002?
[22] A. Well, actually, the first phase of that job
[23] was that, was the wall so they could get the glass
[24] people in and get that pool enclosed. After that