# In The Matter Of:

*James H. Gorbey, Jr., et al v.*
*Robert Longwell, et al*

*Salvador Ortiz-Britto*
*February 23, 2006*

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 022306CY.V1, Pages 1-61

**Word Index included with this Min-U-Script®**

**Page 1**

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,      :   CIVIL ACTION
Administrator of the       :
ESTATE of MARISSA ROSE     :   NO. 04-4098
FISHMAN, Disseised         :
                           :
-vs-                       :
                           :
RICHARD LONGWELL           :
                           :

JAMES H. GORBEY, JR.,      :   CIVIL ACTION
Administrator of the       :
ESTATE of MARISSA ROSE     :   NO. 04-4118
Deceased                   :
                           :
-vs-                       :
                           :
ASHLAND CONSTRUCTION       :
COMPANY, INC., et al       :
```

Oral deposition of Salvador Ortiz-Britto, taken on behalf of the Plaintiff, in the Law Offices of MURPHY, SPADARO & LANDON, 1011 Centre Road, Wilmington, Delaware, on Thursday, February 23, 2006, commencing at or about 10:15 a.m., before Colleen A. Young, Court Reporter - Notary Public.

```
      B & R SERVICES FOR PROFESSIONALS, INC.
              235 SOUTH 13th STREET
          PHILADELPHIA, PENNSYLVANIA 19107
                  (215) 546-7400
         B&R Services for Professionals, Inc.
```

**Page 2**

```
[1]  APPEARANCES:
[2]     KLINE & SPECTER, P.C.
        BY: MATTHEW A. CASEY, ESQUIRE
[3]     The Nineteenth Floor
        1525 Locust Street
[4]     Philadelphia, Pennsylvania 19103
        (215) 772-1000
[5]     Counsel for Plaintiffs
[6]     MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
        BY: DANIEL J. HART, ESQUIRE
[7]     1845 Walnut Street
        Philadelphia, Pennsylvania 19103
[8]     (215) 575-2600
        Counsel for Defendants Richard and Barbara
[9]     Longwell
[10]    RAWLE & HENDERSON
        BY: EDWARD C. MINTZER, JR., ESQUIRE
[11]    The Widener Building
        One South Penn Square
[12]    Philadelphia, Pennsylvania 19107
        (215) 575-4200
[13]    Counsel for Defendant Airbase Carpet Mart
[14]    MURPHY, SPADARO & LANDON
        BY: ROGER LANDON, ESQUIRE
[15]    1011 Centre Road
        Suite 210
[16]    Wilmington, Delaware 19805
        (302) 472-8100
[17]    Counsel for Defendant Ashland Construction
        Company, Inc.
[18]
     Also Present:
[19]    Ana V. Osborne, Interpreter
[20]
[21]
[22]
[23]
[24]
              B&R Services for Professionals, Inc.
```

**Page 3**

INDEX

| WITNESS | PAGE |
|---|---|
| Salvador Ortiz-Britto | |
| By Mr. Casey | 4-57 |
| By Mr. Hart | 47 |
| By Mr. Mintzer | - |
| By Mr. Landon | |

EXHIBITS

NO.                                       PAGE

(None marked at this time)

B&R Services for Professionals, Inc.

**Page 4**

(It is stipulated and agreed by and between counsel that the reading, signing, sealing, filing and certification of the within deposition be waived; and that all objections, except as to the form of the question, be reserved until the time of trial.)

ANA V. OSBORNE, having been duly sworn to interpret the testimony as follows:

SALVADOR ORTIZ-BRITTO, having been duly sworn was examined and testified as follows:

**BY MR. CASEY:**

Q. Good morning, Mr. Ortiz. Do you speak any English?

A. No.

Q. Do you understand English? When I ask you questions in English, do you understand them?

A. No.

Q. Where do you live, sir?

A. Right here in Wilmington.

Q. What is the address?

A. Hudson, 300.

Q. Wilmington, Delaware?

Page 5

[1] A. Yes.
[2] Q. What is the zip code?
[3] A. My phone number is 654-1984. That is my
[4] phone.
[5] Q. What is the zip code?
[6] A. Really, I don't know.
[7] Q. Okay. With whom do you live at that
[8] address?
[9] A. With my brothers, and my sister and my
[10] brother-in-law.
[11] Q. For how long have you lived at that
[12] address, sir?
[13] A. I have a month that I arrive.
[14] Q. From where?
[15] A. From Mexico.
[16] Q. You understand that you're here to give a
[17] deposition, an interview, in relation to a
[18] drowning incident that occurred in August of 2002
[19] at a home at which you were working?
[20] A. Yes.
[21] Q. For how long prior to August of 2002 had
[22] you been in the United States?
[23] A. More or less, maybe nine months to a year.
[24] Q. Okay. Nine months to a year prior to

Page 6

[1] August of 2002. Was that the first time that
[2] you had been in the United States?
[3] A. No. That was my first time in the United
[4] States, and this is my second.
[5] Q. All right. So the first time that you had
[6] ever set foot in the United States was
[7] approximately nine to ten months prior to August
[8] of 2002?
[9] A. Yes.
[10] Q. Did you have other family members living in
[11] the United States at that time, when you first
[12] arrived here?
[13] A. Yes, my brothers.
[14] Q. Where did you first work upon arriving in
[15] the United States in the 2001 calendar year,
[16] which is what it would have to be?
[17] A. When a company that was Veni (sic), that
[18] was called Veni.
[19] Q. B-E-N-I?
[20] A. V-E-N-I.
[21] Q. What type of company is Veni?
[22] A. They do all kind of construction work.
[23] They do all kind of things. Tables, stools, all
[24] kinds of construction.

Page 7

[1] Q. Are you talking about Ashland Construction?
[2] A. Yes.
[3] Q. That was the first job that you had?
[4] A. Yes.
[5] Q. How long after you arrived in the United
[6] States did you first start working for Ashland
[7] Construction?
[8] A. Before coming to the United States?
[9] Q. No, after you arrived in the United States.
[10] A. After I left, that was about a year.
[11] Q. I'm not sure I understand what you mean.
[12] How long after you arrived in this country in
[13] 2001, did you start working for Mr. Rizzo at
[14] Ashland Construction?
[15] A. After I arrive?
[16] Q. Yes.
[17] A. Almost immediately. Almost immediately I
[18] start working, because my brothers are working
[19] with this company and they refer me to this
[20] company.
[21] Q. I see. So that would have been in the year
[22] 2001?
[23] A. Yes.
[24] Q. Did you file income tax returns in the

Page 8

[1] United States in the year 2001?
[2] A. No.
[3] Q. Did Mr. Rizzo pay you under the table when
[4] you worked for him?
[5] A. No. He used to give me checks.
[6] Q. Is that how you've been paid by him since
[7] you've been working for him?
[8] A. Yes.
[9] Q. Shortly after arriving here in 2001 and
[10] starting to work for Mr. Rizzo, where did you
[11] live?
[12] A. 4th Street.
[13] Q. What is the address?
[14] A. I don't know. I only know that it's on 4th
[15] Street.
[16] Q. In Wilmington?
[17] A. Yes.
[18] Q. Have you worked for anyone else besides Mr.
[19] Rizzo during the time that you've been in the
[20] United States?
[21] A. No.
[22]        MR. CASEY: Off the record.
[23]        (Whereupon a discussion was held off
[24]    the record.)