IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO,<br><br>    Defendants. | :<br>:<br>: Civil Action No.: 05-211-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RE-NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for the plaintiff will take oral depositions of **Officer Schlosser, Officer Santos, and Detective Malone,** on **Friday, May 12, 2006** beginning at 10:00 a.m. occurring every 1/2 hour, at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

                                                            WETZEL & ASSOCIATES, P.A.

                                                            /s/Benjamin C. Wetzel, III
                                                         BENJAMIN C. WETZEL, III (ID No. 985)
                                                          The Carriage House, Suite 201
                                                          1100 North Grant Avenue
                                                          Wilmington, DE 19805
                                                          (302) 652-1200

                                                          Matthew A. Casey, Admitted Pro Hac Vice
                                                          KLINE & SPECTER, P.C.
                                                          1525 Locust Street, 19th Floor
                                                         Philadelphia, PA 19102
                                                         *Attorneys for Plaintiff*

Dated: April 25, 2006

## **CERTIFICATION OF SERVICE**

I certify that on April 25, 2006, I electronically filed the within Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>   Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888 | Roger D. Landon, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road - Suite 210<br>Wilmington, DE 19805 |

I hereby certify that on April 25, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

                                              WETZEL & ASSOCIATES, P.A.

                                                /s/ Benjamin C. Wetzel, III
                                              Benjamin C. Wetzel, III (ID No. 985)
                                              The Carriage House, Suite 201
                                              1100 North Grant Avenue
                                              Wilmington, DE 19805
                                              (302) 652-1200

s