**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES H. GORBEY, JR., : | **CIVIL ACTION** |
| ADMINISTRATOR OF THE ESTATE OF : | |
| MARISSA ROSE FISHMAN, DECEASED : | |
| : | |
| v.   : | |
| : | |
| RICHARD LONGWILL, BARBARA  : | |
| LONGWILL, AIR BASE CARPET  : | |
| MART, INC. d/b/a AIR BASE  : | |
| DISTRIBUTING, INC. d/b/a AIR BASE  : | |
| CARPET MART, ASHLAND  : | |
| CONSTRUCTION COMPANY, INC.,  : | |
| JOSEPH RIZZO & SONS  : | |
| CONSTRUCTION, VINCENT RIZZO  : | |
| CONSTRUCTION CO., INC. a/d/b/a  : | |
| ASHLAND CONSTRUCTION  : | |
| COMPANY, INC., JOSEPH V. RIZZO  : | |
| AND VINCENT RIZZO   : | **NO.  05-211 KAJ** |

**O R D E R**

AND NOW, this _____day of _____, 2006, upon consideration of the Motion of Defendants, Richard Longwill and Barbara Longwill, for Summary Judgment, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and summary judgment is entered in favor of defendants, Richard Longwill and Barbara Longwill.  All claims and cross-claims against defendants, Richard Longwill and Barbara Longwill, are DISMISSED WITH PREJUDICE.

**BY THE COURT:**

_____
The Honorable Kent A. Jordan