| Page: 1 | Report Date: 08/30/2002 | Agency: New Castle County PD | | Complaint: 32-02-086999 |
|---|---|---|---|---|
| Reported Date and Time: FRI 08/30/2002 1021 | | Initial Crime Report | | Occurred: FRI 08/30/2002 1013 |

Location: 3220 COACHMAN RD SURREY PARK   Wilmington, DE 19803

M.O. and Incident Overview:
MARISSA FISHMAN WF 1 FELL INTO A POOL AND NEARLY DROWN. SUBJECT WAS TAKEN TO AI DUPONT HOSPITAL FOR TREATMENT.

| Grid: 114-372 | Sector: 12 | County: New Castle | Domestic Related: ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|---|---|

## Victim Information

| Victim Number: 001 | Name: FISHMAN, MARISSA | | | | | |
|---|---|---|---|---|---|---|
| Type: Individual | Sex: Female | Race: White | | Ethnic Origin: Non-Hispanic | Age: 1 | D.O.B. 12/30/2000 |
| Address: 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803 | | Resident Status: Full Time | Home Telephone: (302) 478-5671 | Employer/School | | Work Telephone |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☒Yes ☐No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| Injuries: Unconsciousness | | | Description of Injuries | | | |
| Parent/Guardian Information: ROCHELLE FISHMAN Same Address as Victim | | | Parent Telephone | | | |

## Crimes and Associated Information

| Victim Number: 001 | Crime Seq: 001 | Statute | Crime Description: Casualty Injured Subject No Specific Crime Associated | |
|---|---|---|---|---|
| Location Type: Residence/Home | | Status: Service Clear 08/30/2002 | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias: ☐Yes ☒No - N/A | | Crime Code: 8191 - Casualty/Injured Subject | | |
| Burglary Force Involved? ☐Yes ☐No | | | | |

## Witness Information

| Sequence: 001 | Type: Person Contacted | Name: LONGWILL, BARBARA HELENA | Sex: Female | Race: White | Age: 61 | D.O.B. 03/29/1941 |
|---|---|---|---|---|---|---|
| Address: 3220 COACHMAN DR SURREY PARK Wilmington, DE 19803 | | Home Telephone: (302) 478-5671 | Employer/School | | | Work Telephone |
| Sequence: 002 | Type: Person Contacted | Name: FISHMAN, ALEXANDRA SOSHNA | Sex: Female | Race: White | Age: 8 | D.O.B. 12/21/1993 |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | Home Telephone: (302) 478-5671 | Employer/School | | | Work Telephone |
| Parent/Guardian Information: ROCHELLE FISHMAN Same Address as Witness | | | Parent Telephone | | | |
| Sequence: 003 | Type: Person Contacted | Name: FISHMAN, SAMEUL M | Sex: Female | Race: White | Age: 4 | D.O.B. 06/10/1998 |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | Home Telephone: (302) 478-5671 | Employer/School | | | Work Telephone |
| Parent/Guardian Information: ROCHELLE FISHMAN Same Address as Witness | | | Parent Telephone | | | |
| Sequence: 004 | Type: Person Contacted | Name: ZAVALA, TERESA GARCIA | Sex: Female | Race: White | Age: 38 | D.O.B. 04/23/1964 |
| Address: NOT OBTAINED | | Home Telephone | Employer/School: SELF EMPLOYED - NANNY | | | Work Telephone |
| Sequence: 005 | Type: Not Interviewed | Name: FISHMAN, ROCHELLE | Sex: Female | Race: White | Age: 36 | D.O.B. 01/20/1966 |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | Home Telephone: (302) 478-5671 | Employer/School | | | Work Telephone |
| Sequence: 006 | Type: Person Contacted | Name: FOX, DEBORAH | Sex: Female | Race: White | Age: 39 | D.O.B. 11/30/1962 |

| Reporting Officer: OFC SCHLOSSER - 2458 2 | Supervisor Approval: ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1649 |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page: 2 | Report Date: 08/30/2002 | Agency: New Castle County PD | | | | Complaint: 32-02-086999 | |

