# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DOC. NO. 35-05-20-99/08/20

LOCAL REG NO. _____    STATE FILE NUMBER _____

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): Marissa R Fishman
2. SEX: F
3. DATE OF DEATH (MO, DAY, YR): 8/30/02
4. SOCIAL SECURITY NO.: _____
5A. AGE (YRS): _____
5B. UNDER 1 YEAR MONTHS/DAYS: 20
5C. UNDER 1 DAY HOURS/MINUTES: _____
6. DATE OF BIRTH (MO, DAY, YR): _____
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): _____
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: _____
9. ANATOMICAL GIFT: _____
10A. PLACE OF DEATH: ☒ INPATIENT
10B. FACILITY NAME: A. I. Dupont Hospital for Children
10C. CITY, TOWN, OR LOCATION OF DEATH: Wilmington
10D. COUNTY OF DEATH: N.C.
11. MARITAL STATUS: _____
12. SURVIVING SPOUSE: _____
13A. DECEDENT'S USUAL OCCUPATION: _____
13B. KIND OF BUSINESS/INDUSTRY: _____
14A. RESIDENCE — STATE: Pennsylvania
14B. COUNTY: _____
14C. CITY, TOWN, OR LOCATION: Chadds Ford
14D. STREET AND NUMBER: 110 Kelly Drive
14E. INSIDE CITY LIMITS?: _____
14F. ZIP CODE: _____
15. WAS DECEDENT OF HISPANIC ORIGIN?: ☒ NO
16. RACE: White
17. DECEDENT'S EDUCATION: _____

**PARENTS**
18. FATHER'S NAME: _____
19. MOTHER'S NAME: _____

**INFORMANT**
20A. INFORMANT'S NAME: _____
20B. MAILING ADDRESS: _____

**DISPOSITION**
21A. METHOD OF DISPOSITION: _____
21B. PLACE OF DISPOSITION: _____
21C. LOCATION: _____
22A. SIGNATURE OF FUNERAL DIRECTOR: _____
22B. LICENSE NUMBER: _____
23. NAME AND ADDRESS OF FACILITY: Schoenberg
24. REGISTRAR'S SIGNATURE: _____
25. DATE FILED: _____

**PRONOUNCING OFFICIAL**
27. TIME OF DEATH: 7:03 PM
28. DATE PRONOUNCED DEAD: 08-30-02
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes

**CERTIFIER**
30A. CERTIFIER: ☒ PRONOUNCING AND CERTIFYING PHYSICIAN / MEDICAL EXAMINER
30B. SIGNATURE AND TITLE: MD
30C. LICENSE NUMBER: _____
30D. DATE SIGNED: 8/30/02
31. NAME AND ADDRESS OF CERTIFIER: Glenn Stryjewski, M.D.   A.I. duPont Hospital   1600 Rockland Road   Wilmington DE 19899

32A. WAS AN AUTOPSY PERFORMED?: ☒ YES ☐ NO
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: ☐ YES ☒ NO
33. MANNER OF DEATH: ☒ ACCIDENT
34. DATE OF INJURY: 8/30/02
35. TIME OF INJURY: 10:00
36. INJURY AT WORK?: _____
37. DESCRIBE HOW INJURY OCCURRED: Child fell into pool
38. PLACE OF INJURY: Grandparents Home
39. LOCATION: 3220 Coachman Rd., Surrey Park, Wilm, DE

40. PART I — IMMEDIATE CAUSE: Drowning
    DUE TO (B): _____
    DUE TO (C): _____
    DUE TO (D): _____
PART II OTHER SIGNIFICANT CONDITIONS: _____

REV. 6/99

(1) ORIGINAL COPY—STATE

# In The Matter Of:

*James H. Gorbey, Jr. v.*
*Ashland Construction Co., et al.*

*Vincent Rizzo*
*December 30, 2004*

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA 19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 12304MP1.V1, Pages 1-65

**Word Index included with this Min-U-Script®**

Case 1:05-cv-00211-MPT   Document 86-6   Filed 04/28/2006   Page 3 of 8

Vincent Rizzo  
December 30, 2004  
James H. Gorbey, Jr. v.  
Ashland Construction Co., et al.

