

Rizzo

1- front of Insd Risk.





2- Dining Room w/ View of Pool & Patio Pictures

9 - Different View - Same Area as Photo 8.





10 - Overview of Patio & Dining Room Access & Pool enclosure "P".

GORB000027

11- At time of accident, Pool Access was totally boarded. Now, it is in process of being complete





12- Dining Room access from exterior, where workers would have entered from outside in to bring in tables & chairs into Pool

GORB000028



5-



6-



GORB000011

3-


4-


Rizzo 11

23-


24-








7 - Child accessed pool from Dining Room slider, down steps and entered pool @ steps in foreground.





8 - Child found floating face down @ area by edge marked "A".

5 - Master Bedroom Door - Identical to Dining Room Slider Shown in background



6 - Overview Pool



GORB000025

13-


14-


GORB000015