IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


JAMES H. GORBEY, JR.,          )
Administrator of the           )
Estate of Marissa Rose         )
Fishman, Deceased,             )
                               )
            Plaintiff,         )
                               )  C.A. No. 05-211 KAJ
v.                             )  JURY TRIAL DEMANDED
                               )
RICHARD LONGWILL, BARBARA      )
LONGWILL, AIR BASE CARPET      )
MART, INC., d/b/a Air Base)
Distributing, Inc., d/b/a      )
Air Base Carpet Mart, AIR      )
BASE DISTRIBUTING, INC.,       )
ASHLAND CONSTRUCTION           )
COMPANY, INC., JOSEPH          )
RIZZO & SONS CONSTRUCTION      )
VINCENT RIZZO CONSTRUCTION)
CO., INC., d/b/a Ashland       )
Construction Co., Inc.,        )
JOSEPH V. RIZZO, VINCENT       )
RIZZO,                         )
                               )
            Defendants.        )




        Deposition of ROCHELLE B. LONGWILL, taken
pursuant to notice at the law offices of Murphy,
Spadaro & Landon, 1011 Centre Road, Suite 210,
Wilmington, Delaware, beginning at 3:15 p.m. on
Tuesday, March 7, 2006, before Heather M.
Triozzi, Registered Professional Reporter,
Certified Shorthand Reporter, and Notary Public.

1      A.   I don't know.  It's that paper right

2   there.

3                  MR. HART:  It's this.  It's an

4   affidavit.

5   BY MR. LANDON:

6      Q.   Oh, okay.  This is an affidavit that you

7   signed sometime ago about -- that had to do with

8   some issues in the case?

9      A.   (Witness nodded her head.)

10     Q.   Yes?

11     A.   Yes.

12     Q.   Have you ever read the police report?

13     A.   No.

14     Q.   Have you read a report that was prepared

15  by an investigator with Sierra Claims Services

16  that summarized interviews that he took of the

17  various adults that were in the house that day?

18     A.   No.

19     Q.   Tell me what you remember about that

20  morning in as much detail as you can from the

21  time that you got up until the time that you

22  jumped in the pool to retrieve Marissa.

23     A.   I was woken up.  Theresa and Marissa were

24  downstairs in the basement.

```
 1                      She has a crib down there.  And she

 2      brought Marissa up.  I was nursing Marissa.

 3                      Harrison woke up.  We brought her

 4      back to the den area, and I nursed her.  And we

 5      played.

 6                      And then time went by and everybody

 7      started to wake up.  And we were all in the

 8      kitchen having breakfast.

 9                      Just normal, like, fun morning.  And

10      then we -- the three, Alexandra, Harrison and

11      Sam, my sister and me, we went in the back of the

12      house.  We went down the hallway, and we were

13      just talking and playing.

14                      And all of a sudden, I went,

15      "Where's Marissa?"  Alexandra trailed me.

16                      And I -- and then I went through the

17      kitchen, and I saw the glass slider open, wide

18      open.  And I went, "Oh, my God, the door's open."

19                      And I could see from where I was

20      standing that she was floating in the pool.  And

21      I screamed.

22                      I said, "Oh, my God, Marissa is in

23      the pool."  And there's the worker and there's

24      Vinnie, and they're in the pool room.
```

1        And I jumped into the pool, and I

2   scooped Marissa up.  And I remember saying to

3   them, I looked at them, like, why didn't you see

4   her?  Like how -- you know, like here they're in

5   the room, and she's floating in the pool.

6        And I was just -- you know, I just

7   took her out, and I placed her on the carpet.

8   And my sister came over.

9        And I kept saying, "Oh, my God."

10  And I was doing CPR.

11        And she was giving her air.  We were

12  just pumping.

13        And I remember hearing something

14  like my grandmother screaming, my kids.  It was

15  just a really -- and then all of a sudden, the --

16  we just kept working on her.

