IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,        )
Administrator of the         )
Estate of Marissa Rose       )
Fishman, Deceased,           )
                             )
            Plaintiff,       )
                             ) C.A. No. 05-211 KAJ
v.                           ) JURY TRIAL DEMANDED
                             )
RICHARD LONGWILL, BARBARA    )
LONGWILL, AIR BASE CARPET    )
MART, INC., d/b/a Air Base)
Distributing, Inc., d/b/a    )
Air Base Carpet Mart, AIR    )
BASE DISTRIBUTING, INC.,     )
ASHLAND CONSTRUCTION         )
COMPANY, INC., JOSEPH        )
RIZZO & SONS CONSTRUCTION    )
VINCENT RIZZO CONSTRUCTION)
CO., INC., d/b/a Ashland     )
Construction Co., Inc.,      )
JOSEPH V. RIZZO, VINCENT     )
RIZZO,                       )
                             )
            Defendants.      )

        Deposition of BARBARA H. LONGWILL, taken
pursuant to notice at the law offices of Murphy,
Spadaro & Landon, 1011 Centre Road, Suite 210,
Wilmington, Delaware, beginning at 1:20 p.m. on
Tuesday, March 7, 2006, before Heather M.
Triozzi, Registered Professional Reporter,
Certified Shorthand Reporter, and Notary Public.

Barbara H. Longwill                    25

1    that the incident occurred at 10:13.  I'm not so

2    sure about the reporting time frame.

3    BY MR. LANDON:

4        Q.  I'm showing you the initial crime report,

5    Page 1.  This is what I'm referring to, where it

6    says reported date and time, Friday, 8/30/2002,

7    10:21.

8                Then over here the block that says

9    occurred Friday 8/30/2002, 10:13.

10               You see where I'm referring?

11       A.  I -- I really don't understand what that

12   means.

13       Q.  Okay.

14       A.  I have no idea what that means.

15       Q.  I guess, let me ask it this way.

16       A.  There may --

17       Q.  Let me ask it this way:  When Marissa was

18   discovered by her mother, Rochelle, in the pool,

19   do you know what time that was?

20       A.  No, I do not.

21       Q.  Okay.  Do you have any reason to dispute

22   that it was, roughly, give -- and I'm saying give

23   or take five or ten minutes, roughly, at 10:13 in

24   the morning?

Barbara H. Longwill                    26

1              In other words, sometime between 10

2      o'clock and 10:20 in the morning?

3              And if you don't remember, that's

4      fine.

5          A.  I don't remember.

6          Q.  Okay.  Do you have any memory as to what

7      time it was the last time that you saw Marissa,

8      you know, up and about, walking in the house that

9      morning?

10         A.  I believe that she -- you know, she --

11     Richard left and kissed her good-bye.  And

12     that's --

13         Q.  Is that the last time you remember seeing

14     her?

15         A.  Mm-hmm.

16         Q.  And you think that was around 9:00 or

17     9:15?

18         A.  Possible.  I don't know.

19         Q.  Okay.  Why don't you tell me as much as

20     you remember about the morning from the time that

21     you got up until the time that Marissa was found

22     in the pool.

23         A.  Well, I got up and went -- I was preparing

24     dinner for 27.  And I had my -- you know, people

Barbara H. Longwill                    27

1   coming in the kitchen.

2              I had -- so we were cleaning up the

3   kitchen.  And, you know, there's one sink, so you

4   have to get everything together with the one

5   sink.

6              And then I had -- I was expecting,

7   you know, with the company, I thought -- my

8   daughter-in-law's family had come in for our

9   grandson's birth the night before.

10             And I had invited them over.  And I

11  also told them to come earlier to come swimming.

12             And there was a lot of construction

13  going on at the house.  And there were going to

14  be a lot of people.

15             So I -- I went -- I went over.  I

16  saw Vinnie in the backyard.  And I remembered I

17  had one table that had a lot of plants on it, and

18  I asked him if he could remove the plants and

19  bring the table into the pool room.

20             I opened up the slider to the --

21  from the den dining to the outside to tell him to

22  come in.  And I unlocked the pool door, and I

23  showed him by hand, you know, I want the table

24  over here.

Barbara H. Longwill                    28

1          It's not a very big area.  The door

2     is right here, and the space -- this is where the

3     space is for any tables.  And they already had a

4     picnic table there.

