Barbara H. Longwill                    51

1          A.   I'm not allowed to say I assume.

2               MR. HART:  Don't assume.  He asked

3    if you know.

4    BY MR. LANDON:

5          Q.   I'm asking, do you know?

6          A.   Do I know how many?

7          Q.   Yes.

8          A.   No.  I do not know how many.

9          Q.   When -- when you heard -- well, strike

10   that.

11              Was the first thing that caused your

12   attention to be drawn to the pool enclosure area

13   Alexandra screaming or saying something?

14         A.   Yes.

15         Q.   And what did you hear her say or did you

16   just hear her scream?

17         A.   I heard her scream, "Where's Marissa?  Oh,

18   my God, who left the pool door open?"

19         Q.   And when you did, you looked up from

20   whatever you were doing at that point?

21         A.   Yes.

22         Q.   And did you notice --

23         A.   It was wide open.

24         Q.   -- the door was open?

Barbara H. Longwill                    52

1      A.   It was wide open.

2      Q.   Was it all the way open?

3      A.   Yes, it was.

4      Q.   What did you do next?  What do you recall

5  happening next?

6      A.   I -- Rochelle had gone into the pool,

7  grabbed Marissa, put her down on the floor.  I

8  called 911.

9      Q.   Okay.

10      A.   And that's what I recall.

11      Q.   Did you call from a phone in the kitchen?

12      A.   I have one at the sink, and I have one by

13  the desk.  I don't know.

14              I do not remember which phone I

15  used.

16      Q.   Was the desk in the kitchen?

17      A.   There was also a phone -- I don't remember

18  which phone I used.

19      Q.   Was anybody inside the -- strike that.

20  Did you see who actually pulled Marissa out of

21  the pool?

22      A.   Did I see it?

23      Q.   Yes.

24      A.   No.  I did not see it.

Barbara H. Longwill                    53

1       Q.   Okay.  Did you see anybody go into the

2  pool enclosure area other than Rochelle?

3       A.   I heard --

4       Q.   Okay.

5       A.   I heard somebody jump in the water.  I

6  heard the splash, and grabbing, you know, that

7  kind of thing.

8       Q.   Do you know whether Vincent Rizzo was in

9  the pool enclosure area when that person jumped

10  in the water and you heard that splash?

11      A.   I saw them -- I saw them running out.

12      Q.   Saw who running out?

13      A.   Vinnie and his partner or his helper.

14      Q.   Out of the pool enclosure area?

15      A.   Yeah.  They ran out -- out through the --

16  the slider of the -- of the den dining room.

17      Q.   Okay.  And so they came out of the pool

18  enclosure area into the den dining area?

19      A.   It's like -- it's like -- it's not -- you

20  know, going just like that.

21      Q.   I understand.  But where did they go,

22  then?  .

23           Did they stay inside the house?

24      A.   No, they were outside.  I don't know where

Barbara H. Longwill                    54

```
 1    they went to, so...
 2        Q.   Okay.  The door, the slider door in your
 3    master bedroom, I take it that was locked and
 4    bolted that entire morning?
 5        A.   Right.
 6        Q.   Nobody, to your knowledge, went in or out
 7    of that door all morning?
 8        A.   No.
 9        Q.   Could you see that door from where you
10    were working in the kitchen?
11        A.   Could I see my bedroom door?
12        Q.   Yeah.
13        A.   No, not really.  No.
14        Q.   Okay.
15        A.   I don't even remember.  I don't know if I
16    can.
17              I'm trying to -- I believe I would
18    see it open.  I'm not sure.
19              I believe -- I can't -- I'll have to
20    go home and look.
21        Q.   All right.
22        A.   But that's always kept closed and locked,
23    so I -- I don't even think about it.  I mean,
24    I've always had it that way.
```

Barbara H. Longwill                    55

1      Q.   You don't even use it; is that what you

2   are saying?

3      A.   Very, very rarely use it.  Very, very

4   rarely.

5      Q.   Mr. Rizzo and his helper were there that

6   day to work on the patio; is that right?

