IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : |
| | : |
| | : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : |
| | : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : |
| | : |
| Defendants. | : |

**APPENDIX OF EVIDENCE IN SUPPORT OF ANSWER AND BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS', ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a ASHLAND CONSTRUCTION CO., INC. JOSEPH V. RIZZO, AND VINCENT RIZZO, MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO <u>CHOICE OF LAW AND DAMAGES</u>**

**TABLE OF CONTENTS**

EXHIBIT A   -   Plaintiff's Complaint EDPA and Plaintiff's Fourth Amended Complaint CCP Philadlephia

EXHIBIT B   -   Expert report of Ian Hood, MD

EXHIBIT C   -   Expert report of David Hopkins

EXHIBIT D   -   Certificate of Death of Marissa Rose Fishman

EXHIBIT E   -   Order of the Orphan's Court of Delaware county, Pennsylvania, dated 9/23/03