# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DOC. NO. 35-05-20-99/08/20

LOCAL REG NO. _____   STATE FILE NUMBER _____

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): MArissa R Fishman
2. SEX: F
3. DATE OF DEATH (MO, DAY, YR): 8/30/02
4. SOCIAL SECURITY NO.: _____
5A. AGE (YRS): _____
5B. UNDER 1 YEAR MONTHS/DAYS: 20
5C. UNDER 1 DAY HOURS/MINUTES: _____
6. DATE OF BIRTH (MO, DAY, YR): _____
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): _____
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: _____
9. ANATOMICAL GIFT: NOT GRANTED
10A. PLACE OF DEATH: HOSPITAL — INPATIENT
10B. FACILITY NAME: A. I. Dupont Hospital for Children
10C. CITY, TOWN, OR LOCATION OF DEATH: Wilmington
10D. COUNTY OF DEATH: N.C.
11. MARITAL STATUS: _____
12. SURVIVING SPOUSE: _____
13A. DECEDENT'S USUAL OCCUPATION: _____
13B. KIND OF BUSINESS/INDUSTRY: _____
14A. RESIDENCE — STATE: Pennsylvania
14B. COUNTY: _____
14C. CITY, TOWN, OR LOCATION: Chadds Ford
14D. STREET AND NUMBER: 110 Kelly Drive
14E. INSIDE CITY LIMITS?: _____
14F. ZIP CODE: _____
15. WAS DECEDENT OF HISPANIC ORIGIN?: NO
16. RACE: White
17. DECEDENT'S EDUCATION: _____

**PARENTS**
18. FATHER'S NAME: _____
19. MOTHER'S NAME: _____

**INFORMANT**
20A. INFORMANT'S NAME: _____
20B. MAILING ADDRESS: _____

**DISPOSITION**
21A. METHOD OF DISPOSITION: _____
21B. PLACE OF DISPOSITION: _____
21C. LOCATION: _____
22A. SIGNATURE OF FUNERAL DIRECTOR: _____
22B. LICENSE NUMBER: _____
23. NAME AND ADDRESS OF FACILITY: Schoenberg
24. REGISTRAR'S SIGNATURE: _____
25. DATE FILED: _____

**PRONOUNCING OFFICIAL**
26A. TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME, DATE, AND PLACE STATED. SIGNATURE AND TITLE: _____
26B. LICENSE NUMBER: _____
26C. DATE SIGNED: _____
27. TIME OF DEATH: 7:03 PM
28. DATE PRONOUNCED DEAD: 08-30-02
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes

**CERTIFIER**
30A. CERTIFIER: PRONOUNCING AND CERTIFYING PHYSICIAN
30B. SIGNATURE AND TITLE OF CERTIFIER: [signature] MD
30C. LICENSE NUMBER: _____
30D. DATE SIGNED: 8/30/02
31. NAME AND ADDRESS OF CERTIFIER WHO COMPLETED CAUSE OF DEATH: Glenn Stryjewski, M.D.  A.I. duPont Hospital  1600 Rockland Road  Wilmington DE 19899

32A. WAS AN AUTOPSY PERFORMED?: Yes
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: No
33. MANNER OF DEATH: Accident
34. DATE OF INJURY: 8/30/02
35. TIME OF INJURY: 10:00 AM
36. INJURY AT WORK: No
37. DESCRIBE HOW INJURY OCCURRED: Child fell into pool
38. PLACE OF INJURY: Grandparents home
39. LOCATION: 3220 Coachman Rd., Surrey Park, Wilm, DE

40. PART I
IMMEDIATE CAUSE (A): Drowning
DUE TO (B): _____
DUE TO (C): _____
DUE TO (D): _____

PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO CAUSE OF DEATH: _____

REV. 9/99          (1) ORIGINAL COPY—STATE