IN THE OFFICE OF THE REGISTER OF WILLS OF DELAWARE COUNTY, PA

IN RE: ESTATE OF MARISSA ROSE FISHMAN, DECEASED

ORDER

AND NOW, this 23rd day of September, 2003, after a Hearing in the above matter, it is hereby ORDERED and DECREED that James H. Gorbey, Jr., Esquire, is hereby appointed as Administrator of the Estate of Marissa Rose Fishman, Deceased.

BY THE REGISTER OF WILLS

MICHAEL F.X. GILLIN, ESQUIRE
REGISTER OF WILLS AND CLERK
OF ORPHANS' COURT DIVISION