IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,           Plaintiff, <br><br>vs. <br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO,           Defendants. | : <br> : <br> :   Civil Action No.: 05-211-KAJ <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE**

    I, Benjamin C. Wetzel, III, Esquire, hereby certify that Plaintiff, James H. Gorbey, Jr., as Administrator of the Estate of Marissa Rose Fishman, deceased's Response to Defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc., d/b/a Ashland Construction Co., Inc. Joseph V. Rizzo, and Vincent Rizzo's Motion for Summary Judgment was served this date on the following:

BY EFILE:

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor

P.O. Box 8888
Wilmington, DE 19899-8888

BY REGULAR MAIL

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

        Respectfully submitted,

       **Wetzel & Associates, P.A.**

    BY: **/s/ Benjamin C. Wetzel, III**
        Benjamin C. Wetzel, III (I.D. No. 985)
    The Carriage House
    1100 North Grant Avenue
    Suite 201
    Wilmington, DE 19805
    (302) 652-1200
      and
    **Kline & Specter, P.C.**

    BY: **/S/ Joshua Van Naarden**
    Matthew Casey, Esquire
    Joshua Van Naarden, Esquire
    1525 Locust Street
    19th Floor

Date: May 1, 2006    Philadelphia PA 19102
    (215) 772-1000
    Attorneys for Plaintiff