**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
BY:
ATTORNEY FOR          THOMAS R. KLINE/ROBERT ROSS/MATTHEW A. CASEY
ATTORNEY I.D. #          Attorney I.D. No. 28895/47152/84443
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
215-772-1000

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the | : | COURT OF COMMON PLEAS |
| ESTATE OF MARISSA ROSE FISHMAN, deceased | : | PHILADELPHIA COUNTY |
| 110 West Front Street | : | |
| Media, Pennsylvania 19063 | : | |

vs.                                                  :          CIVIL TRIAL DIVISION

RICHARD LONGWILL                        :
3220 Coachman Road                        :
Surrey Park                                       :
Wilmington, DE 19803                      :
                                                          :          MARCH TERM, 2004
BARBARA LONGWILL                     :          NO. 003776
3220 Coachman Road                        :
Surrey Park                                       :
Wilmington, DE 19803                      :          **JURY TRIAL DEMANDED**
                                                          :
AIR BASE CARPET MART, INC., d/b/a     :
AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE   :
CARPET MART                                 :
230 N. Dupont Hwy.                          :
New Castle, DE 19720                        :
                                                          :
AIR BASE DISTRIBUTING, INC.        :
230 N. Dupont Hwy.                          :
New Castle, DE 19720                        :

**FOURTH AMENDED COMPLAINT**
**[2-S Premises Liability]**

1.       Plaintiff James H. Gorbey, Jr., was appointed Administrator of the Estate of

Marissa Rose Fishman, deceased, pursuant to the Order of the Register of Wills of Delaware

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

County dated September 23, 2003; Mr. Gorbey is a citizen and resident of the Commonwealth of Pennsylvania.

2.      Marissa Rose Fishman ("plaintiff's decedent") was born on December 30, 2000 and resided at 110 Kelly Drive, Chadds Ford, PA 19317.

3.      Plaintiff's decedent drowned on August 30, 2002 while staying at the home of her maternal grandparents, who are named defendants herein, at 3220 Coachman Road, Surrey Park, Wilmington, DE 19803.

4.      Defendant Air Base Carpet Mart, Inc., d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart ("Air Base") is a Delaware corporation or other jural entity with a principal place of business at 230 N. Dupont Hwy., New Castle, DE 19720.

5.      Defendant Air Base Distributing, Inc. is a Delaware corporation or other jural entity, which, upon information and belief, shows the same address.

6.      Defendants Richard Longwill and Barbara Longwill ("the Longwill defendants") reside at 3220 Coachman Road, Surrey Park, Wilmington, DE 19803. The Longwill defendants, either jointly or individually, own the premises, which includes an indoor pool, at this address.

7.      Defendant Richard Longwill is an owner, operator, director and/or officer in several Pennsylvania corporations, including Lancaster Carpet Mart, Inc.; Allentown Carpet Mart and Wallpaper Outlet, Inc.; Reading Carpet Factory Outlet, Inc.; Yorktowne Carpet Mart, Inc.; and Lomax Home Center, Inc. Lomax Home Center, Inc. is located at 2940 Jasper Street in Philadelphia, Pennsylvania, and 100% of its stock is owned by defendant Richard Longwill. See Air Base Web Site Home Page, attached as Exhibit "A".

8.      Defendant Barbara Longwill is the secretary-treasurer of Air Base Carpet Mart.

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

Inc., which regularly conducts business in Pennsylvania through its affiliates Lancaster Carpet

Mart, Inc.; Allentown Carpet Mart and Wallpaper Outlet, Inc.; Reading Carpet Factory Outlet,

Inc.; Yorktowne Carpet Mart, Inc.; and Lomax Home Center, Inc. See Exhibit "A".

9.     Defendant Air Base, itself and through the foregoing affiliates, purposefully avails

itself of the laws and benefits of the Commonwealth of Pennsylvania. See Exhibit "A".

10.     Philadelphia county venue is proper because the Longwill defendants, both

individually and through their corporate affiliations with Defendant Air Base, and

defendant Air Base own and operate Lomax Home Center, Inc. at 2940 Jasper Street in

Philadelphia, Pennsylvania.

11.     On August 30, 2002, Marissa Rose Fishman, a minor, who was visiting at

Richard and Barbara Longwill's residence, was upon information and belief, to be confirmed

through discovery, caused to drown due to the negligent acts and/or failures to act on the part of

defendants and their actual and/or ostensible agents, servants and/or employees, including their

failure to take reasonable steps to make the premises safe and negligently exposing an infant to

an unsupervised swimming pool, which may have constituted an attractive nuisance.

12.     Plaintiff's decedent, an infant, proceeded unattended through an

open sliding glass door separating the kitchen and a large, indoor pool.

13.     Said actual and/or ostensible agents, servants and/or employees included, upon

information and belief, Teresa Garcia Zavala, a nanny, and workmen, either employed or

contracted by defendant Richard Longwill and defendant Air Base.

14.     Upon information and belief, said workmen negligently left the sliding door open

leading to the pool on the subject premises.