# In The Matter Of:

*James H. Gorbey, Jr. v.*
*Ashland Construction Co., et al.*

---

*Vincent Rizzo*
*December 30, 2004*

---

*B&R Services for Professionals, Inc.*
235 S. 13th Street
Philadelphia, PA  19107
(215) 546-7400
FAX (215) 985-0169

Original File 12304MP1.V1, Pages 1-65

**Word Index included with this Min-U-Script®**

**Page 17**

[1] residential, which I would have to check on
[2] them records.
[3] Q. My question is do you believe you have
[4] records that would reflect your Pennsylvania
[5] clients?
[6] A. I don't understand that question.
[7]    MR. SMALL: He doesn't understand,
[8] Matt.
[9] BY MR. CASEY:
[10] Q. Do you keep records, sir, that if one
[11] were to search, one would be able to determine
[12] precisely those clients of yours that hale from
[13] Pennsylvania?
[14] A. If so, I mean, it's so small, I mean, I
[15] would not even know. Like I said, there's a
[16] very little bit amount of work we do in
[17] Pennsylvania.
[18] Q. My question though, sir, is different
[19] than, I know you want to tell me it's a small
[20] amount. I just want to know, first very
[21] basically, do you believe that documents exist
[22] that would tell a person, searching for
[23] documents, relating to Pennsylvania, precisely
[24] who your Pennsylvania clients are?

**Page 18**

[1] A. No, I doubt it. I mean I can, the only
[2] one I would be able to check would be my
[3] bookkeeper and see if she can go back that far
[4] and whatever she could find into it, into my
[5] file.
[6] Q. What do you mean when you say go back
[7] that far?
[8] A. I mean, go back a year and see if there
[9] are documents in there for Pennsylvania, but I
[10] doubt there would even be, because there's such
[11] a little amount of work that was done.
[12] Q. I will give you the opportunity now to
[13] tell me, if you would, in more detail what you
[14] mean when you say a little amount. Can you
[15] give me a percentage of your business?
[16] A. Less than one percent.
[17] Q. How much money do you believe your
[18] company has earned in gross receipts, not
[19] profit, in gross receipts, from masonry work
[20] done in the Commonwealth of Pennsylvania?
[21] A. Gosh, four, maybe five thousand, if that
[22] seven, maybe in that area, that's what the
[23] amount would be.
[24] Q. Where did your company do work in

**Page 19**

[1] Pennsylvania, where specifically?
[2] A. I mean, we did a couple, actually my
[3] brother may have done a little bit up there for
[4] homeowners, a couple small jobs for them.
[5] That's the extent of it.
[6] Q. When did that occur?
[7] A. I don't even know the dates what it would
[8] have been.
[9] Q. Did you ever do work in Pennsylvania?
[10] A. Small amounts.
[11] Q. I know it's small amounts. My question
[12] is, if you would, just listen to my question.
[13] My question at this point is, did you ever do
[14] work in Pennsylvania? The answer to that I
[15] assume is yes?
[16] A. Correct.
[17] Q. When did you last do work in the
[18] Commonwealth of Pennsylvania?
[19]    MR. SMALL: Matt, you want his best
[20] estimate?
[21] BY MR. CASEY:
[22] Q. Sure.
[23] A. I would say probably six months, seven
[24] months ago.

**Page 20**

[1] Q. Where?
[2] A. Actually Lomax Carpet.
[3] Q. Lomax Carpet in Philadelphia?
[4] A. In Philadelphia.
[5] Q. For whom were you doing work at Lomax
[6] Carpet in Philadelphia?
[7] A. Actually for, actually John Manger got a
[8] hold of me and said we need to do a little bit
[9] of work up in that area.
[10] Q. Who is that person, sir?
[11] A. He is actually Air Base Carpet's
[12] construction manager.
[13] Q. Can you spell his last name?
[14] A. M A N G E R.
[15] Q. Where does he work out of?
[16] A. As far as if --
[17] Q. If you wanted to find him, where would
[18] you call?
[19] A. Actually I would call Air Base Carpet in
[20] New Castle.
[21] Q. And Mr. Manger, who to your
[22] understanding, works out of the New Castle
[23] building, called you and told you that he
[24] wanted you to do some work at the Lomax Carpet