1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,           )
Administrator of the            )
Estate of Marissa Rose          )
Fishman, Deceased,              )
                                )
            Plaintiff,          )
                                ) C.A. No. 05-211 KAJ
v.                              ) JURY TRIAL DEMANDED
                                )
RICHARD LONGWILL, BARBARA       )
LONGWILL, AIR BASE CARPET       )
MART, INC., d/b/a Air Base      )
Distributing, Inc., d/b/a       )
Air Base Carpet Mart, AIR       )
BASE DISTRIBUTING, INC.,        )
ASHLAND CONSTRUCTION            )
COMPANY, INC., JOSEPH           )
RIZZO & SONS CONSTRUCTION       )
VINCENT RIZZO CONSTRUCTION      )
CO., INC., d/b/a Ashland        )
Construction Co., Inc.,         )
JOSEPH V. RIZZO, VINCENT        )
RIZZO,                          )
                                )
            Defendants.         )


        Deposition of ROCHELLE B. LONGWILL, taken
pursuant to notice at the law offices of Murphy,
Spadaro & Landon, 1011 Centre Road, Suite 210,
Wilmington, Delaware, beginning at 3:15 p.m. on
Tuesday, March 7, 2006, before Heather M.
Triozzi, Registered Professional Reporter,
Certified Shorthand Reporter, and Notary Public.

3

```
 1                ROCHELLE B. LONGWILL,
 2           the deponent herein, having first
 3           been duly sworn on oath, was
 4           examined and testified as follows:
 5   BY MR. LANDON:
 6       Q.   Could you state your full name and current
 7   address, please?
 8       A.   Rochelle Beth Longwill.  Five Roan Court,
 9   Wilmington, Delaware 19803.
10       Q.   Are you now divorced from Eric Fishman?
11       A.   Yes.
12       Q.   Is he still employed by Air Base Carpet
13   Mart?
14       A.   No.
15       Q.   When did his employment there end?
16       A.   2003 sometime.
17       Q.   I take it this lawsuit was not your idea?
18       A.   You're right.
19       Q.   And I take it you completely disagree with
20   the fact that it's been filed?
21       A.   Yes.
22       Q.   Do you have any discussions -- have you
23   had any discussions at all with Eric Fishman
24   about the status of the suit or the reason for
```