IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,           )
Administrator of the            )
Estate of Marissa Rose          )
Fishman, Deceased,              )
                                )
            Plaintiff,          )
                                )  C.A. No. 05-211 KAJ
v.                              )  JURY TRIAL DEMANDED
                                )
RICHARD LONGWILL, BARBARA       )
LONGWILL, AIR BASE CARPET       )
MART, INC., d/b/a Air Base      )
Distributing, Inc., d/b/a       )
Air Base Carpet Mart, AIR       )
BASE DISTRIBUTING, INC.,        )
ASHLAND CONSTRUCTION            )
COMPANY, INC., JOSEPH           )
RIZZO & SONS CONSTRUCTION       )
VINCENT RIZZO CONSTRUCTION      )
CO., INC., d/b/a Ashland        )
Construction Co., Inc.,         )
JOSEPH V. RIZZO, VINCENT        )
RIZZO,                          )
                                )
            Defendants.         )

        Deposition of ROCHELLE B. LONGWILL, taken
pursuant to notice at the law offices of Murphy,
Spadaro & Landon, 1011 Centre Road, Suite 210,
Wilmington, Delaware, beginning at 3:15 p.m. on
Tuesday, March 7, 2006, before Heather M.
Triozzi, Registered Professional Reporter,
Certified Shorthand Reporter, and Notary Public.

3

| | |
|---|---|
| 1 | ROCHELLE B. LONGWILL, |
| 2 | the deponent herein, having first |
| 3 | been duly sworn on oath, was |
| 4 | examined and testified as follows: |
| 5 | BY MR. LANDON: |
| 6 | Q.   Could you state your full name and current |
| 7 | address, please? |
| 8 | A.   Rochelle Beth Longwill.  Five Roan Court, |
| 9 | Wilmington, Delaware 19803. |
| 10 | Q.   Are you now divorced from Eric Fishman? |
| 11 | A.   Yes. |
| 12 | Q.   Is he still employed by Air Base Carpet |
| 13 | Mart? |
| 14 | A.   No. |
| 15 | Q.   When did his employment there end? |
| 16 | A.   2003 sometime. |
| 17 | Q.   I take it this lawsuit was not your idea? |
| 18 | A.   You're right. |
| 19 | Q.   And I take it you completely disagree with |
| 20 | the fact that it's been filed? |
| 21 | A.   Yes. |
| 22 | Q.   Do you have any discussions -- have you |
| 23 | had any discussions at all with Eric Fishman |
| 24 | about the status of the suit or the reason for |