# Murphy Spadaro & Landon

### ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

May 5, 2006

**VIA HAND DELIVERY & E-FILE**
The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:    ***James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman***
***v. Ashland Construction Company, Inc., et al.***
U.S. District Court for the District of Delaware, C.A. No. 05-211 KAJ
**MS&L File No. 05-0323**

Dear Judge Jordan:

On May 4, 2006 my office inadvertently filed a draft Reply Brief in Support of Defendants' Ashland Construction Company, et al. Motion for Partial Summary Judgment as to Choice of Law and Damages. The corrected reply brief has been filed today and served on all parties. I apologize for the error.

Very truly yours,

Roger D. Landon

RDL/krw
Enclosure
cc:    Matthew Casey, Esq. (w/ enc.)
Edward C. Mintzer, Jr., Esq. (w/ enc.)
Benjamin C. Wetzel, III, Esq. (w/ enc.)
Kevin J. Connors, Esq. (w/ enc.)
William J. Cattie, III, Esq. (w/ enc.)
Daniel Hart, Esq. (w/ enc.)

00131530.DOC