IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : <br> : <br> : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : |
| | : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc.,  JOSEPH V. RIZZO, and VINCENT RIZZO, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**STIPULATION TO EXTEND SUMMARY JUDGMENT MOTION
RESPONSE AND REPLY DEADLINES**

**AND NOW** this _____ day of _____ 2006, the above-captioned parties by and through their counsel of record, hereby agree and stipulate to extend the May 12, 2006, deadline for Plaintiff to respond to Defendants', Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo ["the Ashland Defendants"], Motion for Summary Judgment as to Liability and the May 17, 2006, deadline for the Ashland Defendants' reply as follows:

1. To extend Plaintiff's deadline to respond to the Ashland Defendants' Summary Judgment Motion as to Liability ten (10) days, until May 22, 2006;

2. To extend the Ashland Defendants' deadline to reply to Plaintiff's response five (5) days, until May 30, 2006;

3. Trial date as well as all other deadlines and conferences will remain the same; and

4. The parties further agree that they may sign this stipulation in counterpart by facsimile so that the copy of the stipulation signed on behalf of any party shall serve as a complete stipulation as to that party, and all of the counterpart copies together shall comprise the complete stipulation. This Stipulation will be E-Filed with the Court and the signed copies of the Stipulation will be attachments to the E-Filed document.

| **Murphy Spadaro & Landon** | **Wetzel & Associates, P.A.** |
|---|---|
| BY:/**S**/**Roger D. Landon** | BY: **/s/ Benjamin C. Wetzel, III** |
| Roger D. Landon (I.D. No. 2460) | Benjamin C. Wetzel, III (I.D. No. 985) |
| Chase T. Brockstedt (I.D. No. 3815) | The Carriage House |
| 1011 Centre Road, Suite 210 | 1100 North Grant Avenue |
| Wilmington, DE 19805 | Suite 201 |
| (302) 472-8100 | Wilmington, DE 19805 |
| Attorneys for Defendants | (302) 652-1200 |
| Ashland Construction Company, Inc., | and |
| Vincent Rizzo Construction Co., Inc., | **Kline & Specter, P.C.** |
| d/b/a Ashland Constrction Co., Inc. | |
| Joseph V. Rizzo, and Vincent Rizzo | BY:  **/S/ Joshua Van Naarden** |
| | Matthew Casey, Esquire |
| | Joshua Van Naarden, Esquire |
| | 1525 Locust Street |
| | 19th Floor |
| Date: May 11, 2006 | Philadelphia PA 19102 |
| | Attorneys for Plaintiff |