**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____

JAMES H. GORBEY, JR., Administrator of the :
Estate of Marissa Rose Fishman, Deceased,   :
                                            :    Civil Action No.: 05-211-KAJ
                    Plaintiff,              :
vs.                                         :
                                            :
RICHARD LONGWILL, BARBARA                   :
LONGWILL, AIR BASE CARPET MART, INC.        :
d/b/a Air Base Distributing, Inc. d/b/a Air Base :
Carpet Mart, AIR BASE DISTRIBUTING, INC.,   :
ASHLAND CONSTRUCTION COMPANY, INC.,         :
JOSEPH RIZZO & SONS CONSTRUCTION,           :
VINCENT RIZZO CONSTRUCTION CO., INC.        :
d/b/a Ashland Construction Co., Inc.,  JOSEPH V. :
RIZZO, and VINCENT RIZZO,                   :
                    Defendants.             :

_____

_____    **ORDER**

      AND NOW this _____ day of _____, 2006, upon consideration of the attached Stipulation of

Counsel, it is hereby Ordered that the Stipulation is APPROVED.  It is further ORDERED that the May

12, 2006, deadline for Plaintiff to respond to Defendants', Ashland Construction Company, Inc., Vincent

Rizzo Construction Co., Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo

["the Ashland Defendants"], Motion for Summary Judgment as to Liability and the May 17, 2006,

deadline for the Ashland Defendants' reply is extended as follows:

    1.     To extend Plaintiff's deadline to respond to the Ashland Defendants' Summary

          Judgment Motion as to Liability ten (10) days, until May 22, 2006;

    2.     To extend the Ashland Defendants' deadline to reply to Plaintiff's response five (5)

          days, until May 30, 2006;

    3.     Trial date as well as all other deadlines and conferences will remain the same

                BY THE COURT:

                _____

                 KENT A. JORDON    U.S.D.J