IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : :  : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc.,  JOSEPH V. RIZZO, and VINCENT RIZZO, | : : : : : : : : : : |
| Defendants. | : |

**APPENDIX OF EVIDENCE IN SUPPORT OF ANSWER AND BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' RICHARD LONGWILL AND BARBARA LONG WILL'S MOTION FOR  SUMMARY**

TABLE OF CONTENTS

PAGE

EXHIBIT A 1-13-     Plaintiff's Complaint EDPA and Plaintiff's Fourth Amended Complaint CCP Philadelphia......................    1,3

EXHIBIT B 1   -     Death Certificate of Marissa Rose Fishman...........................    3

EXHIBIT C 1-3  -     December 9, 2002 Statement of Barbara Long will Pgs 2,83 ..............................................................................    8

EXHIBIT D    -     October 9, 2002 Statement of Barbara Long will Pg 2......................................................................................    8

EXHIBIT E    -     Order of the Orphan's Court of Delaware county, Pennsylvania, dated 9/23/03