# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DOC. NO. 35-05-20-99/09/20

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): MArissa R Fishman
2. SEX: F
3. DATE OF DEATH: 8/30/02

5B. UNDER 1 YEAR MONTHS DAYS: 20

10A. PLACE OF DEATH: INPATIENT
10B. FACILITY NAME: A. I. Dupont Hospital for Children
10C. CITY: Wilmington
10D. COUNTY OF DEATH: N.C.

14A. RESIDENCE — STATE: Pennsylvania
14C. CITY, TOWN, OR LOCATION: Chadds Ford
14D. STREET AND NUMBER: 110 Kelly Drive

16. RACE: White

**DISPOSITION**

22. NAME AND ADDRESS OF FACILITY: Schoenberg

**PRONOUNCING OFFICIAL / CERTIFIER**

27. TIME OF DEATH: 7:03
28. DATE PRONOUNCED DEAD: 08-30-02
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: yes

30D. DATE SIGNED: 8/30/02

31. NAME AND ADDRESS OF CERTIFIER: GLENN STRYJEWSKI, M.D.  A.I. dupont Hospital  1600 Rockland Road  Wilmington DE 19899

32. WAS AN AUTOPSY PERFORMED?: Yes
33. MANNER OF DEATH: ACCIDENT
34. DATE OF INJURY: 8/30/02
37. DESCRIBE HOW INJURY OCCURRED: Child fell into pool
38. PLACE OF INJURY: Grandparents Home
39. LOCATION: 3220 Coachman Rd., Surrey Park, Wilm, DE

40. PART I
IMMEDIATE CAUSE (a): Drowning

(1) ORIGINAL COPY—STATE

B 1