Date 10/9/02 @ 11 AM  Page No. 2

TEMENT OF: Barbara Languill

Rochelle & her 4 children had been away with us and intended on returning home to their residence in PA, ~~until they~~ until she came here to 3220 Coachman Drive ~~thereafter~~ got the police message. She had packed some items and taken the 4 children out of the home in Chalfont, PA. Rochelle had told me, after we returned here on 8-18-02, that she would not be returning to her PA home until her husband moved out. From August 18, 2002 to August 30, 2002 and in fact to present, my daughter has set up temporary residence here; dropping the kids off at camp, doing errands from here as a base, etc. Her children are Alexandra, 7, Harrison, 5, Samuel, 4 & Marissa, 20 mths. The rules of the house were that no children go up to the 2 ~~doors leading~~ the pool, ~~alone~~ without an adult. We have 2 interior doors leading out to the pool enclosure. They are located in the dining room and in the bedroom. They are sliding glass doors with (2) locks; one at the handle & one at top pane of movable slider. At home the doors

Witness: R. Marganelli                    B. Barbara Languill

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE


JAMES H. GORBEY, JR.,         )
Administrator of the          )
Estate of Marissa Rose        )
Fishman, Deceased,            )
                              )
          Plaintiff,          )
                              ) C.A. No. 05-211
v.                            ) JURY TRIAL DEMANDED
                              )
RICHARD LONGWILL, BARBARA     )
LONGWILL, AIR BASE CARPET     )
MART, INC., d/b/a Air Base    )
Distributing, Inc., d/b/a    )
Air Base Carpet Mart, AIR     )
BASE DISTRIBUTING, INC.,      )
ASHLAND CONSTRUCTION          )
COMPANY, INC., JOSEPH         )
RIZZO & SONS CONSTRUCTION     )
VINCENT RIZZO CONSTRUCTION    )
CO., INC., d/b/a Ashland      )
Construction Co., Inc.,       )
JOSEPH V. RIZZO, VINCENT      )
RIZZO,                        )
                              )
          Defendants.         )
```

Deposition of BARBARA H. LONGWILL, taken pursuant to notice at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware, beginning at 1:20 p.m. on Tuesday, March 7, 2006, before Heather M. Triozzi, Registered Professional Reporter, Certified Shorthand Reporter, and Notary Public.

C2

```
 1   verbally.
 2              THE WITNESS:  Pardon.  Oh, I'm
 3   sorry.
 4              Yes.
 5   BY MR. VAN NAARDEN:
 6       Q.   And when you heard her say that, did you
 7   go look at the door?
 8       A.   It was wide open.
 9       Q.   That's why.  So you looked and you saw
10   that it was open?
11       A.   Yes.
12       Q.   Did that surprise you?
13       A.   Yes.
14       Q.   And why did it surprise you?
15       A.   Because the door should always be closed.
16   That's why.
17       Q.   What was your initial reaction, like the
18   thoughts in your head, if you can remember, when
19   you were -- when you initially saw it open?
20       A.   Oh, my God.  Vinnie didn't close the door.
21       Q.   Do you remember if prior to August 30th of
22   2002 if you recall Vinnie taking that patio table
23   that we're talking about and actually taking it
24   out to the patio?
```

C3