**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____

JAMES H. GORBEY, JR., Administrator of the : 
Estate of Marissa Rose Fishman, Deceased, : 
                                         :   Civil Action No.: 05-211-KAJ

                     Plaintiff, : 

vs. : 
                                         : 

RICHARD LONGWILL, BARBARA : 
LONGWILL, AIR BASE CARPET MART, INC. : 
d/b/a Air Base Distributing, Inc. d/b/a Air Base : 
Carpet Mart, AIR BASE DISTRIBUTING, INC., : 
ASHLAND CONSTRUCTION COMPANY, INC., : 
JOSEPH RIZZO & SONS CONSTRUCTION, : 
VINCENT RIZZO CONSTRUCTION CO., INC. : 
d/b/a Ashland Construction Co., Inc.,  JOSEPH V. : 
RIZZO, and VINCENT RIZZO, : 
                     Defendants. : 
_____

## CERTIFICATE OF SERVICE

      I, Benjamin C. Wetzel, III, Esquire, hereby certify that Plaintiff, James H. Gorbey,

Jr., as Administrator of the Estate of Marissa Rose Fishman, deceased's Response to Defendants,

Richard Longwil an Barbara Longwill's Motion for Summary Judgment was served this date on

the following:


BY EFILE:

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

BY REGULAR MAIL

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
  Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Respectfully submitted,

**Wetzel & Associates, P.A.**

BY: **/s/ Benjamin C. Wetzel, III**
    Benjamin C. Wetzel, III (I.D. No. 985)
    The Carriage House
    1100 North Grant Avenue
    Suite 201
    Wilmington, DE 19805
    (302) 652-1200
        and
    **Kline & Specter, P.C.**

BY:    **/S/ Joshua Van Naarden**
    Matthew Casey, Esquire
    Joshua Van Naarden, Esquire
    1525 Locust Street
    19th Floor
Date: May 11, 2006    Philadelphia PA 19102
    (215) 772-1000
    Attorneys for Plaintiff