



SPONSOR: Rep. Ferguson

HOUSE OF REPRESENTATIVES

130TH GENERAL ASSEMBLY

HOUSE BILL NO. **No. 713**  JAN 30 1980

AN ACT TO AMEND CHAPTER 15, PART 1, TITLE 25 OF THE DELAWARE CODE RELATING TO THE LIABILITY OF OWNERS OR OCCUPIERS OF LAND FOR INJURY TO GUESTS OR TRESPASSERS.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF DELAWARE:

1  Section 1. Amend §1501, Chapter 15, Part 1, Title 25 of the Delaware Code by
2  striking the word "the" as the same appears between the words "onto" and "premises,"
3  it being the sixth word of said section, and substituting the word "private residential or
4  farm" in lieu thereof.

### SYNOPSIS

At present, owners of commercial swimming pools are protected from any liability to a child who wanders onto the premises and is killed or injured. It is the purpose of this Act to restrict such immunity only to private residential property, and farms.

LC:TAB:PA
1400A

- 1 -