IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., | : | CIVIL ACTION NO.  05-211 KAJ |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARISSA ROSE FISHMAN, DECEASED | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE |
| | : | DEMANDED |
| RICHARD LONGWILL, BARBARA | : | |
| LONGWILL, AIR BASE CARPET | : | |
| MART, INC. d/b/a AIR BASE | : | |
| DISTRIBUTING, INC. d/b/a AIR BASE | : | |
| CARPET MART, ASHLAND | : | |
| CONSTRUCTION COMPANY, INC., | : | |
| JOSEPH RIZZO & SONS | : | |
| CONSTRUCTION, VINCENT RIZZO | : | |
| CONSTRUCTION CO., INC. a/d/b/a | : | |
| ASHLAND CONSTRUCTION | : | |
| COMPANY, INC., JOSEPH V. RIZZO | : | |
| AND VINCENT RIZZO | : | |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, Esquire, do hereby certify that on the 18th day of May, 2006, two copies of the foregoing Reply Brief of  Defendants, Richard Longwill and Barbara Longwill, in Support of Motion for Summary Judgment were e-filed and delivered in the manner indicated to the following individual(s):

**Via First-Class Mail:**

Matthew A. Casey, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA  19102

Roger D. Landon, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road
Suite 210
Wilmington, DE  19805

Benjamin C. Wetzel, III, Esquire
WETZEL & ASSOCIATES, P.A.
The Carriage House
1100 North Grant Avenue
Suite 201
Wilmington, DE  19805

Edward C. Mintzer, Jr., Esquire
RAWLE & HENDERSON, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

Delia Ann Clark, Esquire
RAWLE & HENDERSON, LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

          **MARSHALL, DENNEHEY, WARNER,**
          **COLEMAN & GOGGIN**

    By: *  /s/ Kevin J. Connors*
          Kevin J. Connors, Esquire
          DE Bar ID: 2135
          1220 North Market Street
          5th Floor
          P.O. Box 8888
          Wilmington, DE 19899-8888
          Attorney for Defendants,
          Richard and Barbara Longwill

**DATED:**  May 18, 2006

\01_18\LIAB\DJHART\LLPG\692768\JMSMITH\03030\02632