IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : <br> : <br> : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : <br> : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**APPENDIX OF EVIDENCE IN SUPPORT OF ANSWER AND BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'
ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a ASHLAND CONSTRUCTION CO., INC., JOSEPH V. RIZZO AND VINCENT RIZZO'S
<u>MOTION FOR SUMMARY JUDGMENTAS TO LIABILITY</u>**

**TABLE OF CONTENTS**

<u>**PAGE**</u>

EXHIBIT A          Death Certificate of Marissa Rose Fishman............................  v

EXHIBIT B          Deposition Transcript of Vincent Rizzo dated
                   January 30, 2006 Pgs 8,20, 21, 22,27, 37,45-47,
                   62, 63, 84, 86..........................................................................  v

EXHIBIT C          Deposition Transcript of Salvador Ortiz-Britto dated
                   February 23, 2006 Pgs 11, 19-21, 25, 26................................  v

EXHIBIT D          Deposition Transcript of Barbara Longwill dated
                   March 7, 2006 Pg 28...............................................................  vi