# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DOC. NO. 35-05-20-99/08/20

**LOCAL REG NO.** — **STATE FILE NUMBER**

### DECEDENT

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): **Marissa R Fishman**
2. SEX: **F**
3. DATE OF DEATH (MO, DAY, YR): **8/30/02**
4. SOCIAL SECURITY NO.: XXXXXXXX
5A. AGE (YRS): 
5B. UNDER 1 YEAR MONTHS / DAYS: **20**
5C. UNDER 1 DAY HOURS / MIN:
6. DATE OF BIRTH:
7. BIRTHPLACE:
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: 
9. ANATOMICAL GIFT:
10A. PLACE OF DEATH: **INPATIENT** (Hospital)
10B. FACILITY NAME: **A. I. Dupont Hospital for Children**
10C. CITY, TOWN, OR LOCATION OF DEATH: **Wilmington**
10D. COUNTY OF DEATH: **N.C.**
11. MARITAL STATUS:
12. SURVIVING SPOUSE:
13A. DECEDENT'S USUAL OCCUPATION:
13B. KIND OF BUSINESS/INDUSTRY:
14A. RESIDENCE — STATE: **Pennsylvania**
14B. COUNTY:
14C. CITY, TOWN, OR LOCATION: **Chadds Ford**
14D. STREET AND NUMBER: **110 Kelly Drive**
14E. INSIDE CITY LIMITS?:
14F. ZIP CODE:
15. WAS DECEDENT OF HISPANIC ORIGIN?:
16. RACE: **White**
17. DECEDENT'S EDUCATION:

### PARENTS
18. FATHER'S NAME:
19. MOTHER'S NAME:

### INFORMANT
20A. INFORMANT'S NAME:
20B. MAILING ADDRESS:

### DISPOSITION
21A. METHOD OF DISPOSITION:
21B. PLACE OF DISPOSITION:
21C. LOCATION:
22A. SIGNATURE OF FUNERAL DIRECTOR:
22B. LICENSE NUMBER:
23. NAME AND ADDRESS OF FACILITY: **Schoenberg**
24. REGISTRAR'S SIGNATURE:
25. DATE FILED:

### PRONOUNCING OFFICIAL / CERTIFIER
27. TIME OF DEATH: **7:03 PM**
28. DATE PRONOUNCED DEAD: **08-30-02**
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: **Yes**
30A. CERTIFIER: **PRONOUNCING AND CERTIFYING PHYSICIAN**
30B. SIGNATURE AND TITLE OF CERTIFIER: (signed) MD
30C. LICENSE NUMBER:
30D. DATE SIGNED: **8/30/02**
31. NAME AND ADDRESS OF CERTIFIER: **Glenn Stryjewski, M.D., A.I. duPont Hospital, 1600 Rockland Road, Wilmington DE 19899**

32A. WAS AN AUTOPSY PERFORMED?: **Yes**
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: **No**
33. MANNER OF DEATH: **Accident**
34. DATE OF INJURY: **8/30/02**
35. TIME OF INJURY:
36. INJURY AT WORK?:
37. DESCRIBE HOW INJURY OCCURRED: **Child fell into pool**
38. PLACE OF INJURY: **Grandparents Home**
39. LOCATION: **3220 Coachman Rd., Surrey Park, Wilm, DE**

40. PART I
IMMEDIATE CAUSE (a): **Drowning**
DUE TO (b):
DUE TO (c):
DUE TO (d):

PART II OTHER SIGNIFICANT CONDITIONS:

REV. 9/99       (1) ORIGINAL COPY—STATE

B 1