```
 1            It's not a very big area.  The door
 2   is right here, and the space -- this is where the
 3   space is for any tables.  And they already had a
 4   picnic table there.
 5            So I told him, you know, to put it
 6   there.  And as I've done -- I've had the pool,
 7   like, 23 years.  I closed the door, and he went
 8   out.
 9            I didn't lock it.  I didn't lock the
10   slider to the house, either.
11            And then I don't remember -- he
12   asked -- whether he asked at that time, Do you
13   want me to bring in some chairs then or if he
14   asked me later.  I really don't know.  I don't
15   recall that.
16            And at first I told him no.  And
17   then, he is a very nice person, and he kept
18   insisting, "No problem.  No problem.  You know,
19   we'll do the chairs."
20            And I said, "Okay", and I went back
21   to the kitchen.  And the next thing I knew is I
22   heard Alexandra, you know, scream, "Who left the
23   door open?"
24            "Where's Marissa?  Who left the door
```