**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the | : |
| Estate of Marissa Rose Fishman, Deceased, | : |
| | : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : |
| | : |
| RICHARD LONGWILL, BARBARA | : |
| LONGWILL, AIR BASE CARPET MART, INC. | : |
| d/b/a Air Base Distributing, Inc. d/b/a Air Base | : |
| Carpet Mart, AIR BASE DISTRIBUTING, INC., | : |
| ASHLAND CONSTRUCTION COMPANY, INC., | : |
| JOSEPH RIZZO & SONS CONSTRUCTION, | : |
| VINCENT RIZZO CONSTRUCTION CO., INC. | : |
| d/b/a Ashland Construction Co., Inc.,  JOSEPH V. | : |
| RIZZO, and VINCENT RIZZO, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of the Motion for Summary

Judgment as to Liability filed by Defendants, Ashland Construction Company, Inc.  Vincent Rizzo Construction

Co., Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo and Vincent Rizzo and Plaintiff's response there to,

it is hereby ORDERED and DECREED that said Motion for Summary Judgment as to Liability is DENIED in its

entirety.

_____
The Honorable Kent A. Jordan