IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO,<br>      Defendants. | :<br>:<br>: Civil Action No.: 05-211-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**RE-NOTICE OF DEPOSITIONS**

  **PLEASE TAKE NOTICE** that counsel for the plaintiff will take oral depositions of **Officer Santos, Detective Malone and Detective K. Murphy** on **June 9, 2006** beginning at 10:00 a.m. Deponents are to bring a copy of their investigative file including, notes, reports, photographs, statements, and any evidence regarding this matter. Detective Malone and Detective Murphy's personal appearance is waived if the documents are received by June 8, 2006. The Depositions will take place at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

                 WETZEL & ASSOCIATES, P.A.

                 **/s/ Benjamin C. Wetzel, III**

                 Benjamin C. Wetzel, III (I.D. No. 985)
                 The Carriage House
                 1100 North Grant Avenue
                 Suite 201
                 Wilmington, DE 19805
                 (302) 652-1200

Date: May 23, 2006

## CERTIFICATE OF SERVICE

I, certify that on May 23, 2006, I electronically filed the within Re-Notice of Depositions with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

I hereby certify that on May 23, 2006, I have mailed by a United States Postal Service, the documents(s) to the following non-registered participants:

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

WETZEL & ASSOCIATES, P.A.

**/s/ Benjamin C. Wetzel, III**

Benjamin C. Wetzel, III (I.D. No. 985)
The Carriage House
1100 North Grant Avenue
Suite 201
Wilmington, DE 19805
(302) 652-1200

Date: May 23, 2006