# In The Matter Of:

*James H. Gorbey, Jr., et al v.*
*Robert Longwell, et al*

---

*Salvador Ortiz-Britto*
*February 23, 2006*

---

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 022306CY.V1, Pages 1-61

**Word Index included with this Min-U-Script®**

Salvador Ortiz-Britto  
February 23, 2006

James H. Gorbey, Jr., et al v.  
Robert Longwell, et al

Page 29

[1] you're telling me?  
[2] A. It was closed.  
[3] Q. Was it locked?  
[4] A. Yes.  
[5] Q. It was a sliding glass door, correct?  
[6] A. Yes.  
[7] Q. Did you have to knock on the door?  
[8] A. Yes.  
[9] Q. Did you -- you, Mr. Ortiz, you knocked on  
[10] the door?  
[11] A. Yeah.  
[12] Q. And someone from inside the home let you  
[13] in?  
[14] A. Yes.  
[15] Q. And then when you got inside the dining  
[16] room, you had to go through door number two into  
[17] the pool, correct?  
[18] A. That one was already open.  
[19] Q. You haven't talked to Mr. Rizzo lately,  
[20] have you?  
[21] A. No.  
[22] Q. You haven't talked to him about his  
[23] deposition?  
[24] A. No.

Page 30

[1] Q. So when you got inside the dining room  
[2] through door number one, as you're sitting here  
[3] today, you remember that door number two, the  
[4] sliding glass door, was open?  
[5] A. Yes.  
[6] Q. Did the person who opened the door for you  
[7] go back inside the house?  
[8] A. I don't know. I didn't see anybody opening  
[9] the door. I don't know who did it.  
[10] Q. No, did the person who opened door number  
[11] one to let you into the dining room then leave  
[12] and go back into the kitchen?  
[13] A. Yes, to the kitchen.  
[14] Q. So at that point it was just you and Mr.  
[15] Rizzo, correct?  
[16] A. Yes.  
[17] Q. And then the door going into the pool area,  
[18] when you got into the dining room, had already  
[19] been open, meaning slid, S-L-I-D, open for you?  
[20] A. That door was already open.  
[21] Q. And did you have two or three chairs with  
[22] you at this point?  
[23] A. Yes.  
[24] Q. And what was Mr. Rizzo carrying?

Page 31

[1] A. I think he was carrying the table.  
[2] Q. Well, he told me that you assisted him  
[3] carrying the table when he gave his deposition.  
[4] Which one is right?  
[5] MR. LANDON: Objection to the form.  
[6] THE WITNESS: I think that we were  
[7] carrying first the chairs and then the table.  
[8] BY MR. CASEY:  
[9] Q. So how many chairs were you carrying?  
[10] A. Three.  
[11] Q. And was Mr. Rizzo carrying chairs at this  
[12] point also?  
[13] A. I don't remember very well. I don't  
[14] remember if he was carrying chairs or the table.  
[15] Q. All right. So you went into the pool area  
[16] and put the chairs down?  
[17] MR. LANDON: Objection to the form.  
[18] THE WITNESS: Yes.  
[19] BY MR. CASEY:  
[20] Q. Did Mr. Rizzo come into the pool area with  
[21] you?  
[22] A. Yes. To drop the chairs that he had too.  
[23] Q. So he was carrying chairs?  
[24] A. I think so.

Page 32

[1] Q. Okay. And then you and Mr. Rizzo went back  
[2] outside?  
[3] A. Yes.  
[4] Q. When you went from the pool area into the  
[5] dining room to go back out to the patio, did you  
[6] close the door between the pool and the dining  
[7] room?  
[8] A. When we dropped the chairs there?  
[9] Q. No. You dropped the chairs, correct?  
[10] A. Yes.  
[11] Q. Then you went back into the dining room and  
[12] then you went back out into the patio, correct?  
[13] A. Yes.  
[14] Q. To get the other furniture, correct?  
[15] A. Uh-huh.  
[16] Q. Yes?  
[17] A. Yes.  
[18] Q. When you left the pool area to go into the  
[19] dining room before going out to the patio, did  
[20] you close the door between the pool and the  
[21] dining room?  
[22] A. The problem is that I was going to -- we  
[23] were carrying the chairs getting in. The owner  
[24] of the house, the lady, came behind me, and she

| James H. Gorbey, Jr., et al v. | Salvador Ortiz-B |
|---|---|
| Robert Longwell, et al | February 23, |

