**TABLE OF CONTENTS**

|   | **PAGE** |
|---|---|
| NATURE AND STAGE OF PROCEEDINGS................................................. | 1 |
| ARGUMENT............................................................................................... | 2 |
| I. RECENTLY DEPOSED NEW CASTLE COUNTY POLICE OFFICERS CONFIRM THAT THE ASHLAND DEFENDANTS HAD A DUTY TO KEEP THE SUBJECT DOORS CLOSED IN ORDER TO KEEP YOUNG CHILDREN FROM ACCESSING THE POOL AREA........................ | 2 |
| II. PLAINTIFF'S CONSTRUCTION EXPERT OPINES THAT THE ASHLAND DEFENDANTS HAD CONTROL OF THE INGRESS/EGRESS TO THE INDOOR POOL THEREBY CREATING A GENUINE ISSUE OF MATERIAL FACT............................................................... | 6 |
| III. CONCLUSION...................................................................................... | 8 |