IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : <br> : <br> : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : <br> : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**APPENDIX OF EVIDENCE IN SUPPORT OF SUR REPLY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION COMPANY., INC. d/b/a/ ASHLAND CONSTRUCTION CO., INC. JOSEPH V. RIZZO AND VINCENT RIZZO'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

**TABLE OF CONTENTS**

**PAGE**

EXHIBIT A 1-9    Plaintiff's Expert Report of Alan Meade, P.E.....................    6,7