**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : |
| | : |
| | : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : |
| RICHARD LONGWILL, BARBARA | : |
| LONGWILL, AIR BASE CARPET MART, INC. | : |
| d/b/a Air Base Distributing, Inc. d/b/a Air Base | : |
| Carpet Mart, AIR BASE DISTRIBUTING, INC., | : |
| ASHLAND CONSTRUCTION COMPANY, INC., | : |
| JOSEPH RIZZO & SONS CONSTRUCTION, | : |
| VINCENT RIZZO CONSTRUCTION CO., INC. | : |
| d/b/a Ashland Construction Co., Inc., JOSEPH V. | : |
| RIZZO, and VINCENT RIZZO, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Benjamin C. Wetzel, III, Esquire, hereby certify that Plaintiff, James H. Gorbey,

Jr., as Administrator of the Estate of Marissa Rose Fishman, deceased's Petition to file a Sur

Reply to the Response to Defendants, Ashland Construction Company, Inc., Vincent Rizzo

Construction Co., Inc., d/b/a Ashland Construction Co., Inc. Joseph V. Rizzo, and Vincent

Rizzo's Motion for Summary Judgment was served this date on the following:


BY E-FILE:

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
BY REGULAR MAIL

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Respectfully submitted,

**Wetzel & Associates, P.A.**

BY: **/s/ Benjamin C. Wetzel, III**
    Benjamin C. Wetzel, III (I.D. No. 985)
    The Carriage House
    1100 North Grant Avenue
    Suite 201
    Wilmington, DE 19805
    (302) 652-1200
            and
    **Kline & Specter, P.C.**

BY:   **/S/ Joshua Van Naarden**
      Matthew Casey, Esquire
      Joshua Van Naarden, Esquire
      1525 Locust Street
      19th Floor
Date: June 14, 2006      Philadelphia PA 19102
      (215) 772-1000
      Attorneys for Plaintiff