IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants', Ashland Construction Company, Inc., Vincent Rizzo Construction Co. Inc., d/b/a Ashland Construction Co., Inc., Joseph V. Rizzo, and Vincent Rizzo, Response In Opposition To Plaintiff's Petition For Leave To File A Sur Reply, any response thereto, and all other matters of record, it is hereby ORDERED and DECREED that Plaintiff's, Petition for Leave to File a Sur Reply is DENIED.

_____
The Honorable Kent A. Jordan

00132633