IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased, | \| | |
| Plaintiff, | \| | |
| v. | \| | C.A. No. 05-211 KAJ |
| | \| | |
| RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO, | \| | JURY TRIAL DEMANDED |
| Defendants. | \| | |

### RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Alan Meade, P.E. on Thursday, September 7, 2006 beginning at 10:00 a.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware.  This deposition was previously noticed for July 12, 2006 at 10:00 a.m.

MURPHY SPADARO &LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

Cc:    Hawkins Reporting Service

00133068

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased, | \| | |
| | \| | |
| Plaintiff, | \| | |
| | \| | |
| v. | \| | C.A. No. 05-211 KAJ |
| | \| | |
| RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC. d/b/a<br>Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO, | \| | |
| | \| | |
| Defendants. | \| | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 10th day of July, 2006,

two copies of the foregoing **RE-NOTICE OF ORAL DEPOSITION** were delivered *via* e-

file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

00133068

**<u>Via First Class Mail</u>**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**<u>Via Hand Delivery</u>**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**<u>Via Hand Delivery</u>**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Daniel Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00133068