A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**1845 Walnut Street · Philadelphia, PA 19103-4797**
**(215) 575-2600 · Fax (215) 575-0856**

**Direct Dial: 215-575-2677**
**Email: djhart@mdwcg.com**

August 30, 2006

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

Via ECF

The Honorable Kent A. Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE  19801



     RE:    Gorbey, et al. v. Longwill, et al.
             U.S.D.C. – District of Delaware, C.A. No. 05-211 KAJ
             Our File No.:  03030.02632

Dear Judge Jordan:

Please be advised that we represent defendants, Richard and Barbara Longwill, in the above-captioned matter.  This case was previously scheduled for a settlement conference/mediation which was adjourned at the request of the parties because discovery had not moved far enough along to permit the parties to adequately assess this matter.  Now that fact discovery is complete and dispositive Motions have been filed, this matter may benefit from a settlement conference/mediation.  In advance, we thank you for any considerations you can give this request.

Respectfully submitted,

_/s/ Daniel J. Hart_
Daniel J. Hart

Kevin J. Connors
Local Counsel (I.D. #2135)

DJH/jms
cc:    Joshua R. Van Naarden, Esquire
       Roger D. Landon, Esquire
       Benjamin C. Wetzel, III, Esquire
       Edward C. Mintzer, Jr., Esquire
       Delia Ann Clark, Esquire
\15_A\LIAB\KJCONNORS\CORR\373980\VLLUCAS\03030\02632