IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO,<br><br>Defendants. | :<br>:<br>: Civil Action No.: 05-211-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan Cohen, Esquire, to represent Plaintiff in this matter.

                                          WETZEL & ASSOCIATES, P.A.

                                          /s/Benjamin C. Wetzel, III
                                        BENJAMIN C. WETZEL, III (ID No. 985)
                                        The Carriage House, Suite 201
                                        1100 North Grant Avenue
                                        Wilmington, DE 19805
                                        (302) 652-1200
                                        *Attorney for Plaintiff*

Date:  August 30, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                                     _____
                                                                      United States District Judge

**CERTIFICATION OF SERVICE**

I certify that on August 30, 2006, I electronically filed the within Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>  Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888 | Roger D. Landon, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road - Suite 210<br>Wilmington, DE 19805 |

I hereby certify that on August 30, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

                                            WETZEL & ASSOCIATES, P.A.

                                              /s/ Benjamin C. Wetzel, III
                                            Benjamin C. Wetzel, III (ID No. 985)
                                            The Carriage House, Suite 201
                                            1100 North Grant Avenue
                                            Wilmington, DE 19805
                                            (302) 652-1200