**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JAMES H. GORBEY, JR., ADMINISTRATOR   :
OF THE ESTATE OF MARISSA   :
ROSE FISHMAN, deceased   :
  :   Docket No.  05cv211
vs.   :
  :
RICHARD LONGWILL, BARBARA LONGWILL   :
AIR BASE CARPET MART, INC. d/b/a AIR   :
BASE DISTRIBUTING, INC. d/b/a AIR BASE   :
CARPET MART, ASHLAND CONSTRUCTION   :
COMPANY, INC., JOSEPH RIZZO & SONS   :
CONSTRUCTION, VINCENT RIZZO   :
CONSTRUCTION CO., INC. a/d/b/a Ashland,   :
Construction Company, Inc.,  JOSEPH V. RIZZO,   :
and VINCENT RIZZO   :

<u>**SUBSTITUTION OF COUNSEL**</u>

  **PLEASE SUBSTITUTE** Jonathan M. Cohen, Esquire as counsel on behalf of the Plaintiff for Matthew Casey, Esquire in the captioned matter.

       **Wetzel & Associates, P.A.**

      BY: <u>**/s/ Benjamin C. Wetzel, III**</u>
        The Carriage House
        1100 North Grant Avenue
        Suite 201
        Wilmington, DE 19805
        (302) 652-1200
         and

       **Kline & Specter, P.C.**

      BY:   <u>S/Jonathan M. Cohen</u>
        Jonathan M. Cohen, Esquire
        Joshua Van Naarden, Esquire
        1525 Locust Street,19th Floor
Date: September 1, 2006     Philadelphia PA 19102
        (215) 772-1000
        Attorneys for Plaintiff

## CERTIFICATION OF SERVICE

I certify that on September 1, 2006, I electronically filed the within Substitution of Counsel with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
   Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

I hereby certify that on September 1, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

WETZEL & ASSOCIATES, P.A.

  /s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III (ID No. 985)
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200