IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased, | \| |
| Plaintiff, | \| |
| v. | \|   C.A. No. 05-211 KAJ |
| RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>AIR BASE CARPET MART, INC.<br>d/b/a Air Base Distributing, Inc. d/b/a<br>Air Base Carpet Mart, AIR BASE<br>DISTRIBUTING, INC., ASHLAND<br>CONSTRUCTION COMPANY, INC.,<br>JOSEPH RIZZO & SONS<br>CONSTRUCTION, VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>JOSEPH V. RIZZO, VINCENT RIZZO, | \|   JURY TRIAL DEMANDED |
| Defendants. | \| |

## VACATION OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the depositions of Alan Meade, P.E. previously

noticed for September 7, 2006 is hereby vacated.

MURPHY SPADARO &LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

Cc:    Hawkins Reporting Service

00134720

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | \| | |
| Plaintiff, | \| | |
| v. | \| | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, | \| | |
| Defendants. | \| | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 1st day of September, 2006, two copies of the foregoing **VACATION OF ORAL DEPOSITION** were delivered *via* e-file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Matthew Casey, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Edward C. Mintzer, Jr., Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

00134720

**<u>Via First Class Mail</u>**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

**<u>Via Hand Delivery</u>**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**<u>Via Hand Delivery</u>**
William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, #1015
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Daniel Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00134720