IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : <br> : <br> : Civil Action No.: 05-211-KAJ |
| Plaintiff, | : |
| vs. | : |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Benjamin C. Wetzel, III, Esquire, hereby certify that the Final Pretrial Order regardig this matter was served this date on the following:

BY EFILE:

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

BY REGULAR MAIL

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

                    Respectfully submitted,

          **Wetzel & Associates, P.A.**

        BY: **/s/ Benjamin C. Wetzel, III**
            Benjamin C. Wetzel, III (I.D. No. 985)
            The Carriage House
            1100 North Grant Avenue
            Suite 201
            Wilmington, DE 19805
            (302) 652-1200
              and
            **Kline & Specter, P.C.**

Date: September 5, 2006      BY:  **/S/ Joshua Van Naarden**
            Matthew Casey, Esquire
            Joshua Van Naarden, Esquire
            1525 Locust Street
            19th Floor
            Philadelphia PA 19102
            (215) 772-1000
            Attorneys for Plaintiff