IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC., d/b/a Airbase Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | Civil Action No. 05-211-KAJ |

### ORDER

At Wilmington this **13th** day of **September, 2006,**

IT IS ORDERED that a scheduling teleconference has been scheduled for **September 18, 2006 at 4:30 p.m.** with the undersigned. **Plaintiff's counsel shall initiate the teleconference call.**

_____
UNITED STATES DISTRICT JUDGE