IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased,<br><br>           Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL, et al.,<br><br>           Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-211-KAJ<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **19th** day of **September, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, September 21, 2006 at 10:00 a.m.** with Judge Thynge to discuss the status of the case and the parties interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                    /s/ Mary Pat Thynge
                                                    UNITED STATES MAGISTRATE JUDGE