IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LONGWILL, et al.,<br><br>　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-211-KAJ<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **25th** day of **September, 2006**,

IT IS ORDERED that a mediation has been scheduled for **Thursday, October 19, 2006 beginning at 4:30 p.m.** with Judge Thynge. **Dress for the mediation is casual.** Counsel and representatives of the parties are required to attend. Counsel for the Longwill parties is required to attend, but the Longwills are excused from attendance at the mediation. If anyone has any problems with the mediation date, they shall notify the Court and counsel immediately.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE