IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased,<br><br>           Plaintiff,<br><br>    v.<br><br>RICHARD LONGWILL, et al.,<br><br>           Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-211-*** (MPT)<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington, Delaware, this **30th** day of **January, 2007.**

IT IS ORDERED that dates for the pretrial submission, the pretrial conference, and the trial are cancelled. Once the case dispositive motions are decided, the Court shall reschedule the dates for the pretrial submission, the pretrial conference and the trial.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE