**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____

JAMES H. GORBEY, JR., Administrator of the    :
Estate of Marissa Rose Fishman, Deceased,    :
                                 Plaintiff    :   Civil Action No.: 05-211-*** (MPT)
          vs.    :
    :
RICHARD LONGWILL, BARBARA    :
LONGWILL, AIR BASE CARPET MART, INC.    :
d/b/a Air Base Distributing, Inc. d/b/a Air Base    :
Carpet Mart, AIR BASE DISTRIBUTING, INC.,    :
ASHLAND CONSTRUCTION COMPANY, INC., :
JOSEPH RIZZO & SONS CONSTRUCTION,    :
VINCENT RIZZO CONSTRUCTION CO., INC.    :
d/b/a Ashland Construction Co., Inc.,  JOSEPH V.  :
RIZZO, and VINCENT RIZZO,    :
                           Defendants.    :

_____

## STIPULATED CONSENT TO THE EXERCISE OF JURISDICTION
## BY MAGISTRATE JUDGE MARY PAT THYNGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.Del. LR

73 1, the parties in this case consent to have United States Magistrate Judge Mary Pat Thynge

conduct any and all proceedings in this case, including the trial, order of the entry of a final

judgment, and all post-judgment proceedings, with any appeal from a judgement entered by

Magistrate Judge Thynge taken directly to the United States Court of Appeals for the Third

Circuit, in the same manner as an appeal from any other judgment of the United States District

Court for the District of Delaware.

                                   Respectfully submitted,
                                   **WETZEL & ASSOCIATES, P.A.**

                                   **/s/ Benjamin C. Wetzel, III, Esquire**
                                   BENJAMIN C. WETZEL, III (ID No. 985)
                                   1100 North Grant Avenue, Suite 201
                                   Wilmington, DE 19805
                                   (302) 652-1200
                                   Attorney for Plaintiff

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

**/s/ Kevin J. Connors, Esquire**
KEVIN J. CONNORS (ID No. 2135)
1220 N. Market Street, 5th Floor
Wilmington, DE 19801
(302) 552-4302
Attorney for Longwill Defendants

**MURPHY SPADARO & LANDON**

**/s/ Roger D. Landon, Esquire**
ROGER D. LANDON (ID No. 2460)
1011 Centre Road - Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Ashland Defendants

Of Counsel:

Jonathan Cohen, Esquire
Kline & Specter, P.C.
1525 Locust Street
Philadelphia, PA 19102

Daniel J. Hart, Esquire
Marshall, Dennehey, Warner,
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to United States Magistrate Judge Mary Pat Thynge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed.R.Civ. 73, and D.Del. LR 73 1.

_____                    _____
Date