IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v.   ) | C.A. No.: 05-211-MPT |
| ) | |
| RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION CO., INC. d/b/a/ ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

IT IS ORDERED, ADJUDGED AND DECREED that, consistent with the Memorandum Opinion of March 12, 2007, Defendants' Longwills' Motion for Summary Judgment (D.I. 83) is DENIED.

Date: March 12, 2007        /s/ Mary Pat Thynge
                            UNITED STATES MAGISTRATE JUDGE