IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED )<br><br>Plaintiffs, )<br><br>v. )<br>RICHARD LONGWILL, BARBARA, LONGWILL, AIR BASE CARPET MART INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION CO., INC. a/d/b/a/ ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO )<br><br>Defendants. ) | C.A. No. 05-211-MPT |

## ORDER

Consistent with the Memorandum Opinion dated March 22, 2007,

IT IS ORDERED, ADJUDGED AND DECREED that Ashland's Motion for Partial Summary Judgment as to Choice of Law and Damages (D.I. 81) is GRANTED in part and DENIED in part.

Date:  March 22, 2007        /s/ Mary Pat Thynge
                             UNITED STATES MAGISTRATE JUDGE