IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD LONGWILL, BARBARA, LONGWILL, AIR BASE CARPET MART INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION CO., INC. a/d/b/a/ ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH V. RIZZO AND VINCENT RIZZO<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-211-MPT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Consistent with the Memorandum Opinion issued on April 13, 2007,

IT IS ORDERED and ADJUDGED that Ashland's Motion for Summary Judgment as to Liability (D.I. 85) is GRANTED as to Joseph V. Rizzo and DENIED as to the remaining Ashland Defendants.

Date: April 13, 2007

_____
UNITED STATES MAGISTRATE JUDGE