## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased, | : : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 05-211-MPT |
| RICHARD LONGWILL, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **17th** day of **April, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Friday, April 27, 2007 at 10:00 a.m.** with Judge Thynge to discuss the dates for the pretrial submission, the pretrial conference and the trial in this matter. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE