## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Esate of Marissa Rose Fishman, Deceased, | : : : : |
| Plaintiff, | : : |
| v. | :    Civil Action No. 05-211-MPT |
| RICHARD LONGWILL, et al., | : : : |
| Defendants. | : |

### AMENDED SCHEDULING ORDER

At Wilmington, Delaware, this **27th** day of **April, 2007.**

A scheduling teleconference was held on April 27, 2007. As a result, the following schedule is entered:

1. Depositions of experts shall be completed on or before June 30, 2007.

2. Depending on the Court's schedule, a four or five day jury trial will be scheduled on February 19 through 22, 2008, March 31 through April 4, 2008, or June 23 through June 27, 2008. Counsel are to keep the above dates available on their schedules. For scheduling purposes, counsel shall plan that the pretrial conference will be set approximately ten (10) working days before the trial date, and the due date for submission of the proposed pretrial order would be approximately ten (10) working days before the pretrial date.

3. Plaintiff's amendment to the complaint is due on or before Friday, May 2, 2007. The Longwill defendants shall have until May 9, 2007 to file no more than a three

(3) page letter explaining the need for any further motion practice. Plaintiff shall have until May 16, 2007 to respond in letter format limited to three (3) pages.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge<br>
UNITED STATES MAGISTRATE JUDGE