**VERIFICATION**

I, JONATHAN M. COHEN, ESQUIRE, hereby state that I am the attorney for plaintiff, JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, deceased, and verify that the statements made in the foregoing Fifth Amended Complaint are true and correct, to the best of my knowledge, information and belief.  I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.


/S/ Jonathan M. Cohen
JONATHAN M. COHEN


DATED: May 4, 2007

**VERIFICATION**

I, James H. Gorbey, Jr., Administrator of the Estate of Marissa Rose Fishman, a minor, deceased, hereby verifies that the within Fifth Amended Complaint is based on first-hand information and on information furnished to my counsel and obtained by him in the course of this lawsuit.  The language of the document is that of counsel and not of the affiant.  To the extent that the contents of the document are based on information furnished to counsel and obtained by him during the course of this lawsuit, the affiant has relied upon counsel in taking this verification.  All statements are founded upon reasonable belief.  This verification is made subject to the penalties of 18 Pa.C.S.§4904 relating to unsworn falsification to authorities.

/s/ James H. Gorbey, Jr.
James H. Gorbey, Jr., Administrator of the
Marissa Rose Fishman, a minor, deceased

Date:_____