IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, and VINCENT RIZZO,<br><br>Defendants. | :<br>:<br>:  Civil Action No.: 05-211-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

I certify that on May 4, 2007, I electronically filed the Fifth Amended Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Michael Hurvitz, Esquire<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107 | William J. Cattie, III, Esquire<br>Delia Ann Clark, Esquire<br>Rawle & Henderson LLP<br>300 Delaware Avenue, #1015<br>Wilmington, DE 19801 |
| Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>   Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888 | Roger D. Landon, Esquire<br>Murphy Spadaro & Landon<br>1011 Centre Road - Suite 210<br>Wilmington, DE 19805 |

I hereby certify that on May 4, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Edward C. Mintzer, Jr., Esquire<br>Vicky P. DeShong, Esquire<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107 | Daniel J. Hart, Esquire<br>Marshall, Dennehey, Warner,<br>    Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, PA 19103-4797 |
| Martin S. Lessner, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | |

                                                WETZEL & ASSOCIATES, P.A.

                                                  /s/ Benjamin C. Wetzel, III
                                              Benjamin C. Wetzel, III (ID No. 985)
                                              The Carriage House, Suite 201
                                              1100 North Grant Avenue
                                              Wilmington, DE 19805
                                              (302) 652-1200