IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., <br> Administrator of the Estate of <br> Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, <br> BARBARA LONGWILL, <br> AIR BASE CARPET MART, INC. <br> d/b/a Air Base Distributing, Inc. d/b/a <br> Air Base Carpet Mart, AIR BASE <br> DISTRIBUTING, INC., ASHLAND <br> CONSTRUCTION COMPANY, INC., <br> JOSEPH RIZZO & SONS <br> CONSTRUCTION, VINCENT RIZZO <br> CONSTRUCTION CO., INC., <br> d/b/a Ashland Construction Co., Inc., <br> JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | C.A. No. 05-211 KAJ <br><br> JURY TRIAL DEMANDED |

## RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Alan Meade, P.E. on Thursday, May 31, 2007 beginning at 10:00 a.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware. This deposition was previously noticed for July 12, 2006 at 10:00 a.m.

MURPHY &LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

Cc:   Hawkins Reporting Service
***Duces Tecum*: Deponent is to bring with him to the deposition all documents provided with or relied upon in arriving at his conclusions.**

00142529

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, AIR BASE CARPET MART, INC. d/b/a Air Base Distributing, Inc. d/b/a Air Base Carpet Mart, AIR BASE DISTRIBUTING, INC., ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., JOSEPH V. RIZZO, VINCENT RIZZO, <br><br> Defendants. | C.A. No. 05-211 KAJ |

## **CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 11th day of May, 2007, two copies of the foregoing **RE-NOTICE OF ORAL DEPOSITION** were delivered *via* e-file and in the manner indicated to the following individual(s):

**Via First Class Mail**
Jonathan Cohen, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

**Via First Class Mail**
Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
1100 N. Grant Avenue, #201
Wilmington, DE  19805

00142529

**<u>Via Hand Delivery</u>**
Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Daniel Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00142529