## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR., Administrator            :
of the Esate of Marissa Rose Fishman,          :
Deceased,                                       :
                                                :
                    Plaintiff,                  :
                                                :
        v.                                      :    Civil Action No. 05-211-MPT
                                                :
RICHARD LONGWILL, et al.,                      :
                                                :
                    Defendants.                 :

## ORDER

At Wilmington, Delaware, this **17th** day of **May, 2007.**

A teleconference was held on May 15, 2007 to discuss plaintiff's fifth amended complaint and the Longwill letter of May 19, 2007.  During the conference, the Court issued rulings.  Therefore,

IT IS ORDERED that the transcript of the May 15, 2007 teleconference serves as the Order of the Court as to rulings made.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE