# W ETZEL & A SSOCIATES, P. A.

**Benjamin C. Wetzel, III**

The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, Delaware 19805

Telephone: 302.652.1200
Facsimile:  302.652.1900
E-mail:  bwetzel@wetzellaw.com

May 23, 2007

**VIA E-FILE and FIRST CLASS MAIL**
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 10
Wilmington, DE 19801

      RE:    **Gorbey, et al. v. Longwill, et al.**
             **C. A. No.: 05-0211 KAJ**
             **Our File No.: 7264**

Dear Magistrate Thynge:

      Upon receipt of a CM/ECF e-mail notification of the Minute Entry for the teleconference held before Your Honor on May 15, 2007, I obtained a copy of the transcript of that teleconference. I was not in attendance because I had not been made aware that a teleconference had been scheduled. I read the transcript and am concerned with the Court's displeasure with me regarding plaintiff's recent Amended Complaint. I apologize that the Amended Complaint was not in compliance with the Court's Orders. I write to advise the Court that even before receiving the transcript and knowing what was discussed in that conference, I had asked Mr. Cohen seek out replacement local counsel.

                                    Respectfully submitted,

                                      /s/ Benjamin C. Wetzel, III

                                    Benjamin C. Wetzel, III

cc:    Jonathan Cohen, Esq. (via e-mail)
        Roger Landon, Esq. (via e-file)
        Chase Brockstedt, Esq. (via e-file)
        Kevin Connors, Esq.(via e-file)
        Martin Lessner, Esq. (via e-mail)