IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, deceased<br><br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Company, Inc., and and VINCENT RIZZO | : : : : Docket No. 05-0211(MPT) : : : : : : : |

## SUBSTITUTION OF COUNSEL

**PLEASE SUBSTITUTE** Yvonne Takvorian Saville, Esquire as local counsel on behalf of the Plaintiff for Benjamin C. Wetzel, Esquire in the captioned matter.

Respectfully submitted,

BY:   **/S/ Yvonne Takvorian Saville**
Yvonne Takvorian Saville, Esquire
(I.D. No. 3430)
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400
    and
**Kline & Specter, P.C.**

BY:   **/S/Jonathan M. Cohen**
Jonathan M. Cohen, Esquire
(I.D. No. 69062)
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000
Attorneys for Plaintiff

Date: June 6, 2007