IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>                      Plaintiff<br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a Ashland Construction Co., Inc., and VINCENT RIZZO,<br><br>                      Defendants. | Civil Action No. 05-211-MPT<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

## CERTIFICATE OF SERVICE

    I, Yvonne Takvorian Saville, Esquire, hereby certify that Plaintiff's Substitution of Counsel was served this date on the following:

BY E-FILE:

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Benjamin C. Wetzel, Esquire
The Carriage House
1100 North Grant Avenue
Suite 201
Wilmington, DE 19805

BY REGULAR MAIL

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
  Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

                        Respectfully submitted,

                BY: **/s/ Yvonne Takvorian Saville**
                      Yvonne Takvorian Saville, Esq.

                      (I.D. No. 3430)
                      1220 North Market Street
                      Suite 604
                      P.O. Box 370
                      Wilmington, DE 19801
                      (302) 656-0400
                          and
                      **Kline & Specter, P.C.**

                BY:   **/s/ Jonathan M. Cohen**
                      Jonathan M. Cohen, Esq.
                      (I.D. No. 69062)
                      1525 Locust Street
                      19th Floor
Date: June 6, 2007        Philadelphia PA 19102
                      (215) 772-1000
                      Attorneys for Plaintiff