FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., : | C. A. No: 05-211-MPT |
| ADMINISTRATOR OF THE ESTATE OF : | |
| MARISSA ROSE FISHMAN, DECEASED : | |
| v.   : | JURY TRIAL DEMANDED |
| RICHARD LONGWILL, BARBARA : | |
| LONGWILL, ASHLAND : | |
| CONSTRUCTION COMPANY, INC., : | |
| JOSEPH RIZZO & SONS : | |
| CONSTRUCTION, VINCENT RIZZO : | |
| CONSTRUCTION CO., INC. d/b/a : | |
| ASHLAND CONSTRUCTION : | |
| CO., INC., and VINCENT RIZZO : | |

**ANSWER OF DEFENDANTS, RICHARD LONGWILL AND BARBARA LONGWILL, TO CROSSCLAIMS OF CO-DEFENDANTS, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION CO., INC. & VINCENT RIZZO**

1. Denied.

2. Denied.

WHEREFORE, defendants, Richard Longwill and Barbara Longwill, deny that they are liable for contribution and/or indemnification to defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Co., Inc. & Vincent Rizzo, demand that judgment be entered in favor of defendants, Richard Longwill and Barbara Longwill, and against co-defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Co., Inc. & Vincent Rizzo, together with reasonable attorneys fees, costs, interest and such other relief as this Court deems appropriate.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: */s/ Kevin J. Connors, Esquire*
Kevin J. Connors, Esquire, I.D. No. 2135
Daniel J. Hart, Esquire, I.D. No. 1937
Attorneys for Defendants Richard & Barbara Longwill
1220 Market Street, 5th Floor
Wilmington, DE 19801
302-552-4302

1845 Walnut Street
Philadelphia, PA 19103
215-575-2677

**DATED**: June 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, DECEASED | : : : | C. A. No: 05-211-MPT |
| v. | : | JURY TRIAL DEMANDED |
| RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION CO., INC., and VINCENT RIZZO | : : : : : : : : : | |

### CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the ANSWER OF DEFENDANTS, RICHARD LONGWILL AND BARBARA LONGWILL, TO CROSSCLAIMS OF CO-DEFENDANTS, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION CO., INC. & VINCENT RIZZO in the above-captioned matter this date via e-file and serve and regular mail as follows:

| | | |
|---|---|---|
| Jonathan M. Cohen, Esquire<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>19th Floor<br>Philadelphia, PA  19102 | Yvonne Takvorian Saville, Esquire<br>1220 North Market Street<br>Suite 604<br>P.O. Box 370<br>Wilmington, DE  19801 | Roger D. Landon, Esquire<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE  19805 |

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:  */s/ Kevin J. Connors, Esquire*
Kevin J. Connors, Esquire,  I.D. No. 2135
Daniel J. Hart, Esquire, I.D. No. 1937
Attorneys for Defendants Richard & Barbara Longwill
1220 Market Street, 5th Floor
Wilmington, DE  19801
302-552-4302

1845 Walnut Street
Philadelphia, PA  19103
215-575-2677

DATED: June 19, 2007

\15_A\LIAB\KJCONNORS\LLPG\434200\VLLUCAS\03030\02632