IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,          |
Administrator of the Estate of |
Marissa Rose Fishman, Deceased, |
                               |
          Plaintiff,           |
                               |
v.                             |          C.A. No. 05-211 KAJ
                               |
RICHARD LONGWILL,              |          JURY TRIAL DEMANDED
BARBARA LONGWILL,              |
ASHLAND CONSTRUCTION           |
COMPANY, INC., VINCENT RIZZO   |
CONSTRUCTION CO., INC.,        |
d/b/a Ashland Construction Co., Inc., |
VINCENT RIZZO,                 |
                               |
          Defendants.          |

**ANSWER OF DEFENDANTS ASHLAND CONSTRUCTION COMPANY, INC.,
VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION
COMPANY, INC. AND VINCENT RIZZO TO CROSSCLAIMS OF
BARBARA AND RICHARD LONGWILL**

Denied.

**WHEREFORE**, answering defendants demand that the crossclaims be dismissed

with prejudice and costs assessed against the co-defendants.

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00143716

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR.,　　　　　　　|
Administrator of the Estate of　　　　|
Marissa Rose Fishman, Deceased,　|
　　　　　　　　　　　　　　　　　　　　|
　　　　　　　Plaintiff,　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　|
v.　　　　　　　　　　　　　　　　　　　|　　C.A. No. 05-211 KAJ
　　　　　　　　　　　　　　　　　　　　|
RICHARD LONGWILL,　　　　　　　　|　　JURY TRIAL DEMANDED
BARBARA LONGWILL,　　　　　　　　|
ASHLAND CONSTRUCTION　　　　　|
COMPANY, INC., VINCENT RIZZO　|
CONSTRUCTION CO., INC.,　　　　　|
d/b/a Ashland Construction Co., Inc.,　|
VINCENT RIZZO,　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　|
　　　　　　　Defendants.　　　　　　|

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 19th day of June, 2007, two copies of the foregoing **ANSWER OF DEFENDANTS ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC. d/b/a ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO TO CROSSCLAIMS OF BARBARA & RICHARD LONGWILL** were delivered *via* e-file to the following individual(s):

Jonathan M. Cohen, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

00143716

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, #604
Wilmington, DE  19801

Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE  19801


MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00143716