## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR., Administrator :
of the Esate of Marissa Rose Fishman, :
Deceased, :
 :
    Plaintiff, :
 :
  v. : Civil Action No. 05-211-MPT
 :
RICHARD LONGWILL, et al., :
 :
    Defendants. :

## ORDER

At Wilmington, Delaware, this **24th** day of **August, 2007.**

IT IS ORDERED that a telephone conference is scheduled for **Tuesday,**

**August 28, 2007** at 9:45 a.m. to address Mr. Cohen's letter of August 23, 2007.

Jonathan Cohen, Esq. shall initiate the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of

this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

       /s/ Mary Pat Thynge
       UNITED STATES MAGISTRATE JUDGE