IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : : : : |
| Plaintiff, | : : |
| V | : C.A. No.: 05-211 (MPT) |
| RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., VINCENT RIZZO, | : : JURY TRIAL DEMANDED : : : : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO:  Clerk of the Court
     United States District Court
     Federal Building
     844 North King Street, Room 4209
     Wilmington, Delaware 19801

PLEASE ENTER the appearance of Sheldon K. Rennie, Esquire of Fox Rothschild LLP, 919 N. Market Street, Suite 1300, Wilmington, Delaware 19801 as attorney for Rochelle Longwill, individually and as sole custodial parent for her children Alexandra Fishman, Harrison Fishman and Samuel Fishman in their capacities as plaintiff-beneficiaries-in-interest in the above-captioned proceeding.

FOX ROTHSCHILD LLP

/s/ Sheldon K. Rennie (# 3772)
Sheldon K. Rennie, Esquire (#3772)
919 N. Market Street – Suite 1300
Wilmington, DE 19801
Tel. (302) 622-4202
Fax. (302) 656-8920
E-mail: srennie@foxrothschild.com

-and-

                                Ronald J. Shaffer
                                (Pro hac vice pending)
                                Fox Rothschild LLP
                                2000 Market Street 10th Fl.
                                Philadelphia, PA 19103-3291
                                Phone: (215) 299-2000
                                E-mail: rshaffer@foxrothschild.com

***Attorney for Rochelle Longwill, individually and as sole custodial parent for her children Alexandra Fishman, Harrison Fishman and Samuel Fishman in their capacities as plaintiff-beneficiaries-in-interest***

Dated: August 27, 2007

WM1A 105075v1 08/27/07