## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing *ENTRY OF APPEARANCE* was served upon the following counsel of record via regular mail on the date set forth below:

Yvonne Takvorian Saville, Esquire
Michael Weiss, P.A.
1220 Market Street, Ste. 604
Wilmington, DE 19801

Roger D. Landon, Esquire
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

                                          */s/ Sheldon K. Rennie (#3772)*
                                          Sheldon K. Rennie

Date: August 27, 2007

WM1A 105075v1 08/27/07