IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | : |
| Plaintiff, | : |
| V | : C.A. No.: 05-211 (MPT) |
| RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., VINCENT RIZZO, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Ronald J. Shaffer of Fox Rothschild LLP, 2000 Market Street 10th Fl., Philadelphia, Pennsylvania 19103, as co-counsel for Rochelle Longwill, individually and as sole custodial parent for her children Alexandra Fishman, Harrison Fishman and Samuel Fishman in their capacities as plaintiff-beneficiaries-in-interest in the above-captioned proceeding.

                                                FOX ROTHSCHILD LLP

By:   /s/ Sheldon K. Rennie (#3772)
        Sheldon K. Rennie, Esquire
        919 N. Market Street – Suite 1300
        Wilmington, DE 19801
        Tel. (302) 622-4202
        Fax. (302) 656-8920
        E-mail: srennie@foxrothschild.com

*Attorneys for Rochelle Longwill, individually and as sole custodial parent for her children Alexandra Fishman, Harrison Fishman and Samuel Fishman in their capacities as plaintiff-beneficiaries-in-interest*

Dated: August 27, 2007

WM1A 105076v1 08/27/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>            Plaintiff,<br><br>v<br><br>RICHARD LONGWILL, BARBARA<br>LONGWILL, ASHLAND CONSTRUCTION<br>COMPANY, INC., VINCENT RIZZO<br>CONSTRUCTION CO., INC., d/b/a Ashland<br>Construction Co., Inc., VINCENT RIZZO,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No.: 05-211 (MPT)<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER GRANTING MOTION

AND NOW, this _____ day of August, 2007, it is hereby ORDERED that the motion for admission *pro hac vice* of Ronald J. Shaffer is **GRANTED**.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court
- ☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: August 27, 2007

*/s/ Ronald J. Shaffer*
Ronald J. Shaffer
**Fox Rothschild LLP**
2000 Market Street 10th Fl.
Philadelphia, PA 19103-3291
Phone: (215) 299-2000
E-mail: rshaffer@foxrothschild.com