## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES H. GORBEY, JR., Administrator    :
of the Esate of Marissa Rose Fishman,    :
Deceased,    :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff,    :
　　　　　　　　　　　　　　　　　　　　　:
　　　　v.    :    Civil Action No. 05-211-MPT
　　　　　　　　　　　　　　　　　　　　　:
RICHARD LONGWILL, et al.,    :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.    :

### <u>ORDER</u>

At Wilmington, Delaware, this **9**th day of **October, 2007.**

IT IS ORDERED that a telephone conference is scheduled for **Tuesday, November 13, 2007** at **8:15 a.m.** with Judge Thynge to discuss the schedule in this matter.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE