IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>                    Plaintiff,<br><br>    v.<br><br>RICHARD LONGWILL, et al.,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-211-MPT<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington, Delaware, this **13th** day of **November, 2007.**

IT IS ORDERED that a telephone conference is scheduled for **Tuesday, December 18, 2007** at **7:30 a.m.** with Judge Thynge to discuss the status regarding the administrator of the minor child's estate. **Jonathan Cohen, Esquire shall initiate the teleconference call.** Should counsel agree to an administrator, or a court orders the appointment of an administrator prior to the teleconference, it is the responsibility of Messrs. Cohen and Shaffer to advise the Court and other counsel in this case and the teleconference will be canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Mary Pat Thynge
                                            UNITED STATES MAGISTRATE JUDGE