IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, | |
| Plaintiff, | |
| v. | C.A. No. 05-211 KAJ |
| RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., VINCENT RIZZO, | JURY TRIAL DEMANDED |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Chase T. Brockstedt, Esquire hereby withdrawals his appearance in the captioned matter serving as counsel for Defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Co., Inc. and Vincent Rizzo.

Roger D. Landon, Esquire of Murphy & Landon will remain as counsel for Defendants, Ashland Construction Company, Inc., Vincent Rizzo Construction Co., Inc. d/b/a Ashland Construction Co., Inc. and Vincent Rizzo.

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00148749

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR.,<br>Administrator of the Estate of<br>Marissa Rose Fishman, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LONGWILL,<br>BARBARA LONGWILL,<br>ASHLAND CONSTRUCTION<br>COMPANY, INC., VINCENT RIZZO<br>CONSTRUCTION CO., INC.,<br>d/b/a Ashland Construction Co., Inc.,<br>VINCENT RIZZO,<br><br>Defendants. | C.A. No. 05-211 KAJ<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 18th day of December, 2007, two copies of the foregoing **WITHDRAWAL OF APPEARANCE** were delivered *via* e-file to the following individual(s):

Jonathan M. Cohen, Esq.
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA  19102

Daniel J. Hart, Esq.
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103

00148749

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, #604
Wilmington, DE 19801

Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE 19801


MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendants

00148749