|  | LAW OFFICES |  |
|---|---|---|
| MICHAEL WEISS | **WEISS & SAVILLE, P.A.**<br>1220 MARKET STREET, SUITE 604<br>P. O. BOX 370 | TELEPHONE<br>(302) 656-0400 |
| YVONNE TAKVORIAN SAVILLE | WILMINGTON, DELAWARE  19899 | FAX<br>(302) 656-5011 |

March 14, 2008

Re: Gorbey v. Longwill
    C.A. No. 05-CV-00211

The Honorable Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 8
Wilmington, DE    19801

Dear Judge Thynge:

    The proposed pre-trial Order in this case is due to be submitted to the Court on Thursday, March 20, 2008.  The draft is presently being prepared and will be circulated to counsel shortly.

    Given the spring break vacation schedules of some counsel, I am respectfully requesting an extension of that submission date to April 1, 2008.

                                                     Respectfully submitted,

                                                     YVONNE TAKVORIAN SAVILLE

YTS/jcb

cc by electronic filing only:

    Roger Landon, Esquire
    Dan Hart, Esquire
    Martin Leffner, Esquire
    Sheldon Rennie, Esquire
    Ron Shaffer, Esquire