**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JAMES H. GORBEY, JR., ADMINISTRATOR    :
OF THE ESTATE OF MARISSA                :
ROSE FISHMAN,                           :
                                        :  Docket No.  05cv211
vs.                                     :
                                        :
RICHARD LONGWILL, BARBARA LONGWILL:
AIR BASE CARPET MART, INC. d/b/a AIR    :
BASE DISTRIBUTING, INC. d/b/a AIR BASE  :
CARPET MART, ASHLAND CONSTRUCTION   :
COMPANY, INC., JOSEPH RIZZO & SONS      :
CONSTRUCTION, VINCENT RIZZO             :
CONSTRUCTION CO., INC. a/d/b/a Ashland, :
Construction Company, Inc.,  JOSEPH V. RIZZO, :
and VINCENT RIZZO                       :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Yvonne Saville, Esquire, a member of the bar of this Court, pursuant to District Court

Local Rule 83.5, moves the admission *pro hac vice* of James J. Walenberger, Esquire, of Kline &

Specter, P.C.,1525 Locust Street, Philadelphia, PA 19102, to Represent James H. Gorbey, Jr.,

Administrator of the Estate of Marissa Rose Fishman, Plaintiffs in this action. The Admittee is

admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

/s/ Yvonne Takvorian Saville
YVONNE TAKVORIAN SAVILLE (ID No. 3430)
1220 Market Steet, Suite 604
Wilmington, DE 19805
(302) 656-0400
*Attorney for Plaintiff*

The Admittee hereby certifies that they are eligible for admission *pro hac vice* to this Court, are admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

James J. Walenberger, Esquire (ID No. 83837)
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dated:    March 14, 2008

_____

MOTION GRANTED _____

MOTION DENIED   _____

BY THE COURT:

_____
United States District Court Judge

Dated: