THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased, CHAN YAN, THUA SON, CHIEU THI HUYNH, BAY THI NGUYEN, VANNAK YAN AND MALY YAN | : : : : : : | C.A. NO.06C-04-246MMJ |
| V. | : : | |
| MOTIVA ENTERPRISES, LLC, MOTIVA COMPANY, RICHARD P. REISTLE, SR., PACK & PROCESS, INC. AND LAM PERSONNEL SERVICES, INC. | : : : : | |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that the attached Motion and Order for Admission *Pro Hac Vice* of James J. Waldenberger, Esquire will be at the convenience of the Court.

      **WEISS AND SAVILLE, P.A.**

BY:    /S/ YVONNE TAKVORIAN SAVILLE
        YVONNE TAKVORIAN SAVILLE, ESQUIRE
        1220 North Market Street
        Suite 604
        P.O. Box 370
        Wilmington DE 19801
        (302) 656-0400
        Attorneys for Plaintiffs

Dated: March 14, 2008