**EMANUEL RUBIN, M.D.**
1505 Monk Road
Gladwyne, PA  19035
610-642-7300
emanuel.rubin@jefferson.edu

July 3, 2006

Daniel J. Hart
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA  19103-4797

Re:    Gorbey, et al. v. Longwill, et al.

Dear Mr. Hart:

I have reviewed the Police Report, records from EMS, fire company, Alfred I. Dupont Institute and Chief Medical Examiner, and the report of Dr. I. C. Hood with respect to the above named case.

**Complaint**

On 08/30/02 Marissa Fishman was an infant who proceeded unattended to an indoor pool. The infant apparently fell into the pool and drowned.

**Talleyville Fire Company EMS Report**

A one-year old infant was found at the bottom of a pool. CPR had been begun by laymen.

**New Castle County EMS Report**

A one-year old female was found face down in the swimming pool by her mother. The patient was pulled from the pool and bystander CPR initiated. An EKG showed asystole, and attempts at resuscitation were unsuccessful.

**Records of Alfred E. Dupont Institute**

This 18-month old female child was admitted on 08/30/02 asystolic and not breathing. Resuscitation attempts led to the return of the pulse about 35 minutes after cardiac arrest, although mechanical ventilation and the use of dopamine for blood pressure support

1

remained. The infant developed worsening respiratory acidosis and bilateral effusions. Multiple episodes of bradycardia required initiation of CPR and the administration of a variety of drugs. Disseminated intravascular coagulation was treated with fresh frozen plasma, cryoprecipitate and packed red blood cell transfusions. The patient's condition continued to deteriorate and she died on 08/03/02.

**Certificate of Death**

The immediate cause of death was listed as drowning.

**Report of Dr. Ian Hood (01/24/06)**

Dr. Hood is a forensic pathologist who reviews the events surrounding the accident and the infant's subsequent clinical course. He describes asphyxial drowning, "dry" drowning and secondary cardiac dysrhythmia. He notes that infants are more resistant to hypoxia than adults and that "very few victims of drowning seem to have been able to summon assistance." He then discusses pain and distress of a 20-month old infant and states that "there was no reason to indicate that Marissa would not have been as frantic and panic stricken as any conscious individual in the same circumstances." He concludes that the infant probably suffered 1-2 minutes of extreme air hunger and that she experienced pain, suffering, panic and terror.

**Comment**

In summary this is the case of a 1-1/2 year old infant who fell into a swimming pool and drowned. Dr. Hood is correct in his description of the physiology of drowning, but his comments on the emotional reactions of an infant to drowning are far beyond the training or experience of a pathologist. Having supervised the training of numerous pathologists as chairman of pathology departments at three medical schools, I can state with certainty that there is nothing in the residency training program that permits such speculation. The training of a forensic pathologist after residency does not include courses in psychiatry, neurology or neuroscience. Thus I can state with reasonable medical certainty that considerations of pain, suffering, panic and terror are far beyond the province of a pathologist. Please feel free to call upon me for any further information.

Sincerely,

*Emanuel Rubin*

Emanuel Rubin, M.D.

# CURRICULUM VITAE

**EMANUEL RUBIN, M.D.**

| | | |
|---|---|---|
| Date of Birth: | December 5, 1928<br>New York, NY | |

EDUCATION

| | | |
|---|---|---|
| College | Villanova University - B.S. | 1950 |
| Medical School | Harvard Medical School - M.D. | 1954 |
| Internship | Boston City Hospital,<br>Boston, MA | 1954-1955 |
| Residency | Children's Hospital of Philadelphia<br>Philadelphia, PA | 1957-1958 |
| Dazian Research<br>Fellow in Pathology | Mount Sinai Hospital<br>New York, NY | 1958-1960 |
| Advanced Clinical<br>Fellow, American<br>Cancer Society | Mount Sinai Hospital<br>New York, NY | 1960-1962 |
| MILITARY SERVICE | U. S. Navy, Lieutenant | 1955-1957 |
| BOARD<br>CERTIFICATION | Diplomate of American Board of<br>Pathology (Anatomic and Clinical<br>Pathology) | 1962 |

| | | |
|---|---|---|
| HOSPITAL<br>APPOINTMENTS | The Mount Sinai Hospital, New York, NY | |
| | Assistant Attending Pathologist | 1962-1964 |
| | Associate Attending Pathologist | 1964-1968 |
| | Attending Pathologist and Director<br>of Hospital Pathology Service | 1968-1972 |
| | Pathologist-in-Chief | 1971-1976 |
| | Hahnemann University Hospital,<br>Philadelphia, PA. | |

Emanuel Rubin, M.D.

