IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., ADMINISTRATOR OF THE ESTATE OF MARISSA ROSE FISHMAN, <br><br> vs. <br><br> RICHARD LONGWILL, BARBARA LONGWILL AIR BASE CARPET MART, INC. d/b/a AIR BASE DISTRIBUTING, INC. d/b/a AIR BASE CARPET MART, ASHLAND CONSTRUCTION COMPANY, INC., JOSEPH RIZZO & SONS CONSTRUCTION, VINCENT RIZZO CONSTRUCTION CO., INC. a/d/b/a Ashland, Construction Company, Inc., JOSEPH V. RIZZO, and VINCENT RIZZO | Docket No. 05cv211 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion and Order for Admission *Pro Hac Vice* of James J. Waldenberger, Esquire will be at the convenience of the Court.

WEISS AND SAVILLE, P.A.

By: /s/ Yvonne Takvorian Saville
YVONNE TAKVORIAN SAVILLE (ID No. 3430)
1220 Market Steet, Suite 604
Wilmington, DE 19805
(302) 656-0400
*Attorney for Plaintiff*