IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
JAMES H. GORBEY, JR., Administrator of the    :
Estate of Marissa Rose Fishman, Deceased,    :
                                   Plaintiff    :    Civil Action No.: 05-211-*** (MPT)
    vs.                                             :
                                                       :
RICHARD LONGWILL, BARBARA    :
LONGWILL, AIR BASE CARPET MART, INC.    :
d/b/a Air Base Distributing, Inc. d/b/a Air Base    :
Carpet Mart, AIR BASE DISTRIBUTING, INC.,    :
ASHLAND CONSTRUCTION COMPANY, INC.,    :
JOSEPH RIZZO & SONS CONSTRUCTION,    :
VINCENT RIZZO CONSTRUCTION CO., INC.    :
d/b/a Ashland Construction Co., Inc.,  JOSEPH V.    :
RIZZO, and VINCENT RIZZO,    :
                                     Defendants.    :
_____

## VERDICT SHEET

**(Answer the following questions in the order they appear)**

1. Do you find that defendant Richard Longwill was negligent?

    Yes: _____

    No: _____

2. Do you find that defendant Barbara Longwill was negligent?

    Yes: _____

    No: _____

3. Do you find that Ashland defendants were negligent?
    Yes: _____

    No: _____

4. Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Rose Fishman?

   Yes: _____

   No: _____

5. Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Rose Fishman?

   Yes: _____

   No: _____

6. Were the Ashland defendants' negligence a proximate cause of the death of Marissa Rose Fishman?

   Yes: _____

   No: _____

**If you answered "No" to No. 1, No. 2 and No. 3 stop and inform the Baliff you've reached your decision. Verdict will be entered in favor of all defendants.**

**If you answered "Yes" to No. 1, No. 2 and No. 3, go on to answer No.7.**

**If you answered "No" to No. 1, No. 2 or No. 3, then go on to No. 7.**

7. Using 100% as the total negligence that combined to case the death of Marissa Rose Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

   Barbara Longwill:     _____%

   Richard Longwill:     _____%

   Ashland defendants:   _____%
                               100   %

8. What amount of damages do you award to plaintiff under the Survival Act?

   $_____

9. What amount of damages do you award the plaintiffs under the Wrongful Death Act?

$_____

DATED: _____
                     FOREPERSON