IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES H. GORBEY, JR., Administrator of the Estate of Marissa Rose Fishman, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC., VINCENT RIZZO CONSTRUCTION CO., INC., d/b/a Ashland Construction Co., Inc., and VINCENT RIZZO, <br><br> Defendants. | C.A. No. 05-211 MPT |

**VERDICT SHEET**

*(Answer the following questions in the order they appear)*

1. Were defendants Richard Longwill and/or Barbara Longwill negligent in a manner proximately causing the death of Marissa Rose Fishman?

    Yes: _____

    No: _____

2. Were the Ashland defendants negligent in a manner proximately causing the death of Marissa Rose Fishman?

    Yes: _____

    No: _____

**If you answered "No" to both No. 1 and to No. 2, stop and inform the Bailiff you've reached your decision. Verdict will be entered in favor of all defendants.**

**If you answered "Yes" to both No. 1 and to No. 2, go on to answer No. 3.**

00150895

**If you answered "No" to either No. 1 or No. 2, then do not answer No. 3.  Rather, skip to No. 4.**

3. Using 100% as the total negligence that combined to cause the death of Marissa Rose Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

    Barbara and/or Richard Longwill:         _____ %

    Ashland defendants:                      _____ %

                                             100 %

4. What amount of damages do you award to the plaintiff, Tim Gorbey, as Administrator of the Estate of Marissa Rose Fishman, for the claims of the estate, meaning compensation for Marissa Rose Fishman's conscious pain and suffering and medical expenses?

    $ _____

5. What amount of damages do you award to the plaintiff, Tim Gorbey, as Administrator of the Estate of Marissa Rose Fishman, for the Wrongful Death claims?

    $ _____

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT.

DATED:                            _____
                                  FOREPERSON

00150895