TIMOTHY J. GORBEY, ESQUIRE
110 West Front Street
Media, PA 19063
610-565-1118
ATTY. I.D. #19762

IN THE OFFICE OF THE REGISTER OF WILLS OF DELAWARE COUNTY, PA

IN RE: MARISSA ROSE FISHMAN, DECEASED  : NO. 2303-2148
SS#: 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

## ORDER

AND NOW, to wit this 5th day of October, 2007 upon consideration of the Petition of Timothy J. Gorbey, Esquire for Grant of Letters of Administration, d.b.n., it is hereby ORDERED and DECREED that Timothy J. Gorbey, Esquire is appointed as Administrator, d.b.n. of the Estate of Marissa Rose Fishman deceased.

BY THE COURT:

_____

Commonwealth of Pennsylvania } ss:
Delaware County

I, HUGH A. DONAGHUE, ESQ., Register for the Probate of Wills and Granting Letters Testamentary and of Administration in and for the County of Delaware, in the Commonwealth of Pennsylvania, do hereby Certify that on the 10th day of October, 2007

**TIMOTHY J. GORBEY ESQ. (PER ORDER DATED 10-5-2007)**

was duly and legally appointed as ADMINISTRATOR DBN of the estate of
**MARISSA ROSE FISHMAN**
also known as:

(no aliases)

who died 08/30/2002 late of Delaware County, Pennsylvania, and has been duly qualified as such according to law as can be verified by reference to the records in my office, and that the letters have not been revoked.

WITNESS my hand and seal of office, at Media in the County aforesaid, this 10th day of October, 2007

File No. 2303-2148

[Duplicate Copy]

_Christine M. Trost_
Chief Deputy Register of Wills