

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

Ronald J. Shaffer
Direct Dial: (215) 299-2196
Email Address: rshaffer@foxrothschild.com

April 7, 2008

**FEDERAL EXPRESS**
Honorable Mary Pat Thynge
United States District Court
Federal Building
844 North King Street
Wilmington, DE  19801

Re: James H. Gorbey Jr., Administrator of the Estate of Marissa Rose Fishman,
     Deceased v. Richard Longwill, et al.
     No. 05-211 (MPT)

Dear Judge Thynge:

We represent Rochelle Longwill, individually and in her capacity as sole legal custodian of Alexandra, Harrison and Samuel Fishman, her minor children. Rochelle Longwill is the mother of Marissa Rose Fishman, Deceased.

We write to confirm to the Court that Timothy J. Gorbey, Esquire, as Administrator D.B.N. of the Estate of Marissa Rose Fishman, Deceased, and Jonathan M. Cohen, Esquire and the law firm of Kline & Specter, P.C. are authorized to assert, pursue and try any and all claims on behalf of Rochelle Longwill, individually and/or as sole legal custodian of her surviving minor children in the above-captioned action, including but not limited any and all claims under the applicable Delaware Wrongful Death statute.

If the Court requires any additional information, please let me know. Thank you for your consideration.

Respectfully yours,

*Ronald J. Shaffer*
Ronald J. Shaffer

RJS:klw
cc: Jonathan M. Cohen (via email and regular mail)
     Kevin J. Connors, Esquire (via email and regular mail)
     Daniel Hart, Esquire (via email and regular mail)
     Roger D. Landon, Esquire (via email and regular mail)
     Martin S. Lessner, Esquire (via email and regular mail)
     Yvonne Talvorian Saville, Esquire (via email and regular mail)