**KLINE & SPECTER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR

1525 LOCUST STREET

PHILADELPHIA, PENNSYLVANIA 19102

WWW.KLINESPECTER.COM

JAMES J. WALDENBERGER

215-772-1000

FAX: 215-772-1359

JIM.WALDENBERGER@KLINESPECTER.COM

April 16, 2008

*VIA ELECTRONIC FILING*

Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

> **RE:**   *James H. Gorbey, Jr., Adm. of the Estate of Marissa Rose Fishman*
> *v. Ashland Construction Company, Inc., et al, CA NO.  05-211(MPT)*

Dear Judge Thynge:

As Your Honor directed during the Pre-Trial Conference, Plaintiff respectfully requests that they be allowed to use certain electronic equipment during the trial of the above-referenced matter, which is scheduled to begin April 28, 2008. Plaintiff requests permission to bring a laptop computer, an overhead projector (elmo projector), projector screen to trial. In addition, we request that the Court allow the laptop computer to be wireless enabled for the purposes of accessing remote information and communicating with trial support staff outside the courtroom. Plaintiff also request permission that phone/blackberry devices be allowed through security as well. The phone/blackberries will remain off when in the Courtroom. However, Plaintiff counsel would like access to these devises outside the Courtroom to communicate the trial developments to our partners, staff, local counsel and our clients.

As you know, we have a trial beginning on April 22, 2008, before Your Honor, in the same Courtroom in the matter of Thou vs. Pack & Process. If this trial finishes on Friday, April 25, 2008, we ask Your Honor permission to leave the equipment set up for the above-referenced trial. If the trial ends before Friday, April 25, 2008, we respectfully request that we be granted access to Courtroom 2B in the late afternoon of Friday, April 25, 2008, to bring in our trial boxes, and equipment to set-up for trial. We anticipate not needing more that an hour.

The Honorable May Pat Thynge
April 16, 2008
Page 2


      Counsel are available should Your Honor have any questions or concerns regarding these requests.


Respectfully submitted,

JAMES J. WALDENBERGER

JJW/ckp
cc::    All counsel Via Electronic Mail
      Yvonne Saville, Esq. (Via e-corresp)