**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

JAMES J. WALDENBERGER

215-772-1000
FAX: 215-772-1359

JIM.WALDENBERGER@KLINESPECTER.COM

April 23, 2008

**VIA ELECTRONIC FILING**

Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

       RE:    *James H. Gorbey, Jr., Adm. of the Estate of Marissa Rose Fishman*
              *v. Ashland Construction Company, Inc., et al, CA NO. 05-211(MPT)*

Dear Judge Thynge:

    Plaintiff respectfully requests that they be allowed to use the court DVD system to show two DVD segments during the trial of above-referenced matter, which is scheduled to begin April 28, 2008.

                             Respectfully submitted,

                             JAMES J. WALDENBERGER

JJW/ckp
cc::    All counsel Via Electronic Mail
      Yvonne Saville, Esq. (Via e-corresp)