**TIMOTHY J. GORBEY, ESQUIRE**
**TIMOTHY J. GORBEY & ASSOCIATES, INC.**
**110 WEST FRONT STREET**
**MEDIA, PENNSYLVANIA 19063**
**TEL ( 610) 565-1118      FAX (610) 565-2811**

March 25, 2008

The Honorable Mary Pat Thynge
Magistrate Judge
United States District Court of Delaware
844 N. King Street
Wilmington, Delaware 19801

*Re: James H. Gorbey, Jr., Adm. of the Estate of Marissa Rose Fishman  v. Ashland*
*Construction Company, Inc., et al, CA NO. 05-211(MPT)* _____  ___

Dear Judge Thynge:

I am the administrator of the Estate of Marissa Rose Fishman. I have spoken with both of
Marissa Fishman's parents, Rochelle Longwill and Eric Fishman, and both have authorized me to
pursue wrongful death claims on their behalf. As such, I am pursuing wrongful death claims on
behalf of Rochelle Longwill and Eric Fishman in this matter.

Sincerely,

Timothy J. Gorbey, Esquire

TJG/am