IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

Timothy J. Gorbey, Administrator, d.b.n., of the
Estate of Marissa Rose Fishman, deceased, on
behalf of the Estate of Marissa Rose Fishman
pursuant to the Survival Statute, 10 Del. C. Sec. 3704,
and on behalf of Rochelle Beth Longwill,
Eric Casey Fishman, Alexandra Shoshana Fishman,
Harrison Benjamin Fishman and
Samuel Solomon Fishman as beneficiaries of
Marissa Rose Fishman pursuant to
the Wrongful Death Statute, 10 Del. C. Sec. 3724

                                      Plaintiff                          C.A. No. 05-211-MPT
      v.

Richard Longwill, Barbara Longwill,
Ashland Construction Company, and
Vincent Rizzo                                        JURY TRIAL DEMANDED
                                    Defendants.
_____

## MOTION TO PRECLUDE DEFENDANTS FROM CALLING TIMOTHY J. GORBEY AS A WITNESS AT TRIAL

      Plaintiff presents this Motion to preclude Defendants from calling Timothy J. Gorbey, Administrator of the Estate of Marissa Rose Fishman as a witness at trial.

      On April 25, 2008, Defendants identified Timothy J. Gorbey as a witness. However, Mr. Gorbey was not a witness to any of the events at issue in this matter. He possesses no first-hand information regarding the circumstances leading to Marissa Fishman's death or the damages arising from it. Accordingly, his testimony will not have "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would

be without the evidence." See F.R.E. 401. Accordingly, Defendants should not be permitted to call him as a witness at trial.

          Respectfully submitted,

          **WEISS & SAVILLE**

          **/s/ Yvonne Saville**
          YVONNE SAVILLE, ESQUIRE
          I.D. No. 3430
          Local Counsel for Plaintiff
          Weiss & Saville
          1220 Market Street, Suite 604
          Wilmington, DE 19899

          **KLINE & SPECTER,**
          **A Professional Corporation**

BY: S/Jonathan M. Cohen
     I.D. No. 69062
     1525 Locust Street
     19th Floor
     Philadelphia PA 19102
Dated: May 25, 2007     Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                                    :
Timothy J. Gorbey, Administrator, d.b.n., of the       :
Estate of Marissa Rose Fishman, deceased, on         :
behalf of the Estate of Marissa Rose Fishman         :
pursuant to the Survival Statute, 10 Del. C. Sec. 3704, :
and on behalf of Rochelle Beth Longwill,               :
Eric Casey Fishman, Alexandra Shoshana Fishman,  :
Harrison Benjamin Fishman and                           :
Samuel Solomon Fishman as beneficiaries of          :
Marissa Rose Fishman pursuant to                         :
the Wrongful Death Statute, 10 Del. C. Sec. 3724    :
                                                                    :
                                           Plaintiff        :     C.A. No.  05-211-MPT
      v.                                                          :
                                                                    :
Richard Longwill, Barbara Longwill,                    :
Ashland Construction Company, and                      :
Vincent Rizzo                                                   :     JURY TRIAL DEMANDED
                                           Defendants.   :
_____ :

## ORDER

_____ This 28th day of April, 2008, upon consideration Plaintiff's Motion to Preclude Defendants From Calling Timothy J. Gorbey as a Witness At Trial, Plaintiff's Motion is GRANTED and Defendants are precluded from calling Timothy J. Gorbey as a witness at trial.

_____
The Honorable Mary Pat Thynge