IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                               :
Timothy J. Gorbey, Administrator, d.b.n., of the :
Estate of Marissa Rose Fishman, deceased       :
                              Plaintiff        :     Civil Action No.  05-211-MPT
         vs.                                   :
                                               :
Richard Longwill, Barbara Longwill    Ashland  :
Construction Co., Inc. and Vincent Rizzo       :     JURY TRIAL DEMANDED
                              Defendants.      :
_____   :

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND CAPTION AND COMPLAINT**

     Plaintiff, Timothy J. Gorbey, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, deceased by and through his undersigned counsel, hereby incorporates by reference the Memorandum of Law supporting Plaintiff's Motion for Leave to Amend Caption and Complaint attached hereto, as though fully set forth herein.

                                  **WEISS AND SAVILLE, P.A.**

                          By: /s/ Yvonne Takvorian Saville
                              YVONNE TAKVORIAN SAVILLE (ID No. 3430)
                              1220 Market Steet, Suite 604
                              Wilmington, DE 19805
                              (302) 656-0400
                              *Attorney for Plaintiff*
                              and
                              **KLINE & SPECTER,**
                              **A Professional Corporation**

                          By: S/Jonathan M. Cohen
                              I.D. No. 69062
                              James J. Waldenberger
                              I.D. No. 83837
                              1525 Locust Street
                              Philadelphia PA 19102
Dated: April 25, 2008              Attorneys for Plaintiff