IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Timothy J. Gorbey, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, deceased : Plaintiff | : Civil Action No. 05-211-MPT |
| vs. | : |
| Richard Longwill, Barbara Longwill   Ashland Construction Co., Inc. and Vincent Rizzo Defendants. | : JURY TRIAL DEMANDED |

## ORDER

AND NOW this _____ day of _____, 2008, upon consideration of Plaintiff, Timothy J. Gorbey, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, deceased's Motion for Leave to Amend Caption and Complaint, and any response there to, it is hereby ORDERED and DECREED that said Motion to Amend the Caption and Complaint is GRANTED.

SO ORDERED:

_____
THE HONORABLE MARY PAT THYNGE