## CERTIFICATE OF SERVICE

I, Yvonne Takvorian Saville, Esquire, hereby certify that the Motion to Amend the Caption and Complaint regarding this matter was served this date on the following:

BY EFILE:

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road - Suite 210
Wilmington, DE 19805

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Martin S. Lessner, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Daniel J. Hart, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797

Respectfully submitted,

**WEISS AND SAVILLE, P.A.**

By: /s/ Yvonne Takvorian Saville
YVONNE TAKVORIAN SAVILLE (ID No. 3430)
1220 Market Steet, Suite 604
Wilmington, DE 19805
(302) 656-0400
*Attorney for Plaintiff*

        and
**KLINE & SPECTER,**
**A Professional Corporation**

By: S/Jonathan M. Cohen
    I.D. No. 69062
    James J. Waldenberger
    I.D. No. 83837
    1525 Locust Street
    Philadelphia PA 19102

Dated: April 25, 2008    Attorneys for Plaintiff