# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, Deceased,<br>　　　　　　　　　　　　　Plaintiff<br>　　　vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC. AND JOSEPH RIZZO<br>　　　　　　　　　　　　　Defendants. | :<br>:<br>: Civil Action No.: 05-211 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## VERDICT SHEET

**(Answer the following questions in the order they appear)**

1. Do you find that defendant Richard Longwill was negligent?

    Yes: _____    No: _____

*If you answered "Yes" to Question No. 1, proceed to Question No 2. If you answered "No" to Question No. 1, you should proceed to Question No. 3.*

2. Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Fishman?

    Yes: _____    No: _____

*Proceed to Question No. 3.*

3. Do you find that defendant Barbara Longwill was negligent?

    Yes: _____    No: _____

*If you answered "Yes" to Question No. 3, proceed to Question No 4. If you answered "No" to Question No. 3, you should proceed to Question No. 5.*

4. Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Fishman?

    Yes: _____    No: _____

*Proceed to Question No. 5.*

5. Do you find that Ashland defendants were negligent?

Yes: _____   No: _____

*If you answered "Yes" to Question No. 5, proceed to Question No 6. If you answered "No" to Question No. 5, you should proceed to Question No. 7.*

6. Was the Ashland defendants' negligence a proximate cause of the death of Marissa Fishman?

Yes: _____   No: _____

7. Using 100% as the total negligence that combined to cause the death of Marissa Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

Richard Longwill: _____ %
(Answer only if you answered "Yes" to Questions No.1 and No.2)

Barbara Longwill: _____ %
(Answer only if you answered "Yes" to Questions No. 3 and No.4)

Ashland defendants: _____ %
　　　　　　　　　　　　　100

8. What amount of damages do you award to plaintiff for Marissa Fishman's conscious pain and suffering (Survival Act Claim)?

$_____

9. What amount of damages do you award the plaintiff for the Wrongful Death Act claims?

$_____

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT

DATED:_____           _____
　　　　　　　　　　　　　　　　　　FOREPERSON