IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, Deceased,<br>　　　　　　　　　　　　　　　Plaintiff<br>　　　vs.<br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO<br>　　　　　　　　　　　　　　　Defendants. | :<br>:<br>: Civil Action No.: 05-211 (MPT)<br>:<br>:<br>:<br>:<br>:<br>: |

## **VERDICT SHEET**

**(Answer the following questions in the order they appear)**

1.　　Do you find that defendant Richard Longwill was negligent?

　　　　　Yes: _____　　　　No: _____

*If you answered "Yes" to Question No. 1, proceed to Question No 2. If you answered "No" to Question No. 1, you should proceed to Question No. 3.*

2.　　Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Fishman?

　　　　　Yes: _____　　　　No: _____

*Proceed to Question No. 3.*

3.　　Do you find that defendant Barbara Longwill was negligent?

　　　　　Yes: _____　　　　No: _____

*If you answered "Yes" to Question No. 3, proceed to Question No 4. If you answered "No" to Question No. 3, you should proceed to Question No. 5.*

4.　　Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Fishman?

　　　　　Yes: _____　　　　No: _____

*Proceed to Question No. 5.*

1

5.  Do you find that Ashland defendants were negligent?

   Yes: _____    No: _____

*If you answered "Yes" to Question No. 5, proceed to Question No 6. If you answered "No" to Question No. 5, you should proceed to Question No. 7.*

6.  Was the Ashland defendants' negligence a proximate cause of the death of Marissa Fishman?

   Yes: _____    No: _____

7.  Using 100% as the total negligence that combined to cause the death of Marissa Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

   Richard Longwill:    _____ %
   (Answer only if you answered "Yes" to Questions No.1 and No.2)

   Barbara Longwill:    _____ %
   (Answer only if you answered "Yes" to Questions No. 3 and No.4)

   Ashland defendants:    _____ %
                           100
   (Answer only if you answered "Yes" to Questions No. 5 and No.6)

8.  What amount of damages do you award to plaintiff for Marissa Fishman's conscious pain and suffering (Survival Act Claim)?

   $_____

9.  What amount of damages do you award the plaintiff for the Wrongful Death Act claims?

   $_____

   THE ABOVE IS THE JURY'S UNANIMOUS VERDICT

DATED:_____        _____
                                FOREPERSON