IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, Deceased,<br>            Plaintiff<br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO<br>            Defendants. | : <br>: <br>: Civil Action No.: 05-211 (MPT)<br>: <br>: <br>: <br>: <br>: <br>: |

## **VERDICT SHEET**

**(Answer the following questions in the order they appear)**

  1.  Do you find that defendant Richard Longwill was negligent?

      Yes: _____    No: __X__

*If you answered "Yes" to Question No. 1, proceed to Question No 2. If you answered "No" to Question No. 1, you should proceed to Question No. 3.*

  2.  Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Fishman?

      Yes: _____    No: _____

*Proceed to Question No. 3.*

  3.  Do you find that defendant Barbara Longwill was negligent?

      Yes: _____    No: __X__

*If you answered "Yes" to Question No. 3, proceed to Question No 4. If you answered "No" to Question No. 3, you should proceed to Question No. 5.*

  4.  Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Fishman?

      Yes: _____    No: _____

*Proceed to Question No. 5.*

5. Do you find that Ashland defendants were negligent?

Yes: _____    No: __X__

*If you answered "Yes" to Question No. 5, proceed to Question No 6. If you answered "No" to Question No. 5, you should proceed to Question No. 7.*

6. Was the Ashland defendants' negligence a proximate cause of the death of Marissa Fishman?

Yes: _____    No: _____

7. Using 100% as the total negligence that combined to cause the death of Marissa Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

Richard Longwill: _____ %
(Answer only if you answered "Yes" to Questions No.1 and No.2)

Barbara Longwill: _____ %
(Answer only if you answered "Yes" to Questions No. 3 and No.4)

Ashland defendants: _____ %
                        100
(Answer only if you answered "Yes" to Questions No. 5 and No.6)

8. What amount of damages do you award to plaintiff for Marissa Fishman's conscious pain and suffering (Survival Act Claim)?

$ 0

9. What amount of damages do you award the plaintiff for the Wrongful Death Act claims?

$ 0

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT

DATED: 5/2/08

_____
FOREPERSON

2