IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator of the Estate of Marissa Rose Fishman, Deceased, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 05-211-MPT |
| RICHARD LONGWILL, et al., | : : |
| Defendants. | : |

## ORDER FOR ENTRY OF JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on May 2, 2008. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED as follows:

1. The Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of all the defendants and against the plaintiff on the plaintiff's claims.

_____
UNITED STATES MAGISTRATE JUDGE

May 14, 2008
Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, Deceased,<br>         Plaintiff<br>  vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO<br>         Defendants. | :<br>:<br>:   Civil Action No.: 05-211 (MPT)<br>:<br>:<br>:<br>:<br>:<br>: |

## VERDICT SHEET

**(Answer the following questions in the order they appear)**

1.  Do you find that defendant Richard Longwill was negligent?

     Yes: _____   No: __X__

*If you answered "Yes" to Question No. 1, proceed to Question No 2. If you answered "No" to Question No. 1, you should proceed to Question No. 3.*

2.  Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Fishman?

     Yes: _____   No: _____

*Proceed to Question No. 3.*

3.  Do you find that defendant Barbara Longwill was negligent?

     Yes: _____   No: __X__

*If you answered "Yes" to Question No. 3, proceed to Question No 4. If you answered "No" to Question No. 3, you should proceed to Question No. 5.*

4.  Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Fishman?

     Yes: _____   No: _____

*Proceed to Question No. 5.*

1

5. Do you find that Ashland defendants were negligent?

   Yes: _____   No: __X__

*If you answered "Yes" to Question No. 5, proceed to Question No 6. If you answered "No" to Question No. 5, you should proceed to Question No. 7.*

6. Was the Ashland defendants' negligence a proximate cause of the death of Marissa Fishman?

   Yes: _____   No: _____

7. Using 100% as the total negligence that combined to cause the death of Marissa Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

   Richard Longwill:      _____ %
   (Answer only if you answered "Yes" to Questions No.1 and No.2)

   Barbara Longwill:      _____ %
   (Answer only if you answered "Yes" to Questions No. 3 and No.4)

   Ashland defendants:    _____ %
                          ‾‾‾‾‾‾‾‾
                             100
   (Answer only if you answered "Yes" to Questions No. 5 and No.6)

8. What amount of damages do you award to plaintiff for Marissa Fishman's conscious pain and suffering (Survival Act Claim)?

   $ __0__

9. What amount of damages do you award the plaintiff for the Wrongful Death Act claims?

   $ __0__

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT

DATED: __5/2/08__                       _____
                                                FOREPERSON