IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator of the Estate of Marissa Rose Fishman, Deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LONGWILL, et al.,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-211-MPT<br>:<br>:<br>:<br>: |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on May 2, 2008. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of all the defendants and against the plaintiff on the plaintiff's claims.

_____
DEPUTY CLERK

May 14, 2008
Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY J. GORBEY, Administrator, d.b.n., of the Estate of Marissa Rose Fishman, Deceased,<br>                    Plaintiff<br>vs.<br><br>RICHARD LONGWILL, BARBARA LONGWILL, ASHLAND CONSTRUCTION COMPANY, INC. AND VINCENT RIZZO<br>                    Defendants. | : <br> : <br> : Civil Action No.: 05-211 (MPT)<br> : <br> : <br> : <br> : <br> : <br> : |

**VERDICT SHEET**

**(Answer the following questions in the order they appear)**

1.   Do you find that defendant Richard Longwill was negligent?

        Yes: _____        No: __✗__

*If you answered "Yes" to Question No. 1, proceed to Question No 2. If you answered "No" to Question No. 1, you should proceed to Question No. 3.*

2.   Was defendant Richard Longwill's negligence a proximate cause of the death of Marissa Fishman?

        Yes: _____        No: _____

*Proceed to Question No. 3.*

3.   Do you find that defendant Barbara Longwill was negligent?

        Yes: _____        No: __✗__

*If you answered "Yes" to Question No. 3, proceed to Question No 4. If you answered "No" to Question No. 3, you should proceed to Question No. 5.*

4.   Was defendant Barbara Longwill's negligence a proximate cause of the death of Marissa Fishman?

        Yes: _____        No: _____

*Proceed to Question No. 5.*

1

5. Do you find that Ashland defendants were negligent?

   Yes: _____    No: __X__

*If you answered "Yes" to Question No. 5, proceed to Question No 6. If you answered "No" to Question No. 5, you should proceed to Question No. 7.*

6. Was the Ashland defendants' negligence a proximate cause of the death of Marissa Fishman?

   Yes: _____    No: _____

7. Using 100% as the total negligence that combined to cause the death of Marissa Fishman, apportion liability between the defendants. (The percentages must add up to 100%).

   Richard Longwill:        _____ %
   (Answer only if you answered "Yes" to Questions No.1 and No.2)

   Barbara Longwill:        _____ %
   (Answer only if you answered "Yes" to Questions No. 3 and No.4)

   Ashland defendants:      _____%
                            ‾‾‾100‾‾
   (Answer only if you answered "Yes" to Questions No. 5 and No.6)

8. What amount of damages do you award to plaintiff for Marissa Fishman's conscious pain and suffering (Survival Act Claim)?

   $   0

9. What amount of damages do you award the plaintiff for the Wrongful Death Act claims ?

   $   0

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT

DATED: 5/2/08                                    _____
                                                          FOREPERSON

2