## Witness Information

| Sequence | Type | Name | Home Telephone | Employer/School | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|---|---|
| 006 Continued | | | | | | | | |
| Address: NOT OBTAINED FL | | | | | | | | |
| 007 | Person Contacted | FISHMAN, HARRISON | (302) 478-5671 | | Male | | 4 | 10/21/1997 |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | | | | | | | |
| Parent/Guardian Information: ROCHELLE FISHMAN Same Address as Witness | | | | | | | | |
| 008 | Person Contacted | LUCAS, ALLISON ANN | (917) 282-5631 | | Female | White | 24 | 02/16/1978 |
| Address: 14 DUNHAM PL APT 4R BROOKLYN, NY 11211 | | | | | | | | |
| 009 | Person Contacted | LONGWILL, HELEN | | | Female | White | 87 | 11/12/1914 |
| Address: 4638 LIBBIT AVE ENCINO, CA 91436 | | | | | | | | |
| 011 | Parent | FISHMAN, ROCHELLE | | | Unknown | | | |
| Address: 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803 | | | | | | | | |
| 012 | Parent | FISHMAN, ROCHELLE | | | Unknown | | | |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | | | | | | | |
| 013 | Parent | FISHMAN, ROCHELLE | | | Unknown | | | |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | | | | | | | |
| 014 | Parent | FISHMAN, ROCHELLE | | | Unknown | | | |
| Address: 3220 COACHMAN SURREY PARK Wilmington, DE 19803 | | | | | | | | |

## Investigative Narrative

WRITER RESPONDED TO 3220 COACHMAN RD, SURREY PARK, WILMINGTON REFERENCE A DROWNING IN PROGRESS. COUNTY DISPATCH ADVISED THAT A BABY WAS PULLED FROM A POOL, AND THE BABY WAS NOT BREATHING. COUNTY DISPATCH ADVISED THAT THE CALLER WAS UPSET AND NOT LISTENING TO CPR INSTRUCTIONS.

UPON ARRIVAL, WRITER OBSERVED AN AMBULANCE LEAVE THE RESIDENCE. DISPATCH ADVISED THAT THE VICTIM WAS BEING TRANSPORTED TO THE HOSPITAL FOR TREATMENT.

WRITER NOTICED SEVERAL FAMILY MEMBERS PRESENT AT THE RESIDENCE. WRITER CONTACTED BARBARA LONGWILL AND ALEXANDRA FISHMAN. WRITER OBTAINED A BRIEF STATEMENT FROM THEM. BOTH SUBJECTS ADVISED THAT THEY OBSERVED MARISSA FISHMAN WF 1 FLOATING ON HER STOMACH IN THE SHALLOW END OF THE POOL. MARISSA WAS PULLED FROM THE POOL AND CPR WAS ATTEMPTED. THEY ADVISED THAT MARISSA MUST HAVE WALKED THROUGH THE OPEN SLIDING GLASS DOOR THAT WAS LEFT OPEN BY CONSTRUCTION WORKERS WORKING ON THE RESIDENCE. SGT BECKER ARRIVED ON SCENE RIGHT AFTER WRITER. SGT BECKER CONTACTED SOME FAMILY MEMBERS AND CONSTRUCTION WORKERS, AND OBTAINED A BRIEF STATEMENT FROM THEM.

FAMILY MEMBERS PRESENT WERE: DEBORAH FOX, HARRISON FISHMAN, ALLISON LUCAS, HELEN LONGWILL, BARBARA LONGWILL, ALEXANDRA FISHMAN, SAMUEL FISHMAN, AND THE FAMILY NANNY TERESA ZAVALA. WRITER WAS ADVISED THAT ROCHELLE FISHMAN RESPONDED TO AI DUPONT HOSPITAL WITH MARISSA FISHMAN.

SGT BECKER ADVISED WRITER TO SECURE THE SCENE. THE SCENE CONSISTED OF A LARGE INDOOR POOL THAT WAS ATTACHED TO THE RESIDENCE. WRITER OBSERVED A SLIDING GLASS DOOR THAT SEPARATED THE

| Reporting Officer | Supervisor Approval |
|---|---|
| OFC SCHLOSSER - 2458 2 | ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1649 |

| Page: 3 | Report Date: 08/30/2002 | Agency: New Castle County PD | Complaint: 32-02-086999 |

## Investigative Narrative - Continued

INFORMAL DINING ROOM AREA TO THE POOL ROOM.