Page 5

[1] My name is Mike Small. I represent
[2] Ashland Construction Company, Vincent
[3] Rizzo Construction, Inc. doing business
[4] as Ashland Construction Company, Joseph
[5] Rizzo and Vincent Rizzo.
[6] We had an off the record discussion
[7] in that we were trying to figure out the
[8] entities that were named by the
[9] plaintiff in this case. I informed Mr.
[10] Casey that the only entity in business
[11] at that time was Ashland Construction,
[12] Inc., was owned by Joseph Rizzo and
[13] Vincent Rizzo. That was the entity that
[14] was on-site at the Longwill residence on
[15] the date of this incident.
[16] Vincent Rizzo Construction Company
[17] did not exist at the time of this
[18] incident. And as far as Joseph Rizzo
[19] and Sons Construction, I do not
[20] represent them but it is my
[21] understanding that they are owned by a
[22] relative of Joseph and Vincent Rizzo and
[23] neither Mr. Rizzo or Joseph Rizzo worked
[24] for that company or have any ownership

Page 6

[1] interest, do not having any contact with
[2] it other than being familier, like a
[3] cousin.
[4] MR. CASEY: Thank you, Mr. Small.
[5] MR. SMALL: Can you hear us okay?
[6] MR. CASEY: I can.
[7] MR. SMALL: If you have any problems
[8] let us know. Like I said, Vincent Rizzo
[9] is here to testify regarding
[10] jurisdictione today, pursuant to Judge
[11] Brody's order. And we are still doing a
[12] search for any documents regarding the
[13] Longwill residence.
[14] MR. CASEY: Right. There is
[15] outstanding discovery other than the
[16] jurisdiction issue. And I understand
[17] you will be getting that to me.
[18] MR. SMALL: It is being mailed out
[19] but we are still doing a document search
[20] as that is much more extensive.
[21] MR. CASEY: All right, thank you.
[22] BY MR. CASEY:
[23] Q. Mr. Rizzo, good morning.
[24] A. Good morning, how are you.

Page 7

[1] Q. I'm doing fine, thank you. This should
[2] be rather brief and I appreciate you're taking
[3] the time to do this today. Can I have your
[4] give full name?
[5] A. Vincent J. Rizzo.
[6] Q. What is your home address?
[7] A. 16 Holly lane, Wilmington, Delaware
[8] 19807.
[9] Q. Sir, in August of 2002 did you own, in
[10] part, own a company called Ashland Construction
[11] Company, Incorporated?
[12] A. That's correct, sir.
[13] Q. Who else owned Ashland Construction
[14] Company, Incorporated in August of 2000?
[15] A. It was a partnership between my brother
[16] and I, which was --
[17] Q. What is your brother's name?
[18] A. Joseph P. Rizzo.
[19] Q. What is Joseph P. Rizzo's home address?
[20] A. 900 Butler Avenue, that is Wilmington,
[21] Delaware, the zip, I'm not sure of the zip
[22] code.
[23] Q. Did you and your brother, Joseph, own
[24] Ashland Construction Company, Incorporated as a

Page 8

[1] partnership on August 30, 2002?
[2] A. That is correct, sir.
[3] Q. Since that date has the ownership of the
[4] company changed in any respect?
[5] A. Actually since, since that date the
[6] company is no longer in business.
[7] Q. As of what date was it no longer in
[8] business?
[9] A. I would say as of November.
[10] Q. 2004?
[11] A. 2004, yes.
[12] Q. Did any corporate entity, or partnership
[13] take the place of Ashland Construction Company,
[14] Incorporated?
[15] A. No. I mean, it is, I mean Ashland
[16] Construction was dissolved. And that was the
[17] extent of it. Ashland was not operating as a
[18] company name.
[19] Q. Do you recognize the entity Vincent Rizzo
[20] Construction Company, Incorporated?
[21] A. Correct.
[22] Q. You do recognize it?
[23] A. It is, I don't understand the question.
[24] Q. Do you recognize that entity? Do you