17        And then the ambulance came.  And he

18  just scooped her up in a towel, and he ran out.

19  And I started running out.

20        And I saw there were two ambulances

21  outside.  The one she got in drove away, and I

22  got into the other ambulance.  And I got to the

23  hospital.

24        That was it.

12

```
1        Q.   All right.  Let me take you back through.

2   I've got a few questions for you.

3             After you nursed Marissa in the den,

4   you said you all went in and had breakfast?

5        A.   Yeah.  We play.  There's toys in the den.

6             There's a TV in the kitchen.

7   There's toys there.

8             It's a house.

9        Q.   Yeah.  Everybody is up?

10       A.   Everybody is up.

11       Q.   A lot of activity?

12       A.   Excitement.

13       Q.   Everybody is in kind of that section of

14  the house at that point in time?

15       A.   Right.

16       Q.   That would include your great grandmother

17  or your grandmother?

18       A.   Right.

19       Q.   And then after breakfast is over, you,

20  Deborah, and the three older kids --

21       A.   Right.  We're just following her, and

22  we're --

23             MR. LESSNER:  He's got to ask a

24  question.  That's not a question.
```

1           THE WITNESS:  Right.

2    BY MR. LANDON:

3        Q.  After you're all done breakfast and

4    whatever, the next thing that you remember is

5    you, and Deborah, and the three older kids go in

6    the back area of the house where the bedrooms

7    were?

8        A.  (Witness nodded her head.)

9        Q.  Yes?

10       A.  Yes.

11       Q.  But you don't recall Marissa going back

12   there with you?

13       A.  No.

14       Q.  Do you recall where Alison was at that

15   point?

16       A.  No.

17       Q.  Do you recall where your grandmother,

18   Helen, was at the time?

19       A.  No.

20       Q.  Do you recall where your mother was at

21   that time?

22       A.  In the kitchen.

23       Q.  Up until the point where you went back

24   into the back bedroom with Deborah and the older

1   children, had you seen Vinnie or the worker at

2   all at the house, either inside or outside --

3       A.   No.

4       Q.   -- that morning?

5            Did you know they were there?

6       A.   No.

7       Q.   Had you seen them there the day before?

8       A.   I don't remember.

9       Q.   Had anybody, to your knowledge, gone into

10  the pool enclosure area that morning before you

11  and Deborah and the three older kids went back to

12  the back bedrooms, to your knowledge?

13      A.   I don't know.  I didn't.

14      Q.   Okay.  Do you recall seeing the round

15  table that is in some of these photographs?

16           I take it you've seen those

17  photographs.

18      A.   When I first saw the round table is when I

19  walked in and I saw Marissa there.

20      Q.   Okay.

21      A.   You know.

22      Q.   The round table was in the pool area when

23  you walked in and saw Marissa?

24      A.   Yes, because they were crouching down

1    doing something to the table and the chair.  They

2    were there.

3        Q.  Okay.

4        A.  If you want me to, I'll show you in the

5    picture.

6        Q.  Let me see if -- look at Rizzo Number 8,

7    the bottom picture.

8        A.  Okay.  So it's, like, Marissa is here.

9    Well, that's a -- right.

10            So Marissa is in front of there, and

11   I jump in here.  They're right here.

12            Like Rizzo is over here and -- and

13   the other fellow is right here.

14       Q.  And --

15       A.  And I just want to make clear, when I said

16   like, you know, whatever I said, I can't make it

17   clear exactly, but I was just in shock.  Why

18   didn't you see her?

19       Q.  Okay.  They had not seen her?

20       A.  Basically.  And I remember scooping her up

21   and getting her out.

22            And they just took off.  They just

23   sort of cleared out and went outside like...

24       Q.  In Exhibit 8 in the top photograph, there

1    appears to be a -- perhaps a hot tub adjoining

2    the pool; is that what that area is?