5          So I told him, you know, to put it

6     there.  And as I've done -- I've had the pool,

7     like, 23 years.  I closed the door, and he went

8     out.

9          I didn't lock it.  I didn't lock the

10    slider to the house, either.

11          And then I don't remember -- he

12    asked -- whether he asked at that time, Do you

13    want me to bring in some chairs then or if he

14    asked me later.  I really don't know.  I don't

15    recall that.

16          And at first I told him no.  And

17    then, he is a very nice person, and he kept

18    insisting, "No problem.  No problem.  You know,

19    we'll do the chairs."

20          And I said, "Okay", and I went back

21    to the kitchen.  And the next thing I knew is I

22    heard Alexandra, you know, scream, "Who left the

23    door open?"

24          "Where's Marissa?  Who left the door

Barbara H. Longwill                29

1    open?" And Rochelle screaming.  And that's it.

2         Q.  Okay.  I'm going to go back through what

3    you told me and ask you some more questions about

4    it.

5         A.  Oh, I will add that Vinnie, you know, did

6    tell me he was bringing the table into the pool

7    room.  And, you know, and I said, Okay, you know.

8    That's it.

9         Q.  All right.  Other than what you've

10   described about talking to Vinnie Rizzo about the

11   table, did you spend the rest of the morning

12   hours from the time that your husband left until

13   the time that Marissa was discovered in the pool

14   in the kitchen --

15        A.  Yes.

16        Q.  -- working?

17        A.  Yes.

18        Q.  Was there any period of time where you

19   left the kitchen for any period of time for any

20   reason to go to any other area of the house?

21        A.  Huh?

22        Q.  Do you recall whether anyone was with you

23   in the kitchen during that time frame from the

24   time that your husband left until Marissa was

Barbara H. Longwill                    30

1    discovered?

2        A.    No.

3        Q.    You just don't remember?

4        A.    No, I don't remember.  No, I don't

5    remember.

6        Q.    Okay.  Do you remember where any of the

7    other adults were in the house during that time

8    frame?

9        A.    My mother-in-law was in her room, and I

10   believe Alison was in her room.  And the other

11   people -- the other family members were, I

12   believe, in the back.

13       Q.    Okay.  So is it your best recollection

14   that there was no one with you, working with you

15   or with you in the kitchen?

16       A.    I was working alone.

17       Q.    Okay.  And what time were the other family

18   members supposed to come over to swim in the

19   pool?

20       A.    I left it open.  It would have been after

21   lunch, you know, before dinner.

22       Q.    Okay.  Sometime in the afternoon?

23       A.    You know, in the afternoon.  I would say

24   three o'clock or --

Barbara H. Longwill                    31

1     Q.  Okay.  And what specifically were you

2   doing in the kitchen?

3            Were you cooking?

4     A.  Yes.  I do all my own cooking.

5     Q.  Does the sink -- if you're standing

6   working at the sink, do you look through the

7   opening into the dining area?

8     A.  Yes.

9     Q.  Do you recall where the other three

10   children were during the period of time from when

11   your husband left to until when Marissa was

12   discovered?

13     A.  I would say they were with their mother.

14     Q.  Okay.

15     A.  Her sister was here.  That was a very

16   special time.

17     Q.  So you don't recall anybody being in the

18   dining area at all?

19     A.  No.

20     Q.  Did everyone get up and have breakfast

21   together, by any chance, or not?

22     A.  No, they don't.

23     Q.  Okay.

24     A.  No.  Everybody has their own schedule.

Barbara H. Longwill                    32

1      Q.  So I want to make sure I'm clear.  You

2  don't have any memory of seeing anybody else who

3  was living there in the house at that time?

4            You don't recall seeing any of those

5  people from the time that your husband left at

6  9:00 or 9:15 until Marissa was discovered in the

7  pool; is that accurate?

8      A.  I would say that's accurate.

9      Q.  Okay.  Do you have any recollection,

10  taking that same time period again, and if we

11  can, just for the sake of argument, since you've

12  testified that your husband left around 9:00 or

13  9:15, and the police report says 10:13 for the

14  time of the occurrence, if we can use that hour

15  and 15 minute window of time or hour and 13

16  minute window of time.