7      A.   Yes.

8      Q.   And would it be fair to say that you

9   basically asked Mr. Rizzo to bring that table in

10  to do you a favor, that wasn't -- in other words,

11  that wasn't a task that you were paying him or

12  that anyone was paying him to do that day?

13     A.   Correct.  That's correct.

14            MR. VAN NAARDEN:  Objection to the

15  form.

16  BY MR. LANDON:

17     Q.   And his work that he was doing that day in

18  no way involved doing anything at all with

19  respect to the inside of the house or the inside

20  of the pool enclosure, did it?

21            MR. VAN NAARDEN:  Objection.

22            THE WITNESS:  Do I answer that?

23            MR. LANDON:  Yes.

24            MR. VAN NAARDEN:  I can't instruct

Barbara H. Longwill                    56

1    you not to answer.

2                    THE WITNESS:  Rephrase the question.

3    BY MR. LANDON:

4        Q.   Okay.  Would it be fair to say that the

5    work that he was being employed, by whoever it

6    was that was employing him --

7        A.   Right.

8        Q.   -- to work there that day, did not include

9    doing anything inside the house or inside the

10   pool enclosure area?

11                   MR. VAN NAARDEN:  Objection.

12                   THE WITNESS:  That is correct.

13   BY MR. LANDON:

14       Q.   Okay.  And had either you, or your

15   husband, or any other adult member of the

16   household given Mr. Rizzo any instructions during

17   the entire time that he was working there at the

18   property with respect to opening or closing that

19   interior door that separated the dining area from

20   the pool area?

21       A.   I have to answer yes or no to that; right?

22       Q.   Or I don't know.

23                   MR. HART:  Actually, to the extent

24   you can.  You may not know what your husband

Barbara H. Longwill                     57

```
 1    might have told him or anyone else.  He's just

 2    asking what you --

 3    BY MR. LANDON:

 4        Q.  Let's limit it to you for now.  Did you

 5    give Mr. Rizzo any instructions at any time while

 6    he was working at your property about the

 7    interior door between the dining area and the

 8    pool area?

 9        A.  I might have, because I always closed the

10    door.  And I always tell everybody to close the

11    door, so I might have.

12        Q.  Okay.  But do you remember actually doing

13    that?

14        A.  It's more than likely that I have told him

15    in the past.  I -- I don't recollect.

16        Q.  Okay.

17        A.  Because that's what I do.  I close the

18    door.

19        Q.  I understand.  Were the three older

20    children all swimmers?

21        A.  Yes.

22        Q.  Okay.  I take it Marissa was not a swimmer

23    yet?

24        A.  Not yet.
```

Barbara H. Longwill                    58

1        Q.   Not yet.

2             Nevertheless --

3        A.   Unfortunately.

4        Q.   -- her mother or other adults would take

5   her into the pool so that she could enjoy it?

6        A.   Nobody ever goes to the pool alone.

7        Q.   But had Marissa been in the pool with

8   adults?

9        A.   Yes.

10       Q.   Okay.  There are, what, two steps from the

11  dining area down into the pool enclosure area?

12       A.   I believe so.

13       Q.   Okay.  Was Marissa, was she able to walk

14  up and down steps, or did she have to sort of

15  crawl on her hands and knees at that age?

16       A.   It's such a long time ago.  She just

17  started to -- I believe she was able to go down

18  steps.

19       Q.   Do you recall at what age she learned to

20  walk, by any chance?

21       A.   I don't recall the age.  I know maybe it

22  was the first year checkup, or -- I think -- I

23  really don't recall.

24            But I know I was there when she took

Barbara H. Longwill                    59

1    her first steps.

2         Q.  So she had been walking for a number of

3    months before?

4         A.  Yes, she would.

5         Q.  I take it you don't have any idea how long

6    Marissa was actually in the pool before she was

7    discovered, do you?

8         A.  No, I do not.

9         Q.  I take it you don't know why that door was

10   open or who left it open, do you?

11        A.  Pardon?

12        Q.  I take it you don't know why that door was

13   open or who left it open?