**Page 49**

[1] soap?
[2] A. No.
[3] Q. The Clorox, was it a liquid Clorox or
[4] powder?
[5] A. Liquid.
[6] Q. And you and Mr. Rizzo cleaned the table and
[7] the chairs; is that correct?
[8] A. Yes.
[9] Q. Before you cleaned the table and the
[10] chairs, did you go into the house for any reason
[11] that morning?
[12] A. No.
[13] Q. Before you cleaned the table and the
[14] chairs, did you go into the pool area for any
[15] reason that morning?
[16] A. No.
[17] Q. After you cleaned the table and the chairs,
[18] it's my understanding that you've testified that
[19] had you to knock on the door, door number one, to
[20] get somebody's attention to let you in?
[21] A. Yes. To open the door.
[22] Q. And did someone come and open the door for
[23] you?
[24] A. Yes.

**Page**

[1] A. I was carrying the chairs. I was turning
[2] to the left when I saw that the lady was
[3] screaming behind me, and she throw herself into
[4] the swimming pool. What I did is that I throw
[5] the chairs and I went to help the lady.
[6] Q. When they came and opened the door and you
[7] had two or three chairs, did you step into the
[8] dining room before the woman jumped into the
[9] pool?
[10] A. I was getting in with the chairs and I put
[11] the chairs to my left.
[12] Q. Did you -- before the woman jumped in the
[13] pool, did you go into the dining room and then
[14] into the pool area?
[15] A. Yes.
[16] Q. When you went into the pool area from the
[17] dining room, did you see the child in the pool?
[18] A. No.
[19] Q. Did you put your chairs down before the
[20] woman jumped into the pool?
[21] A. When I saw her jumping in, in the pool.
[22] Q. Did Vinnie come into the pool area before
[23] the woman jumped into the pool?
[24] A. I don't remember that.

**Page 50**

[1] Q. Who was that? Can you describe the person?
[2] A. I don't remember it was the lady or the
[3] gentleman.
[4] Q. It may have been a lady or a gentleman, you
[5] don't recall?
[6] A. I don't remember that.
[7] Q. When you knocked who the door, where was
[8] Vinnie?
[9] A. He was helping me to clean the furniture.
[10] Q. Was he behind you carrying anything at that
[11] time when you knocked?
[12] A. Yes.
[13] Q. What he was carrying?
[14] A. I am not sure if he was carrying the table.
[15] I think that he was carrying the table, but I'm
[16] not sure.
[17] Q. And you think that at the time that you
[18] knocked on the door, door number one, you were
[19] carrying two or three chairs?
[20] A. Three chairs.
[21] Q. At the time either the gentleman or lady
[22] came and opened the door and you had the three
[23] chairs, what happened next? Tell me what
[24] happened?

**Page**

[1] Q. Do you know where Vinnie was when the woman
[2] jumped into the pool?
[3] A. I think that he was outside.
[4] Q. Did the woman, who jumped into the pool,
[5] push you at all?
[6] A. No. No.
[7] Q. The table that you had cleaned, do you know
[8] where it was when the woman jumped into the pool?
[9] A. I don't remember.
[10] Q. Do you know if it was already in the pool
[11] area or if it was still outside?
[12] A. I think I was already inside, but I don't
[13] remember that very well.
[14] Q. Did you help carry the table inside at all
[15] that day?
[16] A. I think so.
[17] Q. Do you think -- did you help carry the
[18] table into the pool area before the woman jumped
[19] into the pool?
[20] A. I didn't understand that question.
[21] Q. You said that you think that you helped
[22] carry the table into the pool area that day,
[23] correct?
[24] A. Yes. But I don't remember where we put it.