|  |  |  |
|---|---|---|
|  | Director of Laboratories | 1977-1986 |
|  | Thomas Jefferson University Hospital<br>Philadelphia, PA |  |
|  | Attending Physician-in-Chief<br>(Pathology) | 1986- |
| ACADEMIC<br>APPOINTMENTS | Mount Sinai School of Medicine of the<br>City University of New York |  |
|  | Professor of Pathology | 1966-1972 |
|  | Irene Heinz and John LaPorte Given<br>Professor of Pathology and<br>Chairman of the Department | 1972-1976 |
|  | Hahnemann University School of Medicine,<br>Philadelphia, Pa. |  |
|  | Professor and Chairman, Department<br>of Pathology and Laboratory Medicine | 1977-1986 |
|  | University of Pennsylvania School<br>of Medicine, Philadelphia, Pa. |  |
|  | Adjunct Professor of Biochemistry<br>and Biophysics | 1977-1988 |
|  | Jefferson Medical College, Philadelphia |  |
|  | Gonzalo E. Aponte Professor of Pathology | 1986-2003 |
|  | Chairman of the Department of<br>Pathology and Cell Biology | 1986-1994 |
|  | Chairman of the Department of<br>Pathology, Anatomy and Cell Biology | 1994-2003 |
|  | Gonzalo E. Aponte Professor of Pathology<br>and Chairman Emeritus of the Department<br>of Pathology, Anatomy and Cell Biology | 2003-Present |
| HONORS | American Medical Writer's Association Award<br>For Best Medical Textbook of the Year | 1989 |
|  | Doctor Honoris Causa<br>University of Barcelona | 1994 |
|  | The F.K. Mostofi Distinguished Service Award | 1996 |

2

Emanuel Rubin, M.D.

|  |  |  |
|---|---|---|
|  | of U.S.-Canadian Academy of Pathology |  |
|  | NIH MERIT Award | 1996-2006 |
|  | Tom Kent Award of Group for Research in Pathology Education (GRIPE) | 2001 |
|  | Doctor Honoris Causa University of Naples, Italy | 2003 |
| NAMED LECTURER | Maude L. Menten Centennial Lecture - University of Pittsburgh School of Medicine | 1987 |
|  | Whipple Lecture - University of Rochester Medical Center | 1987 |
|  | Chippy Friedman Memorial Lecture - Haifa University, Technion Medical School, Haifa, Israel | 1988 |
|  | Maude Abbott Lecture - U. S.-Canadian Academy of Pathology | 1990 |
|  | Reginald G. Mason Memorial Lecture - University of Utah School of Medicine | 1992 |
|  | Marcus Wallenberg Symposium, Keynote Address: Alcohol and the Cell, Lund, Sweden | 1992 |
|  | Jack M. Layton Lecture University of Arizona School of Medicine | 1994 |
|  | Clifford Toren Memorial Lecture University of South Alabama School of Medicine | 1994 |
|  | Donald Svoboda Memorial Lecture University of Kansas Medical School | 1995 |
| CONSULTANTSHIPS | NIAAA - Biomedical Review Committee | 1970-1974 1981-1985 |
|  | NIAAA (NIH)- Biochemistry, Physiology and Medicine Subcommittee of Alcohol Biomedical Research Review Committee | 1990-1994 |
|  | Ad Hoc Member NIH - Pathology B NHLBI |  |
|  | National Task Force for Alcohol and Health, Department of Health, Education and Welfare | 1971 1977 1985 |

3

Emanuel Rubin, M.D.

|  |  |  |
|---|---|---|
|  | Representative of Association of Pathology Chairmen to Council of Academic Societies | 1991-1994 |
|  | Medical Advisory Council, Alcoholic Beverage Medical Research Foundation | 1992- |

## EDITORIAL POSITIONS

| | | |
|---|---|---|
| EDITOR-IN-CHIEF | Laboratory Investigation | 1982-1995 |
| CHAIRMAN OF EDITORIAL BOARD AND REVIEWING EDITOR | Alcoholism: Clinical and Experimental Research | |
| FIELD EDITOR (PATHOLOGY) | Quarterly Journal of Studies in Alcohol<br>Federation Proceedings<br>FASEB Journal | |
| ASSISTANT EDITOR | Addiction Biology | |
| EDITORIAL BOARDS | Laboratory Investigation<br>Human Pathology<br>Gastroenterology<br>American Journal of Alcohol and Drug Abuse<br>Substance and Alcohol Abuse<br>Medicine and Chirurgie Digestives<br>Alcohol and Alcoholism<br>Alcohol Health and Research World<br>Addiction Biology | |
| MEMBERSHIPS | American Association of Pathologists<br>U.S.-Canadian Academy of Pathology<br>College of American Pathologists<br>American Society for Biochemistry and Molecular Biology<br>American College of Toxicology<br>American College of Physicians<br>American Gastroenterological Association<br>American Association for the Study of Liver Diseases<br>International Association for the Study of the Liver<br>Research Society on Alcoholism<br>International Society for Biomedical Research on Alcoholism<br>Association of Pathology Chairmen (Vice-President 1988-90) | |