SGT MCGOWAN, DET TRALA, AND DET BELL ARRIVED ON-SCENE. REFER TO THEIR SUPPLEMENT FOR DETAILS ON INTERVIEWS. EDU OFFICER MURPHY THEN ARRIVED ON SCENE REFERENCE COLLECTION OF EVIDENCE. OFC SANTOS THEN RESPONDED ON-SCENE REFERENCE TRANSLATION FOR THE CONSTRUCTION WORKERS. SGT BECKER ADVISED OFC ALREE AND OFF COTE TO RESPOND TO AI DUPONT HOSPITAL TO STANDBY WITH VICTIM.

DET MALONE RESPONDED TO AI DUPONT HOSPITAL REFERENCE INERVEIW WITH VICTIM'S MOTHER AND CHECKING ON CONDITION OF VICTIM. AS ALL THE INTERVIEWS AND EVIDENCE WORK WERE COMPLETE, WRITER WAS RELIEVED OF HIS DUTIES. WRITER WAS UNAWARE OF THE VICTIM'S STATUS AT THE HOSPITAL. REFER TO CIU SUPPLEMENTS FOR DETAILS.

---

Reporting Officer: OFC SCHLOSSER - 2458 2
Supervisor Approval: ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1649
Detective Notified:
Referred To:
Solvability Factors: ☐ Witness  ☐ M.O.  ☐ Trace Stolen Property  ☐ Suspect Named
☐ Suspect Located  ☐ Suspect Described  ☐ Suspect Identified  ☐ Suspect Vehicle Identified
Status: Has Follow Up

| Page: 1 | Report Date: 08/30/2002 | Agency: New Castle County PD | Complaint: 32-02-086999 |

## Supplemental Report - #1

**Original Occurrence Dates and Times:** FRI 08/30/2002 1013
**Grid:** 114-372  **Sector:** 12
**Original Location:** 3220 COACHMAN RD SURREY PARK  Wilmington, DE 19803

### Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | FISHMAN, MARISSA |

**Type:** Individual  **Sex:** Female  **Race:** White  **Ethnic Origin:** Non-Hispanic  **Age:** 1  **D.O.B.:** 12/30/2000
**Address:** 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803
**Resident Status:** Full Time  **Home Telephone:** (302) 478-5671
**Reporting Person?** ☐ Yes ☒ No  **Victim Injured?** ☒ Yes ☐ No  **Victim Deceased?** ☐ Yes ☒ No

### Original Crime and Associated Information

**Victim Number:** 001  **Crime Seq:** 001
**Crime Description:** Casualty Injured Subject No Specific Crime Associated
**Location Type:** Residence/Home
**Status:** Service Clear 08/30/2002
**Involvement:** ☐ Alcohol ☐ Drugs ☐ Computer
**Suspected Hate/Bias:** ☐ Yes ☒ No - N/A
**Crime Code:** 8191 - Casualty/Injured Subject
**Burglary Force Involved:** ☐ Yes ☐ No

### Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 004 | Person Contacted | ZAVALA, TERESA GARCIA | Female | White | 38 | 04/23/1964 |

**Address:** NOT OBTAINED  **Employer/School:** SELF EMPLOYED - NANNY

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 010 | Person Contacted | BRITO-ORTIZ, SALVADOR NMN | Male | White | 37 | 04/11/1965 |

**Address:** 1123 VAN BUREN ST WILMINGTON, DE 19801  **Home Telephone:** (302) 654-1984

### Investigative Narrative

Writer responded to 3220 Coachman Road, Surrey Park, Wilmington, DE 19803 reference assist in injured subject complaint. Upon arrival, writer contacted Detective Trala, and ascertained that Salvador Brito-Ortiz, PC1, and Teresa Zavala, W1, need to be interviewed about the injured subject incident. Writer advises that both PC1 and W1 did not speak fluent English and required a Spanish translator to obtain their statements. Writer interviewed W1 and PC1 separately and documented their statements.

Writer forwarded a copy of this report to CIU at this time.