Page 9

[1] know what it is?
[2] A. It is Vincent Rizzo Construction, yes.
[3] Q. What is it?
[4] A. It is actually, it's a Construction
[5] Company, that doesn't, it doesn't really
[6] operate as construction. It's just a property
[7] holder where our office is at.
[8] Q. What is the relationship, if any, or what
[9] was the relationship, if any, between Ashland
[10] Construction Company, Incorporated and Vincent
[11] Rizzo Construction Company, Incorporated?
[12]     MR. SMALL: As of what time?
[13] BY MR. CASEY:
[14] Q. As of at any time since August 30, 2002
[15] and including that date, sir?
[16]     MR. SMALL: Do you know when Vincent
[17] Rizzo Construction Company started to
[18] exist?
[19]     THE WITNESS: Actually Vincent Rizzo
[20] existed for a period of time, that was
[21] actually my father's company. It was
[22] actually a union shop way back when.
[23] But the actual company now, the company
[24] never operated in the construction

Page 10

[1]     field. It just held the property where
[2]     our office was.
[3] BY MR. CASEY:
[4] Q. As of August 30, 2002, on that date, did
[5] Vincent Rizzo Construction Company,
[6] Incorporated exist?
[7] A. As of that date, the actual, the company
[8] was to hold, held the property. Yes, there was
[9] a Vincent Rizzo Construction Company.
[10] Q. On that date, August 30, 2002?
[11] A. Correct.
[12] Q. Were any persons affiliated with Vincent
[13] Rizzo Construction Company, Incorporated on the
[14] premises at 3220 Coachman Road in Wilmington on
[15] August 30, 2002?
[16] A. No, sir.
[17] Q. What was your affiliation with Vincent
[18] Rizzo Construction Company, Incorporated as of
[19] August 30, 2002?
[20] A. It was just a property holder, the
[21] company never operated as construction, it just
[22] held property.
[23] Q. Did the company have any employees?
[24] A. No, sir.

Page 11

[1] Q. I understand I think. Did Ashland
[2] Construction Company, Incorporated have any of
[3] its employees on the premises of the 3220
[4] Coachman Road address on August 30, 2002?
[5] A. Yes, it was myself and a laborer, a
[6] helper, which was Salvador Ortiz.
[7] Q. Were there any other persons affiliated
[8] with Ashland Construction Company, Incorporated
[9] on the premises of 3220 Coachman Road on August
[10] 30, 2002 besides yourself and Mr. Ortiz?
[11] A. No, sir.
[12] Q. Where does Salvador Ortiz live?
[13] A. Mexico. As far as an address in Mexico,
[14] I have no clue what it as.
[15] Q. When did he return to Mexico?
[16] A. I would say over a year and a half ago.
[17] Q. Was he in this country legally as of
[18] August 30, 2002?
[19]     MR. SMALL: Objection, this is for
[20] jurisdiction for Ashland Construction,
[21] Vincent Rizzo Construction, Joseph
[22] Rizzo. He is not party. This is beyond
[23] Judge Brody's order. I'm going to
[24] instruct him not to answer.