3        A.   Yes.   Mm-hmm.

4        Q.   And are you saying that when you saw

5    Marissa floating, she was floating in the shallow

6    end of the pool?

7        A.   Correct.

8        Q.   Sort of near the hot tub area?

9        A.   Correct.   Close.

10       Q.   And was the white table sitting in

11   approximately the location that it appears in the

12   bottom picture in Rizzo 8?

13       A.   Yes.

14       Q.   Okay.   And you're saying that Vinnie was

15   where?

16       A.   I don't know, somewhere over here.   And

17   the other guy was here, because he was closer to

18   the pool.

19            They were both here --

20       Q.   Okay.

21       A.   -- looking at me, like, in shock.

22       Q.   Were they both somewhere between the table

23   and the hot tub area?   In other words, back in

24   here?

1      A.   Like right here and there.

2      Q.   Okay.

3      A.   They were, like, a foot apart from each

4  other, maybe two feet.

5      Q.   And they were doing something with the

6  table?

7      A.   I don't know.  They were in the room doing

8  something --

9      Q.   Okay.

10      A.   -- to this stuff.

11      Q.   The two chairs that appear in the bottom

12  of Rizzo 8, do you know if they were actually in

13  those positions when this happened?

14      A.   You know what, what do you think?

15      Q.   I have no idea.

16      A.   I saw two men, and I saw my daughter

17  floating in a pool.

18      Q.   Fair enough.

19           You don't recall seeing any chairs

20  anywhere in particular?

21      A.   No.

22      Q.   Okay.  All right.

23           You don't know how long they had

24  been in the pool enclosure area doing whatever it

1   was they were doing at that moment?

2       A.   No.

3       Q.   You didn't see them go into that area?

4       A.   No.

5       Q.   Did you see them leave?

6       A.   Yes.

7       Q.   Okay.  Did they run out of there?

8       A.   Pretty much.

9       Q.   Okay.  Timing, do you have any sense of

10  what time it was when you left the den, dining,

11  kitchen area of the house and went to the back

12  bedroom with Deborah and the older three

13  children?

14      A.   I have been trying to ponder about that

15  for about three years.  And I don't know.

16      Q.   Okay.  You mentioned in your statement

17  that you thought it might have been around 9:30,

18  but it seemed, my reading of it, you didn't seem

19  real sure about that.

20          Would that be accurate that you're

21  not real sure, but that's an approximation?

22      A.   An approximation.  I don't know.  I

23  don't...

24      Q.   Okay.  Do you happen to know what time it

```
 1    was when you did find Marissa in the pool?

 2         A.   I don't.

 3         Q.   Okay.  Well --

 4         A.   I don't know.

 5         Q.   According to the police report, it may or

 6    may not be accurate --

 7         A.   10:13, 10:21.

 8         Q.   Do you know if it was sometime after

 9    10:00?

10         A.   Sure.  It must have been sometime after

11    10:00, because when I think about it, I was

12    probably at the hospital by 10:30.

13         Q.   I'll represent to you that in all of the

14    information that I've reviewed from the

15    investigator for Sierra Claims Service, and the

16    police report, and the statements that you have

17    given, that your father has given, no one seems

18    to be able to place Marissa, her whereabouts at

19    any time after about 9:30 in the morning until

20    she was found in the pool.

21                   MR. LESSNER:  There's no question

22    pending.

23    BY MR. LANDON:

24         Q.   Okay.  That's just a representation that
```

```
 1    I'm making.

 2                I want you, for purposes of this

 3    next question, to assume that to be the case.

 4    All right.

 5                Do you have any reason or any

 6    knowledge from any source where anyone can place

 7    Marissa's whereabouts at any time between 10:30

 8    or between 9:30 a.m. and 10:13 a.m. in the

 9    morning?

10                MR. LESSNER:  Objection; compound.

11    Form.

12    BY MR. LANDON:

13        Q.  You can answer the question.

14                MR. LESSNER:  If you understand it.

15                THE WITNESS:  If I'm understanding

16    this clearly, you're saying have I spoken to

17    anybody or figured out any point in time between

18    9:30, and 10:00, or something the whereabouts --

19    BY MR. LANDON:

20        Q.  9:30 and 10:15 where anyone can say where

21    Marissa was or what she was doing?

22        A.  Not speaking to anybody, nor myself going

23    back down with the kids.  And -- no.

24        Q.  Okay.  So you would agree, then, as far as
```

```
 1   you're concerned, and as far as you know, you

 2   yourself, there is no one that can identify where

 3   she was at any given time between 9:30 and 10:13?

 4              MR. HART:  Objection.

 5   BY MR. LANDON:

 6        Q.  You can answer the question.

 7              MR. LESSNER:  If you understand it.

 8   You can ask him to repeat it.

 9              THE WITNESS:  Well, can you repeat

10   the question?

11   BY MR. LANDON:

12        Q.  Okay.  As far as you know, no one can

13   account for Marissa's whereabouts between 9:30

14   a.m. and 10:13 a.m. that morning?

15              MR. LESSNER:  The objection -- just

16   so I'm clear, when you say no one can account,

17   she's testifying as to her personal knowledge.

18   Are you asking her whether she has knowledge of

19   statements that somebody else has said?

20   BY MR. LANDON:

21        Q.  Do you have any knowledge that anyone has

22   any knowledge --

23        A.  I don't have any knowledge.

24        Q.  Hold on.  Let me ask the question.
```