17            During that window of time, do you

18  have a recollection of ever noticing whether or

19  not the interior door from the dining area to the

20  pool area was open or closed?

21      A.  The interior door to the pool area, if it

22  would have been open, I would have closed it,

23  because that's what I do.

24      Q.  If you had noticed that it was open, you

Barbara H. Longwill                    33

1    would have closed it?

2        A.  Correct.

3        Q.  My question is a little bit different than

4    that.  I'm trying to figure out whether you

5    remember actually looking at that door while you

6    were working in the kitchen.

7        A.  I don't remember.

8        Q.  Okay.

9        A.  It's my habit, but I don't remember, to

10   look at the door.  But I don't remember.

11       Q.  Okay.  Now, how long after your husband

12   left did you speak with Vinnie Rizzo the first

13   time?

14       A.  I don't remember.

15       Q.  What did the table look like that you

16   asked him to bring into the pool area?

17       A.  It's a round fiberglass table.

18       Q.  Okay.  Is it white?

19       A.  Pardon?

20       Q.  Is it white?

21       A.  It's white.  Cream colored.

22       Q.  And it was sitting somewhere out on the

23   patio?

24       A.  They were rebuilding the patio.  I don't

Barbara H. Longwill                    34

```
 1    know where it was sitting.

 2              I mean, it was sitting somewhere.

 3        Q.   Somewhere outside?

 4        A.   Yes.

 5        Q.   And it had plants on top of it?

 6        A.   Yes.

 7        Q.   Like potted plants?

 8        A.   Yeah.  It possibly was sitting in the

 9    sukkot.

10        Q.   In the what?

11        A.   The -- I don't know.  It's an arbor.

12              It was like an arbor.

13        Q.   Do you recall whether Mr. Rizzo -- well,

14    do you recall how long Mr. Rizzo had actually

15    been present at your home that morning before you

16    talked to him?

17        A.   No.

18        Q.   Okay.  Did you have to go outside to talk

19    to him?

20        A.   No.  I just opened the door.

21        Q.   What was he doing when you opened the

22    door?

23        A.   Probably working, laying some pavers, and

24    preparing this patio.
```

Barbara H. Longwill                35

1    Q.   Okay.  Was anybody working with him?

2    A.   Yes.

3    Q.   Who?

4    A.   I don't know his name.

5    Q.   Hispanic gentleman?

6    A.   Mm-hmm.

7    Q.   Did you ask Mr. Rizzo to do anything to

8    the table other than take the plants off it and

9    bring it in?

10   A.   No, I did not.

11   Q.   Okay.  You didn't ask him to clean it?

12   A.   I don't remember asking him to clean it.

13   But I -- you know, I assume if he was going to

14   bring it in, he would have cleaned it, I guess.

15   Q.   Okay.  You haven't read his deposition

16   transcript?

17   A.   Pardon?

18   Q.   Have you read his deposition transcript?

19   A.   No, I have not.

20   Q.   Have you read any accounts of what he has

21   said happened that morning?

22   A.   I don't remember doing so.  No.

23   Q.   Okay.  Did you ever talk to him after the

24   fact about how or why it had happened?

1      A.   No.  My heart was broken.

2      Q.   Do you blame him for what happened?

3           MR. HART:  I'm going to object to

4    the question, but you can answer.

5    BY MR. LANDON:

6      Q.   Do you blame Mr. Rizzo for what happened?

7           MR. HART:  I'll object.

8           THE WITNESS:  I -- I can't answer.

9    BY MR. LANDON:

10     Q.   Okay.  I don't want to push this real

11   hard, but what do you mean by that, you can't

12   answer?

13          You just don't want to answer?

14          MR. HART:  I'm going to -- she's

15   answered the question.  She said she can't

16   answer.

17   BY MR. LANDON:

18     Q.   Why can't you answer?

19     A.   I can't -- I can't answer.  To me, it's

20   like an act of God.

21          I can't answer.

22     Q.   When you asked Mr. Rizzo to bring the

23   table in, did he -- and you've described how you

24   stood in the dining area.  Did you actually open

Barbara H. Longwill                    37

1    the door to the pool enclosure?

2         A.   Yeah.  I opened it slightly to, you know,

3    just to point.

4         Q.   Okay.  And where was he when you were

5    doing that?

6                   Did he come inside and stand in the

7    dining room?