14             MR. HART:  There are two separate

15   questions.  Why don't we break them down.

16   BY MR. LANDON:

17        Q.  Do you know why that door was open?

18        A.  Do I know why it was open?

19        Q.  Yes.

20        A.  I can't assume.

21        Q.  Right.  I just want to know whether you

22   know.

23        A.  I don't know.

24        Q.  Okay.  Do you know who the person was that

Barbara H. Longwill                    60

1    opened it?

2        A.    Do I know who the person was?

3        Q.    Yes.

4        A.    I'm going to say I don't know.

5        Q.    In your written statement that was Exhibit

6    1, and I'll show it to you if you'd like, but on

7    Page 4 where you're talking about Mr. Rizzo and

8    the table, the statement says, "Originally Vinnie

9    agreed to help get a table from the outside to

10   bring it in through the dining room door and into

11   the pool enclosure for me.  I observed him do

12   this.  And after he was done, I went over to the

13   dining room sliders where he accessed the pool

14   enclosure and locked them again."

15            Do you understand what I just read

16   to you?

17       A.    Yes.

18       Q.    Now, that's a little bit different than

19   what you remember here today, isn't it?

20       A.    Right.

21       Q.    Okay.  But nevertheless, even having had

22   that read to you and having reviewed that before

23   coming in here today, your best recollection is

24   the testimony that you've given here today, which

Barbara H. Longwill                    61

1    is you don't remember seeing him actually take

2    that table in there at all?

3        A.  No, I do not.

4        Q.  Okay.  As far as you know, did Marissa

5    ever regain any sort of consciousness after she

6    was retrieved from the pool?

7        A.  I don't know.

8        Q.  I apologize if I've already asked you

9    this, but I take it based on your testimony and

10   what you've told us here today that you don't

11   really have any recollection of the length of

12   time that Marissa was -- her whereabouts were

13   unaccounted for?

14             In other words, from the time that

15   the last adult saw her until the time that she

16   was discovered in the pool, you don't know what

17   that length of time was?

18       A.  No, I do not.

19       Q.  As far as you know, did any other member

20   of the family after that day ever reach any

21   conclusions as to the length of time that passed

22   between the last adult seeing Marissa and Marissa

23   being discovered in the pool?

24       A.  I don't know.

Barbara H. Longwill                    62

```
 1              MR. LANDON:  Okay.  I think that's
 2    all I have.
 3              Thank you.  There will probably be
 4    other questions for you.
 5              MR. HART:  Do you want to take a
 6    short break?
 7              THE WITNESS:  I would like that.
 8              (A brief recess was taken.)
 9    BY MR. VAN NAARDEN:
10       Q.  Good afternoon.
11       A.  Good afternoon.
12       Q.  My name is Josh Van Naarden, and I'm an
13    attorney with the law firm of Kline & Specter.
14    We represent Marissa's estate.
15              I'm just going to ask you a few
16    questions.  At the time of the incident in August
17    of '02, Vincent Rizzo was doing some work on your
18    property; right?
19       A.  That is correct.
20       Q.  What exactly was he doing?
21       A.  He's a tile man, and he was going to lay
22    bricks for my patio.
23       Q.  Was he doing any work on any of the tiles
24    in the pool area?
```

Barbara H. Longwill                    63

1      A.   Not then.   I don't even remember if he

2   ever did.

3           I mean, he -- I know we used to have

4   cement.   No.

5      Q.   Prior to August of 2002, how long had

6   Vinnie been doing work at your property?

7      A.   As long as I can remember.

8      Q.   As far as the particular work that he was

9   doing on the date of the accident on the patio,

10  do you know how long of a span of a time he had

11  been there prior to the incident?

12     A.   You mean that morning?

13     Q.   Well, the day that it happened was a

14  Friday; right?

15     A.   Yes.

16     Q.   Was he there prior during the week working

17  on tile work on the patio?

18     A.   It's a big patio.   Yeah.

19           He was working for a while, a long

20  time.