### Statement of Witness 004 - TERESA GARCIA ZAVALA

Teresa Zavala, W1, advised that she and Marissa Fishman, V1, were asleep in her bedroom when they awoke around 0700 hours. W1 advised that she and V1 responded to the kitchen and joined the rest of the family for breakfast. W1 advised that around 0900 hours, she started cleaning the bathroom and bedroom areas of 'Rochelle' and 'Barbara' and heard the children talking in the kitchen area. W1 advised that she assumed that all the children were being watched and continued cleaning around the house. W1 advised that she responded to the kitchen area and was asked by Barbara, '...where is Marissa?', at which time she stated she did not know. W1 advised that she and Rochelle started calling Marissa's name aloud at which time she suddenly heard Alexandra scream, '...here is Marissa...', as she pointed to the pool area. W1 advised that she immediately observed the sliding glass door from the kitchen area to the indoor pool area to be open. W1 advised that she observed Rochelle start to run toward the pool area and she quickly followed.

W1 advised that as she entered the pool area she observed Marissa, motionless, floating face down in the pool. W1 advised that she then observed two subjects standing on the edge of the pool. W1 advised that she 'froze' and just stared at Marissa floating in the pool as Rochelle

**Reporting Officer:** PFC SANTOS - 2426
**Supervisor Approval:** ROBERT C BECKER OJNCRCB Date 08/30/2002 1730

### Statement of Witness 004 - TERESA GARCIA ZAVALA - Continued

pushed the hispanic male subject to the side and dove into the pool towards Marissa.

W1 advised that she observed Rochelle grab Marissa from the pool as she yelled at the two subjects, '...why didn't you move...'. W1 advised that Rochelle handed Marissa to her at which time Rochelle started to push on the stomach of Marissa. W1 advised that she observed water exit the mouth of Marissa. W1 advised that the skin color of Marissa was light blue and she had been wearing her pajamas. W1 advised that she placed Marissa on the carpeted floor near the kitchen table as Rochelle continued to push on Marissa's stomach and Barbara started blow air into Marissa's mouth. W1 advised that she observed Marissa cough once. W1 advised that the two subjects seen in the pool area were one white male subject and one hispanic male subject. W1 advised that she had seen these subjects moving one circular table and three chairs from the exterior patio area to the pool area through the unsecured door area. W advised that the door between the kitchen area and the pool area is always closed when the children area in the house and the Marissa is incapable to opening the door by herself. W1 advised that she believes that one of these two subjects had left the door open while they were moving the furniture.

### Statement of Witness 010 - SALVADOR NMN BRITO-ORTIZ

Salvador Brito-Ortiz, PC1, advised that he had been working on the outdoor patio area with his boss, the other white male subject. PC1 advised that he had been working on the masonry on the patio and did observe numerous children playing inside the residence near the kitchen area.

| Reporting Officer | Supervisor Approval | | | | |
|---|---|---|---|---|---|
| PFC SANTOS -2426 | ROBERT C BECKER OJNCRCB Date 08/30/2002 1730 | | | | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Described | Status: Has Follow Up |

## Supplemental Report - #2

**Original Occurrence Dates and Times:** FRI 08/30/2002 1013
**Grid:** 114-372
**Sector:** 12
**Original Location:** 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803

### Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | FISHMAN, MARISSA |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Female | White | Non-Hispanic | 1 | 12/30/2000 |

**Address:** 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803
**Resident Status:** Full Time
**Home Telephone:** (302) 478-5671

Reporting Person? ☐Yes ☒No   Victim Injured? ☒Yes ☐No   Victim Deceased? ☐Yes ☒No

### Original Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | | Casualty Injured Subject No Specific Crime Associated |

**Location Type:** Residence/Home
**Status:** Service Clear 08/30/2002
**Suspected Hate/Bias:** ☐Yes ☒No - N/A
**Crime Code:** 8191 - Casualty/Injured Subject
**Burglary Force Involved:** ☐Yes ☐No

### Investigative Narrative

Writer responded to the above location on the above date and time reference to a drowning. Prior to arrival writer ascertained the ambulance was transporting the victim to A.I. Hospital. Writer turned around and followed the ambulance to AI DupontHospital where writer stayed with V1 until writer was released by Det. C. Malone.