Page 12

[1]     MR. CASEY: Mike, the reason I'm
[2] asking, at this juncture, is it does
[3] relate to venue and jurisdiction. At
[4] least it's reasonably calculated to.
[5] What I'm interested in knowing is where
[6] he came across Mr. Ortiz and if he is in
[7] this country, was in this country
[8] legally, I could obtain additional
[9] documentation to that effect.
[10]     I want to learn whether, for
[11] example, Mr. Rizzo recruited Mr. Ortiz
[12] from Pennsylvania or Philadelphia,
[13] that's why I'm asking the question.
[14]     MR. SMALL: You can ask that
[15] question, that's a totally different
[16] question than what you asked.
[17]     MR. CASEY: If he is in the country
[18] legally then there would be
[19] documentation to that effect and I can
[20] find out where the man hales from. That
[21] is the reason I'm asking.
[22] BY MR. CASEY:
[23] Q. What is your understanding, sir, of Mr.
[24] Ortiz' citizenship status as of the time that

Page 13

[1] you employed him?
[2] A. At the time he had a license number, a
[3] Social Security number, what it was, which I
[4] have to get back to my secretary and find out
[5] as far as all the paperwork and what she
[6] received on him. I mean, as far as I know,
[7] that's about as far as I can tell you about his
[8] status.
[9] Q. Was he on your payroll?
[10] A. Yes.
[11] Q. As of August 30, 2002?
[12] A. Yes.
[13] Q. You employed him on that date, sir?
[14] A. Yes.
[15] Q. Did your brother, Joseph Rizzo, have any
[16] role in the work that was being done at the
[17] 3220 Coachman Road address on August 30, 2002?
[18] A. No, sir.
[19] Q. What was his role in the company as of
[20] that date, August 30, 2002?
[21] A. He was president of the company.
[22] Q. What was the business address of Ashland
[23] Construction Company on August 30, 2002?
[24] A. PO Box, actually, the actual mailing

Page 14

[1] address was PO Box 283. That was Manchannin,
[2] Delaware, 19710.
[3] Q. That was PO box?
[4] A. 283.
[5] Q. And where did you actually have your
[6] physical plant where you worked?
[7] A. That was actually at 1800 West 11th
[8] Street.
[9] Q. In Wilmington?
[10] A. Yes.
[11] Q. Did you have any other business
[12] addresses, that is Ashland Construction
[13] Company, Incorporated?
[14] A. No.
[15] Q. What was your position at the company as
[16] of August 30, 2002?
[17] A. Vice-president, secretary, and I guess
[18] all the other things that went into it.
[19] Q. In what business was Ashland Construction
[20] Company, Incorporated on August 30, 2002?
[21] A. I'm sorry, repeat that.
[22] Q. What did you folks do, what was your
[23] business?
[24] A. Our main line is all masonry concepts of

Page 15

[1] work, block, brick, stones, stucco. Anything
[2] that falls in the masonry lines.
[3] Q. What was the mix of your work between
[4] residential and business masonry work?
[5] A. I'm not, I don't understand the question.
[6] Q. To what extent did you work at homes as
[7] compared to, you know, businesses addresses,
[8] like for companies, for example?
[9] A. I'm not following his question.
[10]    MR. SMALL: He is still not following
[11] your question.
[12] BY MR. CASEY:
[13] Q. Did you do primarily residential masonry
[14] work?
[15] A. We did residential and we did commercial
[16] also.
[17] Q. That's the word I should have used,
[18] commercial.
[19] A. I was trying to understand what you were
[20] trying to ask.
[21] Q. The word didn't come out, I apologize.
[22] What was the mix of your work as between
[23] residential and commercial?
[24] A. As far as percentage, how much commercial

Page 16

[1] as compared to residential?
[2] Q. Yes.
[3] A. I guess I really have to say probably
[4] about fifty/fifty. I would say actually the
[5] bulk of it is residential that we do, I would
[6] probably say about 45 percent commercial.
[7] Q. Did Ashland Construction Company,
[8] Incorporated ever do masonry work in the
[9] Commonwealth of Pennsylvania?
[10] A. Gosh, it is so small. I mean, it is such
[11] a small amount, if anything.
[12] Q. My question is did Ashland Construction
[13] Company ever do masonry work in Pennsylvania?
[14] A. Yes.
[15] Q. When did Ashland Construction Company
[16] first do masonry work in the Commonwealth of
[17] Pennsylvania, approximate date?
[18] A. I cannot even begin to answer that
[19] question, I have no idea.
[20] Q. Do you have records, do you believe, that
[21] would reflect your Pennsylvania clients?
[22] A. I would have to go back and check. If
[23] anything for, if anything I would have to check
[24] to see, it's probably most likely would be