1              Do you have any knowledge that there

2     is any person on the planet that has any

3     knowledge as to Marissa's whereabouts between

4     9:30 a.m. and 10:13 a.m.?

5          A.   I don't know.

6          Q.   In other words, she could have been in

7     that pool from 9:30 that morning or she could

8     have been in that pool from --

9              MR. LESSNER:  Objection.  It calls

10    for speculation.  She can only testify as to what

11    she knows.

12    BY MR. LANDON:

13         Q.   And I'm trying to get at what she knows

14    from the opposite way from what she doesn't know.

15    And what you don't know is you don't know what

16    time Marissa actually got into that pool

17    enclosure area --

18         A.   Correct.

19         Q.   -- and got into the pool?

20              All right.  Thank you.

21              You don't know what time the door

22    from the dining area to the pool area was opened,

23    do you?

24              MR. LESSNER:  Objection; form.

23

```
 1              I think you said do you not know.
 2              MR. LANDON:  No, I didn't.
 3   BY MR. LANDON:
 4        Q.  Do you know what time the pool door --
 5        A.  I turned a corner, I saw a door open.
 6        Q.  Okay.  And that door may have been opened
 7   for a minute, or it may have been opened for 45
 8   minutes for all you know?
 9        A.  I don't know.
10        Q.  Okay.  And you don't know who opened it,
11   do you?
12        A.  Correct.
13        Q.  And you don't know whether it was opened
14   multiple times that morning, or just one time, or
15   two times, or three times that morning; correct?
16        A.  Correct.
17        Q.  Were any of your older kids capable of
18   opening that door?
19        A.  No.
20        Q.  Is that because it was too heavy to open
21   or --
22        A.  There's a lock on the top.
23        Q.  What if it's unlocked at the top, could
24   your oldest child have opened the door?
```

1      A.    It is -- it was heavy.

2      Q.    Do you know whether she could have opened

3   the door?

4      A.    She was with me.

5      Q.    Okay.  Do you know whether she was capable

6   of opening the door is a better question.

7      A.    I don't know.

8      Q.    Did you ever talk to Vinnie Rizzo or his

9   helper, other than what you've already described

10  when you were in the pool holding Marissa after

11  you found Marissa, other than yelling at them,

12  you know, why didn't you see her or whatever it

13  was that you said?

14            Did you have any other conversation

15  with them at any time after that?