8         A.   He was behind me.  I believe he was behind

9    me.

10                  I don't remember exactly, but I

11   believe he was behind me.

12        Q.   In the dining area?

13        A.   Mm-hmm.

14        Q.   Yes?

15        A.   Yes.  Okay.

16                  I'm sorry.

17        Q.   And what did you say to him?  I just want

18   you to put it down here?

19        A.   Yeah, just put it over here.

20        Q.   Just pointed to where you wanted it?

21        A.   Right.

22        Q.   Do you have any idea where Marissa was at

23   that moment?

24        A.   No, I do not.

Barbara H. Longwill                    38

1        Q.   You had to unbolt the door and unlock the

2    handle latch?

3        A.   Yes, I did.

4        Q.   I take it that conversation couldn't have

5    lasted more than a few seconds.

6        A.   Correct.

7        Q.   You then closed that door?

8        A.   As normally, closed the door after I

9    opened it.  I know I did not bolt it.

10       Q.   Okay.

11       A.   But I know that I -- I feel like I closed

12   it.

13       Q.   Okay.  You feel like you closed it?

14       A.   That's what I've been doing for 23 years

15   is --

16       Q.   I understand.

17       A.   -- I open it and close it.

18       Q.   I understand.  Again, I'm just trying

19   to --

20       A.   It was -- the door at that time was

21   extremely heavy.  There was weight from the roof,

22   and that was the reason I didn't bolt it.

23            So I just pushed it closed.

24       Q.   Okay.  So it was difficult for you to push

Barbara H. Longwill                39

```
 1   closed?

 2        A.   Mm-hmm.

 3        Q.   Yes?

 4        A.   Yeah.

 5        Q.   Did you lock the handle lock when you

 6   pushed it closed?

 7        A.   No.

 8        Q.   What did Mr. Rizzo do after you told him

 9   where to put the table?

10        A.   He went back outside, and I guess did

11   whatever he was supposed to do.  I didn't follow

12   what he was doing.

13        Q.   When he went back outside, did anyone

14   close the outside door to the dining room?

15        A.   Yes.  I closed it.

16        Q.   Okay.

17        A.   It wasn't locked, because this way they

18   could come in and out.

19        Q.   Okay.  Did you actually see him bring the

20   table in?

21        A.   That's something I really don't recollect.

22   I believe I -- you know, it's like people, you

23   know, you keep hearing it, so you -- I cannot

24   tell you.
```

Barbara H. Longwill                    40

1              I believe I saw him carrying it in

2      telling me, you know, I brought it in.  And --

3          Q.   You just don't have a very good --

4          A.   No, I do not.

5          Q.   -- recollection of that?

6          A.   No, I do not.

7          Q.   After he walked back out onto the patio

8      area and you closed the door behind him, what did

9      you do next?

10         A.   I went back to the kitchen.

11         Q.   Okay.  And did you stay there until you

12     heard Alexandra screaming or --

13         A.   That's correct.

14         Q.   Okay.  And was the table in the pool

15     enclosure area at the time Marissa was found in

16     the pool?

17         A.   I assume she was.  I wasn't --

18         Q.   Your recollection, whatever you remember.

19              MR. HART:  Don't assume anything.

20              THE WITNESS:  Okay.  I don't

21     remember.

22     BY MR. LANDON:

23         Q.   Okay.  And you have no recollection of

24     seeing, while you were back in the kitchen

Barbara H. Longwill                    41

1    working again -- after you showed Mr. Rizzo where

2    to put the table, he walks out.  You close the

3    door behind him.  You go back to the kitchen.

4                From that point until Marissa was

5    found in the pool, do you remember seeing anybody

6    move the table and or any chairs into the pool

7    enclosure area?

8        A.   He -- I know -- I have to say that, yes,

9    that, you know, that they came in, put -- put the

10   table in.  But I don't remember seeing the table

11   in the pool room.

12               So I don't know whether it's -- for

13   whatever reason, I don't remember that.

14               But I do recall him, you know,

15   saying that he's going to bring the table in, and

16   he's already put the table in, something like

17   that.

18       Q.   Okay.  So you have a vague memory of him,

19   of a second meeting with Mr. Rizzo that morning

20   where he told you he had already put the table

21   in?