21     Q.   How long do you think?

22     A.   I don't know.

23     Q.   You think more than a week?

24     A.   I would think so.

Barbara H. Longwill                    64

1        Q.  And was he working every day?

2        A.  I don't remember.

3        Q.  But you remember seeing him a lot that

4   summer, summer of 2002 on your property?

5        A.  I -- I see -- I used to see him off and

6   on, because the front steps, sometimes the tile

7   is broken, and you know, he's the fellow who

8   fixes the tile.

9        Q.  The man who was with him on the date of

10   the accident, had you ever seen him before?

11        A.  Yes.

12        Q.  He had been at your property before?

13        A.  Yes.

14        Q.  On this particular project with the patio,

15   had he been there with Vinnie doing that

16   particular project?

17        A.  Yes.

18        Q.  And had he been there doing other projects

19   that you may have had around the house?

20        A.  I believe he was working on the front

21   steps, but I'm not sure.

22        Q.  On August 30, the morning of August 30th

23   of 2002, can you just tell me and give me a brief

24   description of the condition of your patio at the

Barbara H. Longwill                    65

```
 1   time?

 2       A.   That was a new patio.  I mean, it's going

 3   to be a new patio.

 4                So I don't know what you mean by --

 5       Q.   Was it still under construction?

 6       A.   It was still under construction, yes.

 7       Q.   Were there tarps up?

 8       A.   I don't remember.

 9       Q.   Do you recall if it was dusty because of

10   the work that they were doing outside?

11       A.   Yes.

12       Q.   You had mentioned earlier that -- you

13   mentioned a sukkot tent?

14       A.   A what?

15       Q.   A sukkot tent.  A sukkot?

16       A.   Oh, sukkot.  Yeah, sukkot.

17       Q.   Yeah.  Where do you believe that, on

18   August 30, 2002, you had the sukkot tent up?

19       A.   It's -- I don't have -- I know a sukkot is

20   supposed to come up and go down, but when we

21   built our house almost 30 years ago, I always

22   wanted to have a -- like a permanent sukkot.

23                So I had a grape arbor.  The wood

24   was there.
```

Barbara H. Longwill                    80

```
 1   as you sit here today, that Vinnie offered to
 2   clean the chairs up as well as bring them in?
 3       A.  Yes.
 4       Q.  Okay.  And, again, the top of Page 5, what
 5   was read to you before was, I went over to the
 6   dining room sliders where he accessed the pool
 7   enclosure and locked them again.
 8               That's what's written on the
 9   statement; correct?
10               It's the top of Page 5.
11       A.  Oh.  That's what it says.
12       Q.  But today, as you sit here, you don't
13   quite remember going back and locking it;
14   correct?
15       A.  No.  I don't remember.
16               I more than likely closed it as I
17   always do.  But as far as locking them; no, I
18   don't remember.
19       Q.  You also said before, I think you said
20   that the door was kind of heavy.  The sliding
21   door was kind of heavy.
22       A.  Yes.
23       Q.  During the time that Marissa was living at
24   the house prior to this accident, had you ever
```

Barbara H. Longwill                    81

1   seen her open that door?

2       A.   No.  As a matter of fact, when the police

3   took the report, they even tried to open that

4   door, and they -- it was very difficult.

5       Q.   How about -- and I want to go through some

6   of the other kids who were there on the 30th.

7             I know that you said that Alexandra

8   was there.

9       A.   Hmm.

10      Q.   She was eight years old at the time,

11  approximately?

12      A.   I guess.

13      Q.   Do you know if you had ever seen her

14  actually pull that door open?

15      A.   Everybody had a tough time pulling that

16  door open, and they weren't allowed to pull the

17  door open.

18      Q.   Okay.

19            MR. HART:   Listen carefully to the

20  question, which was did you ever see.

21            THE WITNESS:   No.

22  BY MR. VAN NAARDEN:

23      Q.   Okay.  How about Harrison?

24      A.   No.

Barbara H. Longwill                    82

1    Q.   And I'm missing one child.  Samuel.

2    A.   Sam.

3    Q.   Ever see him do that?

4    A.   (Witness shook her head.)

5         MR. HART:  Answer verbally.

6         THE WITNESS:  I'm sorry.  No.

7  BY MR. VAN NAARDEN:

8    Q.   Other than Rochelle's four children, I

9  think you said the niece was there.  But she was

10  24; correct?