**Reporting Officer:** OFF. COTE - 2636
**Supervisor Approval:** CURTIS M CLIFTON OJNCCMC Date 08/30/2002 1700

| Page: 1 | Report Date: 08/30/2002 | Agency: New Castle County PD | Complaint: 32-02-086999 |

## Supplemental Report - #3

**Original Occurrence Dates and Times:** FRI 08/30/2002 1013
**Grid:** 114-372
**Sector:** 12
**Original Location:** 3220 COACHMAN RD SURREY PARK - Wilmington, DE 19803

### Original Victim Information

**Victim Number:** 001
**Name:** FISHMAN, MARISSA
**Type:** Individual
**Sex:** Female
**Race:** White
**Ethnic Origin:** Non-Hispanic
**Age:** 1
**D.O.B.:** 12/30/2000
**Address:** 3220 COACHMAN RD SURREY PARK Wilmington, DE 19803
**Resident Status:** Full Time
**Home Telephone:** (302) 478-5671
**Reporting Person?** ☐Yes ☒No
**Victim Injured?** ☒Yes ☐No
**Victim Deceased?** ☐Yes ☒No

### Original Crime and Associated Information

**Victim Number:** 001
**Crime Seq:** 001
**Crime Description:** Casualty Injured Subject No Specific Crime Associated
**Location Type:** Residence/Home
**Status:** Service Clear 08/30/2002
**Involvement:** ☐Alcohol ☐Drugs ☐Computer
**Suspected Hate/Bias:** ☐Yes ☒No - N/A
**Crime Code:** 8191 - Casualty/Injured Subject
**Burglary Force Involved:** ☐Yes ☐No

### Witness Information

**Sequence:** 010
**Type:** Person Contacted
**Name:** MAGNER, JOHN EDWARD
**Sex:** Male
**Race:** White
**Age:** 64
**D.O.B.:** 08/24/1938
**Address:** 2006 BAYNARD BLVD WILMINGTON, DE 19802
**Home Telephone:** (302) 229-9664

### Investigative Narrative

On stated date at 1015 hrs writer responded to 3220 Coachman Rd (Surrey Park) reference to a drowning. Prior to arrival writer ascertained Talleyville Fire Company was transporting Marisa Fishman (V1) to A.I. DuPont Hospital for further treatment sotherefore writer began to follow the ambulance. At Foulk Rd and Shipley Rd Talleyville Fire Company picked up New Castle County Paramedic Unit #8 who also began to provide treatment. After arriving at the hospital writer contacted Ken Getty (Talleyville Fire Company) who provided writer with the Marisa's clothes. The clothes were tot writer on today's date @ 1030 hrs.

While at the hospital, Rochelle Fishman (V1's mother) arrived and writer began a brief interview. Rochelle stated towriter that at approximately 1000 hours she responded to her bedroom to brush her teeth and then responded back out into the living area. Rochelle had a weird feeling and then realized Marisa was missing so therefore began to look for her. At this point Alexandra (Marisa's sister) located Marisa in the swimming pool floating face down and on the top of the pool. Rochelle then dove into the pool and pulled Marisa out of the water and her and her sister, Deborah Longwill-Fox, began CPR. Rochelle further stated that upon pulling out Marisa from the pool she was blue and after CPR was begun Marisa began to gain color in her hands. Rochelle further stated that there were workers at the residence who left the door open to the pool.

While at the hospital writer also contacted John Magner who stated he was working on Rochelle's residence (110 Kelly Dr, Chadds Ford, Pa) when he received a phone call from an unknown person stating Marisa fell into the pool. John then responded to the Surrey Park address and then to A.I. DuPont Hospital.

Dr. Palmer treated Marisa while she was in the Emergency Department and Dr.

Stryjeweski treated Marisa when she was transferred to the Pediatric ICU. See Marisa's medical records for details (#367612).

**Reporting Officer:** OFC ALFREE - 2555
**Supervisor Approval:** ANTHONY W SCELSI OJNCAWS Date 08/30/2002 1654

Marisa's clothes were tot'd Det. K. Murphy at 3220 Coachman Rd on today's date @ 1337 hours by writer.  This case was tot Det. C. Malone.

| Reporting Officer | Supervisor Approval | | | | |
|---|---|---|---|---|---|
| OFC ALFREE - 2555 | ANTHONY W SCELSI  OJNCAWS  Date 08/30/2002 1654 | | | | |
| Solvability Factors | ☐ Witness | ☐ M.O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Has Follow Up |