**Page 17**

[1] residential, which I would have to check on
[2] them records.
[3] Q.  My question is do you believe you have
[4] records that would reflect your Pennsylvania
[5] clients?
[6] A.  I don't understand that question.
[7]      MR. SMALL: He doesn't understand,
[8]   Matt.
[9] BY MR. CASEY:
[10] Q.  Do you keep records, sir, that if one
[11] were to search, one would be able to determine
[12] precisely those clients of yours that hale from
[13] Pennsylvania?
[14] A.  If so, I mean, it's so small, I mean, I
[15] would not even know. Like I said, there's a
[16] very little bit amount of work we do in
[17] Pennsylvania.
[18] Q.  My question though, sir, is different
[19] than, I know you want to tell me it's a small
[20] amount. I just want to know, first very
[21] basically, do you believe that documents exist
[22] that would tell a person, searching for
[23] documents, relating to Pennsylvania, precisely
[24] who your Pennsylvania clients are?

**Page 18**

[1] A.  No, I doubt it. I mean I can, the only
[2] one I would be able to check would be my
[3] bookkeeper and see if she can go back that far
[4] and whatever she could find into it, into my
[5] file.
[6] Q.  What do you mean when you say go back
[7] that far?
[8] A.  I mean, go back a year and see if there
[9] are documents in there for Pennsylvania, but I
[10] doubt there would even be, because there's such
[11] a little amount of work that was done.
[12] Q.  I will give you the opportunity now to
[13] tell me, if you would, in more detail what you
[14] mean when you say a little amount. Can you
[15] give me a percentage of your business?
[16] A.  Less than one percent.
[17] Q.  How much money do you believe your
[18] company has earned in gross receipts, not
[19] profit, in gross receipts, from masonry work
[20] done in the Commonwealth of Pennsylvania?
[21] A.  Gosh, four, maybe five thousand, if that
[22] seven, maybe in that area, that's what the
[23] amount would be.
[24] Q.  Where did your company do work in

**Page 19**

[1] Pennsylvania, where specifically?
[2] A.  I mean, we did a couple, actually my
[3] brother may have done a little bit up there for
[4] homeowners, a couple small jobs for them.
[5] That's the extent of it.
[6] Q.  When did that occur?
[7] A.  I don't even know the dates what it would
[8] have been.
[9] Q.  Did you ever do work in Pennsylvania?
[10] A.  Small amounts.
[11] Q.  I know it's small amounts. My question
[12] is, if you would, just listen to my question.
[13] My question at this point is, did you ever do
[14] work in Pennsylvania? The answer to that I
[15] assume is yes?
[16] A.  Correct.
[17] Q.  When did you last do work in the
[18] Commonwealth of Pennsylvania?
[19]      MR. SMALL: Matt, you want his best
[20]   estimate?
[21] BY MR. CASEY:
[22] Q.  Sure.
[23] A.  I would say probably six months, seven
[24] months ago.

**Page 20**

[1] Q.  Where?
[2] A.  Actually Lomax Carpet.
[3] Q.  Lomax Carpet in Philadelphia?
[4] A.  In Philadelphia.
[5] Q.  For whom were you doing work at Lomax
[6] Carpet in Philadelphia?
[7] A.  Actually for, actually John Manger got a
[8] hold of me and said we need to do a little bit
[9] of work up in that area.
[10] Q.  Who is that person, sir?
[11] A.  He is actually Air Base Carpet's
[12] construction manager.
[13] Q.  Can you spell his last name?
[14] A.  M A N G E R.
[15] Q.  Where does he work out of?
[16] A.  As far as if --
[17] Q.  If you wanted to find him, where would
[18] you call?
[19] A.  Actually I would call Air Base Carpet in
[20] New Castle.
[21] Q.  And Mr. Manger, who to your
[22] understanding, works out of the New Castle
[23] building, called you and told you that he
[24] wanted you to do some work at the Lomax Carpet