16     A.    I obviously -- I was mourning, grieving.

17  And I think I went over to them, to Vinnie to

18  acknowledge -- I don't remember.  I don't

19  remember what I said to him.

20            I just sort of said, just to make

21  him feel like -- like if -- I was obviously --

22  I'm the mourning, grieving mother, and they were

23  there.  And I -- just to make him feel it's okay.

24     Q.    Was that that same day or some other day

25

1    afterward?

2        A.   It could have been a month or -- I don't

3    remember when it was.

4               MR. HART:   Can we at least be clear,

5    it was not that day?

6               THE WITNESS:   No.   It was not that

7    day.

8    BY MR. LANDON:

9        Q.   Did you talk to -- strike that.

10              Did any of the other adult family

11   members that were in the house that day ever tell

12   you that they had seen Vinnie and or his helper

13   bringing in the table and or chairs into the pool

14   area?

15       A.   No.

16       Q.   When you came out from the back bedroom

17   when you were trying to figure out where Marissa

18   was and you came into the dining area, and you

19   saw that the door was open, do you know where any

20   of the other people in the house were at that

21   moment?

22       A.   Alexandra was with me.   My mom was in the

23   kitchen.

24              There was Marissa floating.   And

1   Vinnie and the helper were in the pool room.

2       Q.   Okay.  You don't know where your

3   grandmother was?

4       A.   No.

5       Q.   You don't know where Alison was?

6       A.   No.

7       Q.   Was Deborah with you?

8       A.   I don't know.  I was --

9       Q.   Do you know where Theresa was?

10      A.   No.

11              MR. LANDON:  That may be all I have.

12  Let me check.

13              MR. VAN NAARDEN:  Do you want me to

14  start, if you want, and then you can go after I'm

15  done?

16              MR. LANDON:  This will just take a

17  second.

18              MR. LESSNER:  No.

19              MR. VAN NAARDEN:  I know we're under

20  time restraints.

21              MR. LESSNER:  I just want him to be

22  finished.

23              MR. VAN NAARDEN:  That's fine.

24  BY MR. LANDON:

1    Q.   Do you recall how long it took you to find

2  Marissa in the pool from the time that you

3  thought to yourself I wonder where Marissa is?

4    A.   A minute.  Less than a minute.

5    Q.   When you left the den, dining, kitchen

6  area to go back to the back bedroom with Deborah

7  and the other kids, do you have a memory of

8  actually seeing that slider door to the pool

9  enclosure?

10   A.   No.  All I know there, the door was always

11  shut.  Kids were playing.

12   Q.   Okay.

13        MR. LANDON:  All right.  Thank you.

14  BY MR. VAN NAARDEN:

15   Q.   Good afternoon.

16        You were present in the room when we

17  took the deposition of your mother; right?

18   A.   Yes.

19   Q.   My name is Josh Van Naarden, just to

20  introduce myself again.  And I represent

21  Marissa's estate.

22        Just to follow-up real quick on the

23  last thing you just said, you said that the doors

24  were always shut.  You were referring to the

1    sliding doors; right?

2        A.   Yes.

3        Q.   And you were here when your mother

4    testified that pretty much the same thing, that

5    it was the custom and habit for those doors

6    always to be shut?

7        A.   Yes.

8        Q.   You would agree with that?

9        A.   Yes.  Yes.

10        Q.   During the summer of 2002, there was an

11   incident with Eric.  As a result of that, you

12   ended up staying with your mother and your

13   parents?

14        A.   Yes.

15        Q.   How long had you been staying with your

16   parents prior to August 30 of '02, if you can

17   tell me?

18        A.   Twelve days.

19        Q.   Okay.  And when that incident happened,

20   did you take all -- what did you take with you to

21   your parents initially?

22        A.   We had bags that were packed for the

23   weekend when we went to Cape May.

24        Q.   Okay.

1    A.    I went home maybe to pick up another pair

2    of sneakers or something for the kids, just a

3    couple odds and ends that -- I wasn't planning on

4    staying for the next two years or Marissa dying.