22       A.   Correct.

23       Q.   Do you remember when that was compared to

24   the first meeting with Mr. Rizzo when you were

Barbara H. Longwill                          42

1    showing him where to put it?

2        A.   When I was showing him; no, I do not.

3        Q.   You don't even remember if it was within

4    the next minute, or two, or five, or whether it

5    was 30 or 40 minutes later?  You have no way,

6    just no recollection of that?

7        A.   No, I do not.

8        Q.   Did you have to give Mr. Rizzo any

9    cleaning items to clean the table or the chairs?

10       A.   I do not recollect.

11       Q.   How many actual meetings or encounters do

12   you recall having with Mr. Rizzo that morning

13   before Marissa was found in the pool?

14               You've talked about two so far.  Was

15   it just two?

16       A.   Those are the only two I recall.

17       Q.   And was the second time where you vaguely

18   recall him saying he had already put the table

19   in, was that when you recall him asking you if

20   you wanted him to also bring some chairs in?

21       A.   I don't recall.  It -- I don't recall.

22       Q.   Okay.  Do you have any recollection of

23   talking to him about chairs the first time that

24   you met him?

Barbara H. Longwill                    43

```
 1      A.  No, I did -- I did not talk to him about
 2    chairs the first time.
 3      Q.  Well, earlier you mentioned that you do
 4    have some recollection of Mr. Rizzo bringing up
 5    the topic of bringing in some chairs.
 6      A.  Yes.
 7      Q.  And you at first said, no, you don't --
 8    you know, I don't need you to do that.  But then
 9    you changed your mind and said, That would be
10    fine.
11      A.  He might have asked me again.
12      Q.  Okay.  And do you know whether any chairs
13    were brought into the pool enclosure area before
14    Marissa was found in the pool?
15      A.  They must have been, because I saw
16    pictures of the chairs in there.  But I don't
17    recall.
18      Q.  Okay.  Was there more than one type of
19    chair?
20            How many different types of chairs
21    were there outside that morning before you spoke
22    to Mr. Rizzo for the first time?
23      A.  There was only -- I believe there was only
24    one type of chair.
```

Barbara H. Longwill                    44

1    Q.   What did it look like?

2    A.   They're the rod iron with the plastic

3  strips, the cast aluminum.  They're actually

4  brown Jordan chairs.

5            I've had them for a hundred years or

6  more.

7    Q.   Okay.  Did you also have some opaque white

8  or light-colored plastic chairs?

9    A.   Yes.  I -- I -- yes.

10   Q.   Okay.  Were those chairs -- that morning

11 before you spoke to Mr. Rizzo, were the white

12 opaque plastic chairs outside somewhere, or were

13 they inside the pool enclosure?

14   A.   I believe they were inside the pool.

15   Q.   Okay.

16   A.   That I don't recollect.  I believe they

17 were, but I believe they were inside.

18   Q.   Is it your belief that Mr. Rizzo, at some

19 point that morning, brought all the chairs that

20 were outside inside and put them in the pool

21 enclosure?

22   A.   I -- I didn't bring them in.

23   Q.   Okay.

24   A.   So I -- I mean, he must have done it.

Barbara H. Longwill                    45

1      Q.  Were there any chairs still outside in the

2  patio area after Marissa was found in the pool?

3      A.  I don't recall.  I mean, there were -- I

4  don't recall.

5      Q.  How many of the chairs that you've

6  described that you've owned forever that are the

7  rod iron with the however you described them --

8              MR. HART:  Plastic strips.

9  BY MR. LANDON:

10     Q.  Plastic strips across them, how many of

11 those chairs did you have at the house at that

12 time?

13     A.  I had two lounge chairs, which they were

14 never -- I would never ask them to put that in

15 the pool.  And I believe I have a total of four,

16 but I don't know.

17              We went outside today to look at

18 them, so I believe there are four.  I don't know.

19              If I -- possibly three were brought

20 in is what I know from the pictures that we see.

21              MR. LANDON:  Off the record.

22              MR. HART:  Roger, while you're doing

23 that, can I just maybe clear something up for

24 your sake.

Barbara H. Longwill                              46

1            You were asked earlier about if you

2     looked at anything in preparation.  You talked

3     about what's been marked Barbara Longwill 1.  Did

4     you also look at some photographs?