11   A.   Correct.

12   Q.   Were there any other children there under

13  the age of 18?

14   A.   No.

15   Q.   Had you ever had the occasion prior to

16  this happening where one of the children would

17  come to you and say, You know, Grandma, I want to

18  go outside, but I can't get the door open?

19   A.   Yes.

20   Q.   Okay.  You said before that it was

21  Alexandra that had said something to the effect

22  of The door is open; right?

23   A.   (Witness nodded her head.)

24        MR. HART:  You have to answer

Barbara H. Longwill                    83

1    verbally.

2                    THE WITNESS:  Pardon.  Oh, I'm

3    sorry.

4                    Yes.

5    BY MR. VAN NAARDEN:

6        Q.  And when you heard her say that, did you

7    go look at the door?

8        A.  It was wide open.

9        Q.  That's why.  So you looked and you saw

10   that it was open?

11       A.  Yes.

12       Q.  Did that surprise you?

13       A.  Yes.

14       Q.  And why did it surprise you?

15       A.  Because the door should always be closed.

16   That's why.

17       Q.  What was your initial reaction, like the

18   thoughts in your head, if you can remember, when

19   you were -- when you initially saw it open?

20       A.  Oh, my God.  Vinnie didn't close the door.

21       Q.  Do you remember if prior to August 30th of

22   2002 if you recall Vinnie taking that patio table

23   that we're talking about and actually taking it

24   out to the patio?

Barbara H. Longwill                    84

1               MR. HART:  If you didn't understand

2       the question, let me know.

3               THE WITNESS:  You know -- you mean

4       if it had been in the pool before?

5       BY MR. VAN NAARDEN:

6           Q.  Right.

7           A.  No, I don't remember.

8           Q.  Okay.  How about the chairs that we were

9       talking about, do you recall if you remember

10      Vinnie and someone else working with him moving

11      those chairs --

12          A.  No.

13          Q.  -- from some place other than the patio?

14          A.  No, I don't remember.

15          Q.  Do you remember if Vinnie asked you -- I

16      think you were asked it before, but I just want

17      to make sure.

18              Do you remember if Vinnie or the guy

19      he was with had asked for any cleaning supplies

20      to help clean off the table or the chairs, like

21      some solvent, or a rag, or anything like that?

22          A.  I don't remember.

23          Q.  Do you remember if while they were working

24      out on the patio if they had that stuff available

1    to them, or if they had brought that type of

2    stuff with them?

3        A.   I -- I -- no.  I don't believe that they

4    had the stuff with them.

5                I believe if they -- that maybe they

6    went into the house to get them, the cleaning

7    stuff from the laundry room.

8        Q.   Where is the laundry room?  Is it -- we'll

9    just use this diagram, because I think it's

10   easier.

11               In connection with the patio, where

12   is the laundry room?

13       A.   The laundry room is over here somewhere

14   inside the house.

15       Q.   Okay.

16       A.   They'd have to go inside and come around a

17   little bit.

18       Q.   Okay.  You're indicating back where the

19   master bedroom is, that part of the house?

20       A.   They don't go as far as the master

21   bedroom.  It's before the master bedroom going

22   around.  It's a hallway.

23       Q.   During the time that Vinnie has worked at

24   the house, periodically does he go actually in

Barbara H. Longwill                    86

1    the house?

2        A.   He's been in the house.  Yes.

3        Q.   Was he involved in building the house?

4        A.   I don't know if he was involved in

5    building the house.  He may have been involved in

6    part of the -- I don't remember.

7             I know that it's a long time, but

8    he's been working for a long time.

9        Q.   So you and your husband were comfortable

10   enough with Vinnie to allow him to be in the

11   interior of your house?