Page 21

[1] address in Philadelphia?
[2] A.   Correct.
[3] Q.   What did you do?
[4] A.   Gosh, just re-pointing up a wall inside
[5] the stair tower.
[6] Q.   How much did you charge them for that
[7] job?
[8] A.   I think right around seven thousand.
[9] Q.   I would like you, if you would, to have
[10] your office check for the receipts from that
[11] job specifically?
[12] A.   Yes.
[13] Q.   Towards the end of answering my discovery
[14] request on the subject of contacts with the
[15] Commonwealth of Pennsylvania. Will you do
[16] that?
[17] A.   Yes.
[18] Q.   Did Ashland Construction Company, Inc. do
[19] any masonry work at any other carpet marts in
[20] the Commonwealth of Pennsylvania besides Lomax
[21] on that date of approximately six months ago?
[22] A.   No, sir.
[23] Q.   How many times have you, yourself, been
[24] to the Lomax Carpet address?

Page 22

[1] A.   I would probably say every bit of a dozen
[2] times, half a dozen times, I go up and take a
[3] look at some stuff that was, needed to be done
[4] up there. Or just different issues, a little
[5] bit of advice of what had to be done with
[6] certain things.
[7] Q.   I'm sorry, you have been there about a
[8] half a dozen times?
[9] A.   I would say about a half a dozen.
[10] Q.   Were you ever at that address other than
[11] the job that you told me about that you did
[12] about six months ago?
[13] A.   No.
[14] Q.   So the times that you were there were
[15] specifically relating to the job that you did
[16] approximately six months ago at the Lomax
[17] Carpet address?
[18] A.   Correct.
[19] Q.   On how many occasions do you believe that
[20] Ashland Construction Company, Inc. did work for
[21] Air Base Carpet Mart or any of its affiliates?
[22]        MR. MINTZER: Objection to the form.
[23]        MR. SMALL: Again, when you're
[24] talking about work, are you talking in

Page 23

[1] Delaware or in Pennsylvania?
[2]        MR. CASEY: Any work.
[3]        MR. MINTZER: I object to the phrase
[4] and any other of its affiliates.
[5]        MR. CASEY: I understand that
[6] objection. To the extent the witness
[7] understands the question I would like to
[8] know, to what extent Ashland
[9] Construction Company, Inc. did work for
[10] Air Base.
[11]        MR. SMALL: That's a different
[12] question.
[13]        MR. CASEY: Why don't you let him
[14] answer the question. You can state your
[15] objection and we can probably get
[16] through this.
[17]        MR. MINTZER: Objection to that last
[18] question.
[19]        THE WITNESS: Repeat the question.
[20] BY MR. CASEY:
[21] Q.   Sir, tell me the extent to which Air Base
[22] -- I'm sorry, Ashland Construction Company,
[23] Inc. did work for Air Base?
[24] A.   When you say extent, I don't know what

Page 24

[1] you mean extent.
[2] Q.   You just told me about one job.
[3] A.   That's about the, I mean, that was it.
[4] There wasn't a whole lot more after that. That
[5] was the extent of it from that time.
[6] Q.   From what time? I didn't even give you a
[7] time. I just want to know any other jobs that
[8] you did for Air Base?
[9] A.   I mean, Mr. Casey, I'll have to go back
[10] and list them. I don't remember them off the
[11] top of my head.
[12] Q.   Can you give me your best estimate? I'm
[13] not asking for specific jobs. I need your best
[14] estimate for, start with this, the number of
[15] occasions on which Ashland Construction Company
[16] was hired by Air Base?
[17] A.   Per year?
[18] Q.   You can tell me in any respect?
[19] A.   Per year I would say maybe once, twice a
[20] year.
[21] Q.   Going back how many years?
[22] A.   I guess for a couple years, about four or
[23] five years.
[24] Q.   Going back to about the year 2000 you did