5    Q.    I understand.  During that two weeks or a

6    little less than two weeks, did you ever go back

7    to your other residence to pick up anything?

8    A.    No.

9    Q.    During that period of 12 days, did you

10   have to go out and buy certain things for the

11   kids that you needed, but were at the other house

12   and you didn't want to go get them?

13   A.    I don't remember.

14   Q.    Prior to that Friday the 30th, you had

15   known Vinnie Rizzo before; right?

16   A.    Yes.

17   Q.    And I'm assuming you were familiar with

18   him because of the work that he had done on your

19   parents' property?

20   A.    Yes.

21   Q.    The other guy that was there on the 30th,

22   had you ever seen him before?

23   A.    No.

24   Q.    Were you on a friendly basis with Vinnie?

1      A.   Yes.

2      Q.   Had you ever been present at your parents'

3  house in the past when he had done work there?

4      A.   Yes.

5      Q.   I just want to -- also, your mom had said

6  before that the time prior to you coming to stay

7  with your parents, Theresa was living with you at

8  your residence?

9      A.   Yes.

10     Q.   And then when you came to your parents'

11 house with the kids, she came with you?

12     A.   Yes.

13     Q.   Were you able to communicate with Theresa,

14 because my understanding is she spoke Spanish?

15     A.   Yes.

16     Q.   Do you speak Spanish?

17     A.   Mixed Spanish.

18     Q.   But you believe you were able to

19 adequately communicate with her?

20     A.   Yes.

21     Q.   Would you converse with her in, like, a

22 mix of English and Spanish?

23     A.   Yes.

24     Q.   Did you ever have any conversations with

```
1    Theresa from the time she first started working

2    with you until when this happened as to what her

3    duties and responsibilities were going to be

4    while she was working for you?

5         A.   I had four kids.  Sure.

6         Q.   What was your expectation of what her

7    responsibilities were as to the kids?

8              MR. LESSNER:  Is this her

9    expectation or what she told Theresa?

10             MR. VAN NAARDEN:  Let's start with

11   just the expectation.

12   BY MR. VAN NAARDEN:

13        Q.   What was your expectation of what she

14   was -- what you expected her to be doing?

15        A.   As a helper.

16        Q.   As you define "helper", is that heavier on

17   the taking care of the kids, or is that heavier

18   on, like, household chores, or is it a mix

19   between the two?

20        A.   A mix.

21        Q.   Do you believe that her responsibilities

22   were majority take care of the kids, or is that

23   not how you would categorize it?

24        A.   No.
```

```
1         Q.   Did you have a cleaning lady or cleaner
2    come into your home in addition to Theresa being
3    there?
4         A.   No.
5         Q.   I asked your mom some questions about --
6    go ahead.
7              MR. LESSNER:   I just want to caution
8    you.   When he prefaces it "I asked your mom",
9    okay, that's not necessarily the question.   Okay.
10             What your mother said has been
11   transcribed by the court reporter.   So to the
12   extent he asks you, did your mother say that,
13   that's something the court reporter transcribed.
14   BY MR. VAN NAARDEN:.
15        Q.   To be fair to you, you were here during
16   your mother's deposition; right?
17        A.   Yes.
18        Q.   If I represent something to you that your
19   mother said that you don't agree with, please let
20   me know.   Okay?
21        A.   (Witness nodded her head.)
22        Q.   During the period that you were staying at
23   your parents' house prior to the incident, who
24   was primarily responsible for taking care of
```

1    Marissa?

2         A.   I'm a mom.

3         Q.   Okay.  Were you -- as far as, was she

4    toilet trained at the time that this happened?

5         A.   No.

6         Q.   She wasn't.  Okay.

7              So someone needed to be changing

8    diapers?