5                THE WITNESS:  Yes, I did.

6                MR. HART:  Okay.

7     BY MR. LANDON:

8        Q.  I'm going to show you a photocopy of two

9     photographs that were previously marked to

10    Mr. Rizzo's deposition as Rizzo Number 9 and ask

11    you if you've ever seen those two photographs

12    before.

13       A.  Yeah.  Those are my chairs.

14       Q.  Okay.

15       A.  Is that what you asked me, my chairs?

16       Q.  Well, I'm going to ask you some questions

17    about it, but you've seen those two photographs

18    before?

19       A.  Actually I don't remember if I saw this

20    one.

21                MR. HART:  No, we did not look at

22    that.

23                THE WITNESS:  I did not see that

24    one.  No.

Barbara H. Longwill                    47

1   BY MR. LANDON:

2       Q.   Okay.  Looking at the top photograph in

3   that exhibit, do you see the chair with the arrow

4   to the left?

5       A.   Yes.

6       Q.   It's circled.  Now, that's the chair that

7   I was referring to earlier as the white opaque

8   plastic chair.

9            MR. LESSNER:  Which picture are you

10  on?

11           MR. LANDON:  I think it's Rizzo

12  Number 9.

13  BY MR. LANDON:

14      Q.   Did you have a number of those white

15  plastic chairs?

16      A.   Yes.

17      Q.   Do you recall how many you had?

18      A.   Probably had about six.

19      Q.   Six.  Were any of those chairs outside on

20  the patio that morning before you asked Mr. Rizzo

21  to do any work?

22      A.   I don't recall.

23      Q.   Okay.  You see the other chairs that are

24  circled in the right-hand side of that top

Barbara H. Longwill                    48

1    picture?

2        A.    Mm-hmm.

3        Q.    Yes?

4        A.    Yes.

5        Q.    Are those the chairs that you referred to

6    earlier that are rod iron that you've had for a

7    hundred years?

8        A.    Yes.

9        Q.    Okay.  And you believe you had a total of

10   four of those types of chairs?

11       A.    Well, yeah.  I had another one that

12   swiveled.

13       Q.    Okay.  And it's your belief that Mr. Rizzo

14   brought those chairs in that day at some point in

15   time?

16       A.    I believe so.  I -- I don't remember.

17       Q.    Okay.  I'm going to show you two

18   photographs, which were previously marked as

19   Rizzo Exhibit Number 7.

20              Have you seen those two photographs

21   before?

22       A.    I can't -- I can't say that for sure.  I

23   don't know.

24              I don't remember which photos I saw.

Barbara H. Longwill                          49

1       Q.   Okay.   Do you see the round table in the

2    photographs?

3       A.   Yes.

4       Q.   Is that the table that you asked Mr. Rizzo

5    to take the plants off and bring into the pool

6    area?

7       A.   Correct.

8       Q.   Is that table -- oh, I'm sorry.

9       A.   Go ahead.

10      Q.   Is that table placed in the area where you

11   directed Mr. Rizzo to place it when he brought it

12   in?

13      A.   Yeah.

14      Q.   Okay.   Do you see in those photographs

15   there are also a number of the opaque white

16   plastic chairs?

17      A.   What was that?

18      Q.   Do you see --

19      A.   Here?

20      Q.   -- those photographs?

21      A.   Yeah.

22      Q.   There are several white plastic chairs.

23      A.   Yes.

24      Q.   I'll represent to you that Mr. Rizzo has

Barbara H. Longwill                           50

```
 1    testified that those are the chairs that either
 2    he and or his helper brought in to the pool at
 3    some point that morning.  Is it --
 4         A.  I don't remember.
 5         Q.  You don't remember?
 6         A.  I really don't remember.
 7         Q.  It could have been one type or the other
 8    type, you just don't remember?
 9         A.  I really don't remember.
10         Q.  All right.  Thank you.
11              Do you know whether the rod iron
12    chairs were capable of being stacked one on top
13    of the other?
14         A.  No, they were not.
15         Q.  They were not.
16              You talked earlier about a picnic
17    table, and I don't remember whether you told me
18    that was in the pool enclosure area that morning
19    or outside.  Do you recall where it was?
20         A.  I don't recall.
21         Q.  And I take it -- do you know how many
22    actual trips Mr. Rizzo and or his helper had to
23    make to get the table and the chairs into the
24    pool area that day?
```