12       A.   Correct.

13       Q.   And is that something that if he was in

14   the interior of your house, would he normally ask

15   you, like, knock on the door, ring the bell

16   before he came in, or sometimes he would just

17   walk in and do what he needed to do?

18       A.   No.  He would -- he would -- he would be

19   proper.

20            He would ring the bell and ask me.

21   He's always a proper person.

22       Q.   Okay.  You were asked a question before

23   about which chairs we are talking about here,

24   which chairs were taken from the patio to the

Barbara H. Longwill                    87

```
 1   pool area.  And initially I think you said that
 2   it was the rod iron chair with the elastic
 3   straps.
 4              I don't know if you described it
 5   exactly that way.
 6        A.   Okay.
 7        Q.   But are we on the same page?
 8        A.   No.  I understand.
 9              I understand what you're saying.
10        Q.   Okay.  And when you were first asked these
11   questions about it, that's what you believed to
12   be -- those are the chairs that you believed that
13   were moved; right?
14        A.   You know, after you were asking me --
15   after the plastic chair, I really don't remember.
16   I really --
17        Q.   Is there some --
18        A.   Sure.  I don't remember which ones were --
19        Q.   But is there something, based on your
20   routine practice or based on where these chairs
21   usually were kept, that would lead you to believe
22   that it was, in fact, these iron chairs?
23        A.   I'm not allowed to explain reasoning,
24   so...
```

Barbara H. Longwill                    88

1            MR. HART:  No.  Go ahead.  Answer.

2            THE WITNESS:  This was a different

3    situation.  We were in the midst of construction,

4    so I don't know if those chairs had been in there

5    before and -- I don't know.

6            I just -- or maybe I just had to

7    bring them in now because every -- you know,

8    there was so much construction going on.  I can't

9    remember which chairs were where.

10           You know, it just...

11   BY MR. VAN NAARDEN:

12       Q.  Okay.  I understand.

13       A.  Yeah.

14       Q.  Prior to the work that Vinnie was doing on

15   the patio, do you know if there was a project

16   that he was doing like right before that on the

17   house?

18       A.  It was a pretty big project.  So, I mean,

19   the front steps, I would say.

20       Q.  Were they storing any of the materials

21   during the time that they were doing construction

22   in that summer of 2002 in the pool area at all?

23       A.  I don't know.  I don't remember.

24       Q.  During that summer, do you recall

Barbara H. Longwill                    39

1   regularly seeing them in the pool area during the

2   day?

3       A.   Inside the pool area?

4       Q.   Yes.

5       A.   No.  I would believe it would be on the

6   outside.

7       Q.   Were there any type of plastic or anything

8   over any of the exterior windows?

9       A.   Yes.  The -- from the patio, the wall --

10  the wall, the glass wall from the patio to the

11  pool was completely --

12      Q.   Covered?

13      A.   -- blocked off with panels of -- of board

14  because the windows hadn't come in.  The glass

15  panels hadn't come in.

16      Q.   Okay.  And are you talking about the wall

17  that shares the dining room?

18      A.   No.  I'm talking about this wall here.

19      Q.   Oh, okay.  You're talking about the --

20      A.   The outside wall.  This is an outside

21  wall.

22      Q.   Got it.  It's the wall that the pool house

23  shares with the patio?

24      A.   Correct.

1      Q.   Okay.

2      A.   Correct.

3           No, the inside walls are open.  It's

4  all open.

5           That's, you know, glass.

6      Q.   Mm-hmm.

7      A.   This is what was on the outside of the

8  house.

9      Q.   So they were boarded up?

10     A.   Correct.

11     Q.   If you took -- were they hammered in or

12  was it just a board that you could take off and

13  put back on?

14     A.   Oh, I don't know.

15     Q.   Okay.  And if the board wasn't there,

16  could you have walked right through into the pool

17  house from outside?

18     A.   Yeah.  But that was -- they were really in

19  there.  I mean, that was --

20     Q.   I understand.

21     A.   That was a solid structure.

22     Q.   Do you know if those boards were placed by

23  Vinnie and his crew?

24     A.   I don't believe it had to do with Vinnie.