Page 57

[1]     MR. SMALL: That is clearly not what
[2] you requested in the production for
[3] documents.
[4] BY MR. CASEY:
[5] Q.  Did you search for any such documents?
[6]     MR. SMALL: I'm going to object to
[7] the form. You keep asking him the same
[8] question.
[9]     MR. CASEY: And it has not been
[10] answered.
[11] BY MR. CASEY:
[12] Q.  Sir, have you searched for any such
[13] documents?
[14]     MR. SMALL: Just don't answer the
[15] question. This is getting ridiculous,
[16] Matt.
[17]     MR. CASEY: All right. Mark that
[18] page also.
[19] BY MR. CASEY:
[20] Q.  Sir, where physically would you look, if
[21] you wanted to find documents relating to your
[22] business activities with your Ridley Park
[23] supplier?
[24] A.  I mean, as far as where my materials

Page 58

[1] would go?
[2] Q.  Where would the documents be located?
[3] A.  Certainly within the filing system, which
[4] the bookkeeper would have kept.
[5] Q.  Where is that filing system located?
[6]     MR. SMALL: Again, we're going around
[7] in circles. Don't answer that question.
[8] We're doing a search, an ongoing search
[9] but you're not going to go in and rifle
[10] through the files. That is exactly what
[11] is not going to happen.
[12] BY MR. CASEY:
[13] Q.  Where are the files located?
[14]     MR. SMALL: Don't answer the
[15] question.
[16]     MR. CASEY: Mark that page too.
[17] BY MR. CASEY:
[18] Q.  Is there a bookkeeper today, sir?
[19] A.  No.
[20]     MR. SMALL: Again, for which entity?
[21] BY MR. CASEY:
[22] Q.  For any of Ashland Construction Company,
[23] Incorporated's documents?
[24]     MR. SMALL: As of today Ashland

Page 59

[1] Construction doesn't exist, as he
[2] testified to earlier. It ended November
[3] 2004, how would there be a bookkeeper?
[4]     MR. CASEY: Mike, why don't you let
[5] him answer that question?
[6]     THE WITNESS: No, there is not a
[7] bookkeeper for Ashland as of this time.
[8] BY MR. CASEY:
[9] Q.  Where are the records located today?
[10]     MR. SMALL: Again, don't answer the
[11] question. You're going through the same
[12] question eight times. You're not going
[13] to get the answer.
[14] BY MR. CASEY:
[15] Q.  Sir, was the job that you were doing at
[16] the Coachman Road address, in any respect, a
[17] block job?
[18] A.  No, sir.
[19] Q.  Where did you receive the materials for
[20] the job that you were doing at the Coachman
[21] Road address?
[22] A.  Delaware Brick.
[23] Q.  Sir, do you own any property, you
[24] yourself?

Page 60

[1] A.  I mean as far as where I live at?
[2] Q.  Do you own any properties?
[3] A.  Well, where I live, my house.
[4] Q.  Other than your house, do you own any
[5] other properties?
[6] A.  I got, actually a place, actually a place
[7] on Maple Avenue in Elsmere.
[8] Q.  Where is that, in Delaware?
[9] A.  That's in Delaware.
[10] Q.  Do you own any properties in
[11] Pennsylvania?
[12] A.  No, sir.
[13] Q.  Where did Ashland Construction Company,
[14] Inc. deposit money, if any bank?
[15] A.  WSFS.
[16] Q.  Can you spell that out?
[17] A.  Wilmington Savings Fund Society.
[18] Q.  Did Ashland Construction Company, Inc.
[19] receive any materials from any Pennsylvania
[20] entity other than the Ridley Park supplier?
[21] A.  No.
[22] Q.  Other than actual masonry work that you
[23] would do, upon being hired for a job, did
[24] Ashland Construction Company Inc. engage in any