9         A.   Correct.

10        Q.   Is that something that you would do?

11        A.   Yes.

12        Q.   Something that also Theresa would do?

13        A.   Yes.

14        Q.   And sometimes your mom would do it?

15        A.   Yes.

16        Q.   Do you know if during that 12-day period

17   of time if Theresa undertook any type of cleaning

18   or household duties at your mom's house?

19        A.   I don't know.  I mean, it was -- I don't

20   know.

21              I believe she would have.  I mean,

22   that's how it was even in my own home.

23        Q.   Do you recall having any additional

24   conversations with Theresa prior to you coming to

1    your parents' house about any changes that were

2    going to be happening when you got to your

3    parents' house as far as her role?

4         A.   No.

5         Q.   You talked -- we went over before a little

6    bit about what was going on on the 30th when you

7    woke up.  I'm not going to go through it all with

8    you.

9              But in the family room, is there a

10   TV?

11             And, again, referring to a diagram

12   that was marked at Vinnie Rizzo's deposition as

13   Rizzo 1.

14        A.   This is the family room, so the TV is over

15   here.

16        Q.   Do you recall in the morning of Friday,

17   August 30th if the TV was on?

18        A.   I don't know.

19        Q.   Was that something -- like something that

20   you would regularly do is turn the TV on for the

21   kids or put a tape in for them?

22        A.   I don't know.  I mean, it happens.

23             Different days, different

24   circumstances.

1    Q.  Was there any particular -- that you can

2    remember, any particular show on Friday mornings

3    that your kids used to like to watch?

4    A.  No.

5    Q.  Are there any other TVs on that first

6    floor, not talking about the master bedroom or

7    the back bedroom, but in the Florida room,

8    kitchen area?

9    A.  Kitchen room, they had a small TV

10    around -- there's a table in the kitchen with a

11    small TV there.

12    Q.  Do you know if there's a radio or a sound

13    system in that area, too, in the Florida room,

14    kitchen, or family room?

15    A.  Might be a small TV right on the counter

16    here.

17    Q.  And as you sit here today, can you tell me

18    if you remember any of them being on on October

19    30th?  On August 30th?

20    A.  Maybe, like, 6:30 in the morning with

21    Harrison and Marissa.

22    Q.  Okay.

23    A.  We were, you know, playing or watching TV

24    or something there.

```
 1        Q.   And you believe that later on in the day

 2   it was shut off?

 3        A.   Sure.

 4        Q.   Okay.

 5        A.   Yeah.

 6        Q.   When you first were notified that the door

 7   was open, and you went in there, you indicated

 8   that Vinnie and the guy, the other individual,

 9   were actually in the room, in the pool room;

10   right?

11        A.   Yes.

12        Q.   Okay.  Can you tell me what they were

13   doing?  Like you just don't know?

14        A.   I don't know.

15        Q.   Do you know if they had any -- and I

16   understand that that's not what you were paying

17   attention to at the time.

18        A.   They were crouching down doing something.

19   Their backs were turned.

20             They didn't see she was floating in

21   the pool.

22        Q.   But when they ran out, did you notice if

23   they were carrying anything in their hands?

24        A.   I don't know.
```

37

```
 1          Q.   Okay.  Just wasn't something you were

 2     paying attention to?

 3          A.   (Witness shook her head.)

 4          Q.   When you went to the pool and you turned

 5     to them and you said something to the effect of,

 6     Why didn't see her, did they give you any

 7     response?

 8          A.   They just looked like shocked, like all of

 9     a -- like they saw this rage in me, like, Oh, my

10     God like.

11          Q.   But they didn't say anything in response?

12          A.   No.

13          Q.   And then you said that they left the room?

14          A.   Yeah.

15          Q.   Would you characterize them as running out

16     of the room?

17          A.   Moving fast.

18          Q.   After that point in time, and, again, I

19     understand it's in the context of what's going

20     on.  But do you remember seeing them after that

21     point, after they ran out of the room?

22          A.   No.

23          Q.   In the times in the past when you've seen

24     Vinnie and maybe some of these other workers
```